Zach Rosenblatt, SBN 345034
ZSR LAW
406 Broadway, #125
Santa Monica, CA 90401
310-529-1213 |
zachsrosenblatt@gmail.com

Attorney for Defendant/Counter-Claimant, KATARINA BENZOVA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNDAM TOURING SERVICES US LLC; GUNDAM PRODUCTIONS, LLC; AND WATERHEAD INTERNATIONAL, INC. | Case No.: 2:23-cv-08968-FMO-E |
|        Plaintiffs, Counter-Defendants | **COUNTERCLAIM FOR DAMAGES** |
| vs. | **1) COPYRIGHT INFRINGEMENT PURSUANT 17 U.S.C §§ 106, 501** |
| KATARINA BENZOVA, | **2) VICARIOUS COPYRIGHT INFRINGMENT PURSUANT 17 U.S.C §§ 106, 501** |
|        Defendant, Counter-Claimant | |
| vs. | **3) CONTRIBUTORY COPYRIGHT INFRINGMENT PURSUANT 17 U.S.C §§ 106, 501** |
| GUNS N' ROSES; TEAM BRAZIL MANAGEMENT INC; FERNANDO LEBEIS; AXL ROSE; SAUL HUDSON; ANDREW MCKAGAN, | **4) VIOLATION OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT 17 U.S.C. §1202** |
|        Third-Party Defendants | **5) SEXUAL HARRASSMENT IN VIOLATION OF CAL. GOV'T CODE §12940(J)** |
| | **6) FAILURE TO PREVENT** |

**SEXUAL HARRASSMENT IN
VIOLATION OF CAL. GOV'T
CODE §12940(K)**

**7) SEXUAL HARRASSMENT
PURSUANT CAL. CIV. CODE  §51.9**

**8) FRAUD IN FACTUM**

**9) FRAUDULENT CONCEALMENT
PURSUANT CAL. CIV. CODE
§1710(3)**

**10) FRAUDULENT INDUCMENT
PURSUANT CAL. CIV. CODE §1572**

**11) PROMISSORY FRAUD
PURSUANT CAL. CIV. CODE
§1710(4)**

**12) CONSTRUCTIVE FRAUD
PURSUANT CAL. CIV. CODE §1573**

**13) NEGLIGENT
MISREPRESENTATION
PURSUANT CAL. CIV. CODE §1710**

**14) VIOLATION OF CAL. LABOR
CODE §3351.5(C)**

**15) VIOLATION OF CAL.
UNENEMP. INS. CODE §§621(D),
686**

**16) UNFAIR BUSINESS
PRACTICES IN VIOLATION OF
BUS. & PROF. CODE §17200**

## **INTRODUCTION**

1.      This is a civil action for copyright infringement and violations of copyright management information ("CMI") in violation of the Copyright Act, 17 U.S.C. §§101, 501, 12-2 *et eq*., in conjunction with a workplace sexual harassment in violations of the California Fair Employment and Housing Act (Gov. Code. §§12900 *et seq*; FEHA). Katarina Benzova ("Benzova" or "Ms. Benzova" or "Defendant" or "Counter-Claimant) brings this action against all Plaintiffs/Counter-Defendants/ and Third-Party Defendants for intentional and willful copyright infringements of hundreds of Benzova's photographs, as well as for CMI violations related to those photographs; and brings the workplace sexual harassment claim against Team Brazil, Gundam Touring LLC, Gundam Productions, and Guns N' Roses (Each a "Third Party Defendant" and collectively "Plaintiff(s)/Counter-Defendant(s)/Third Party Defendant(s)") for the actions of Fernando Lebeis( "Lebeis" or "Fernando" or "Third Party Defendant"), who is the manager and proxy for principal and master, Guns N' Roses ("Third Party Defendant" or "GNR"). **SEE EXHIBIT 1;** *necessary registrations, right to sue.*

2.      Benzova worked with Guns N' Roses ("GNR") as an independent contractor- on and off for twelve years- for a total 364 shows or 30 "legs" of the tour, although she was only formally under written contract for "4 legs" -which amount to about 18 weeks . Both at times under contract and while not under contract

Plaintiffs/Counter-Defendants/Third Party Defendants arrogantly disobeyed Benzova's rights and intents, flouted Copyright law, perpetrated fraud, and slandered title in her works-thereby systematically and egregiously infringing upon (at least) 156 of Benzova's photographs since 2023 alone.

3. In particular, without right or authorization or permission or consent, Plaintiffs/Counter-Defendants/Third Party Defendants intentionally and willfully infringed Benzova's copyrights in her photographs through the reproduction, public display, distribution, creation of derivative works, and holding out of Benzova's photographs for licenses and sale to third party publications *after* termination of any right to do so, as well as contrary to the express intents of Benzova. Plaintiffs/Counter-Defendants/Third Party Defendants also affixed and distributed and altered CMI of these photographs in an effort to conceal their infringement and falsely claim ownership and the power to authorize- all of which has caused widespread third-party infringement and unauthorized use of Benzova's photographs in print news articles, online news articles, magazines, advertising campaigns, Museum exhibits, guitar string merchandise, websites, calendars, DVD's, CD's, and even as a draw for an expensive and exclusive subscription service.

4. Additionally, since 2016, after Benzova escaped numerous unwelcome sexual advances from Fernando Lebeis, she endured consistent pervasive sexual

harassment by Lebeis - all within in a workplace environment that was completely devoid of any sexual harassment policy, sexual harassment handbook, sexual harassment training, and human resource department. Furthermore, within said environment, Lebeis continuously reprimanded Benzova for trying to communicate with any principal Lebeis was the proxy and agent for.

5.    Benzova seeks to enjoin the above activities, recovery statutory damages, actual damages, declaratory judgment, Plaintiffs'/Counter Defendants' profits, Third Party Defendant's profits, attorney's fees and costs.

## THE PARTIES

### Defendant/Counter-Claimant

6.    Benzova Katarina Benzova a/k/a "Kat"  ("Benzova") is a Slovakian citizen and resident of Los Angeles, California domiciled , Marina Del Rey  United States .

7.     Benzova is a highly skilled award winning professional photographer for the "Rock N' Roll World". She  has been a professional photographer for world renowned artist such as Guns N' Roses, ACDC, Aerosmith, the Dead Daisies, Kiss, Def Leppard, Motley Crue, Lenny Kravtiz, and many others.

### Plaintiffs/ Counter-Defendants/ Third-Party Defendants

8.    Plaintiff/Counter-Defendant    Gundam    Touring    Services    LLC ("Gundam") is the business management and holding company of Guns N' Roses

with their principal place of business is in Woodland Hills, CA. The principal/ manager of the LCC is Axl Rose. **SEE EXHIBIT X**

9.    Plaintiff/Counter-Defendant Gundam Production LLC ("Gundam") is the business management and holding company of Guns N' Roses with their principal place of business is in Woodland Hills, CA. The principal/ manager of this LCC is Axl Rose. **SEE EXHIBIT X**

10.    Plaintiff/Counter-Defendant    Waterhead    International,    INC. ("Waterhead") is the business management and holding company of Guns N' Roses with their principal place of business is in Woodland Hills, CA. The principal/ manager of the LCC is Axl Rose. **SEE EXHIBIT X.**

11.    Third Party Defendant Guns N' Roses ("GNR") is an internationally renowned Rock Band, composed of Axl Rose, Saul Hudson ("Slash"), and Micheal Andrew "Duff" McKagan. GNR is the holder of the Guns N' Roses trademark. **SEE EXHIBIT X.**

12.    Benzova is informed and believes and thereon alleges Third Party Defendant Axl Rose is an individual who at all relevant times herein resided in the County of Los Angeles, State of California. Axl Rose is the owner of www.gunsnroses.com. **SEE EXHIBIT X**

13.    Benzova is informed and believes and thereon alleges Third Party Defendant Saul Hudson ("Slash") is an individual who at all relevant times herein resided in the County of Los Angeles, State of California.

14.    Benzova is informed and believes and thereon alleges Third Party Defendant Duff McKagan ("Slash") is an individual who at all relevant times herein resided in the County of Los Angeles, State of California

15.    Third Party Defendant, Fernando Lebeis ( "Third Party Defendant" or "Lebeis" or "Fernando" ) is the manager/proxy of the Rock band Guns N' Roses. Ferando Lebeis. on information and belief, is an individual who at all relevant times herein resided in the County of Los Angeles, State of California. As the manager of Guns N' Roses, Lebeis was the proxy who negotiated with Katarina Benzova. Benzova notes an individual who causes a corporate party to infringe copyright and personally participates in the infringing activity is jointly and severally liable with the corporation for the infringement. **SEE EXHIBIT X**. *Lechner v. Marco-Domo Internationales Interieur GmbH*, 2005 WL 612814 (S.D.N.Y. 2005); *Comcast of Illinois X v. Multi-Vision Electronics, Inc.*, 491 F.3d 938, 947 (8th Cir. 2007)

16.    Third Party Defendant Team Brazil Management Inc ("Team Brazil")is a four member management team composed of the Lebeis nuclear family- 1)The Mother, Elizabeth Beta Lebeis, acts as Axl Roses Manager; 2) Fernando Lebeis (Son of Beta) acts as manger to the band Guns N' Roses; 3)Vanessa Santos (Daughter)

acts as another one of Axl Roses manager; and 4) Alex Santos acts as accountant working with Gundam LLC . Their principal place of business is, upon information and belief, in Los Angeles/ Malibu, CA. **SEE EXHIBIT X.**

17.    Benzova is informed and believes and thereon alleges that all times relevant hereto each of the Plaintiffs/Counter-Defendants/Third Party Defendants (Fernando Lebeis/ Team Brazil/ Gundam/Gun N' Roses)was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Plaintiffs/Counter-Defendants/Third Party Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Benzova's rights and the damages to Benzova proximately causes thereby.

18.    Benzova also notes, as stated supra : 1) corporate officers can be held liable for the infringing acts of their corporations if they personally participated in the acts constituting infringement; and 2)an individual who causes a corporate party to infringe copyright and personally participates in the infringing activity is jointly and severally liable with the corporation for the infringement. *Lechner v. Marco-Domo Internationales Interieur GmbH*, 2005 WL 612814 (S.D.N.Y. 2005);

*Comcast of Illinois X v. Multi-Vision Electronics, Inc.*, 491 F.3d 938, 947 (8th Cir. 2007)

### **Third Party Infringers**

19.    All of the Third Party Infringers listed below are non-parties (each are a "Third Party" or a "Non-Indispensable Third Party" and collectively the "Third Parties").

20.    Non-party Classic Rock Magazine is an English print and online magazine.

21.    Non-party Rolling Stone Magazine is an Argentinian online magazine.

22.    Non-party Stuff Magazine is a New Zealand Online Magazine

23.    Non-party Alerta Bogota is a Columbian Online Magazine

24.    Non-party Ultimate Classic Rock Magazine is an American online Magazine

25.    Non-party El Pais is an Uruguayan Website

26.    Non-party Metronomo is an Uruguayan website

27.    Non-party Orbita Rock is an Argentinian website

28.    Non-party Emol is a Chilean Website

29.    Non-party Pantallazo is an Uruguayan website.

30.    Non-party Latido Beat

**BENZOVA'S COUNTERCLAIM 2:23-CV-08968-FMO-E**

31.    Non-party MonteVideo Portal Uruguayan website

32.    Nonparty Mercury Concerts is a South American Promotor

33.    Non-party Julien's Auction and an American website.

34.    Non-party Igor Miranda Journal is a Brazilian website

35.    Non-party La Diaria is an Uruguayan website

36.    Non-party El Observador is an Online Website

37.    Non-party El Colombiano is a Colombian website

38.    Non-party Futuor is a Chilean Website

39.    Non-party La Repulica is a Peruvian Website

40.    Non-party RockAxis is a Columbian Website

41.    Peterson Car Museum is a Museum located in Los Angeles County

42.    Ernie Ball Inc. is an American Instrument and Guitar accessory company based in California.

43.    HYT is a watchmaking. Company based in Neuchatel Switzerland

44.    Benzova is informed and believes and thereon alleges that all times relevant hereto each of the Third Parties were the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Plaintiffs/Counter-Defendants/Third Party Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively

participated or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Benzova's rights and the damages to Benzova proximately causes thereby.

45.    Due to the fact that the full extent of infringing activity upon Benzova's copyrights is not fully known, Benzova reserves the right to amend the complaint to add third parties who directly, contributorily, and or vicariously infringed upon her photographic copyrights.

## JURISDICTION AND VENUE

46.    This action arises under the Copyright Act, 17 U.S.C.§§101,*et seq* and 1201 *et seq*.

47.    This Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

48.    This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because the sexual harassment, fraud, copyright infringement, and all other claims arise out of the same nucleus of operative facts and because the claims are so related in the action within the Court's original jurisdiction they form part of the same controversy under Article III of the United States Constitution.

49.    This court has personal jurisdiction over Fernando Lebeis, Team Brazil, Guns N' Roses, Axl Rose, Saul Hudson, and Michael Andrew "Duff" McKagan

because each Plaintiff/Counter-Defendant/ Third Party Defendant (a) maintains, operates and/or transacts business through, a principal place of business in Los Angeles, California, and (b) conducts continuous and systematic business in California, including the Central District of California. The effect of Plaintiffs/Counter-Defendants/Third Party Defendants' actions arises to in multiple districts, and a substantial portion of the events giving rise to the claims herein occurred within this District.

50.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 and 1400(a) because the acts of infringement complained of herein occurred in this District, Plaintiff/Counter-Defendant/Third Party Defendants are domiciled in this district, Third Party Defendant's office and agent can be found in this District, Third Party Defendant's unlawful actions were directed from or through computers in this District, and Benzova has been harmed in this District.

51.    Third Party Defendant, Guns N' Roses, are estopped from contesting personal jurisdiction or venue in this action because Third Party Defendants have consented to personal jurisdiction and venue in similar copyright infringement and trademark actions filed by Third Party Defendants in this District. *See Guns N' Roses v. Canarchy Craft Brewery Collective LLC,* No. 2:19-cv-04052 (C.D. Cal. filed May 9, 2019)

52.     Under Fed Rule Civ. Pro 13, 14 and 19, jurisdiction over all Third Part-Defendants is proper because third-party defendants are liable for all or part of the counterclaims set forth herein and joinder of such indispensable parties is necessary to ensure a fair and complete resolution of the dispute. The Court has both subject matter and personal jurisdiction over all third-party defendants. Further their inclusion has been noted and prescribed in prior Court Orders. [ *Docket No*. 29, ¶ 4] ; *Fed. R. Civ. P.* 13, 14, and 19.

## **GENERAL ALLEGATIONS**
### **Katarina Benzova and Her Work As a Photographer**

53.     Katarina Benzova is a highly skilled, award winning, photographer and photojournalist with over 12 years of experience capturing and curating high-end photography of the most successful and elite Rock and Roll bands and artists in the world- such as Guns N' Roses, ACDC, Aerosmith, ZZ Top, Steven Tyler, Mick Fleetwood, Rolling Stones, Lenny Kravitz, Eddie Van Halen,  Dave Grohl,  Dave Navarro, Marilyn Manson, and many others.

54.     Since 2010, Benzova has been a "Rock N' Roll" photographer who takes portraits of rock and roll stars and rock and roll concerts at their highest most "spiritual moments".

55.    Throughout her career, Benzova has relied on her creativity, intuition, skill, artistic ability, and professional experience to capture the most beautiful and impactful images, often under challenging, stressful, and even dangerous conditions.

56.    Her photographs are displayed in galleries, such as the Morrison Hotel Gallery and Rock Photograph Museum, and are considered fine art. See www.morrisonhotelgallery.com

57.    A typical licensing fee for a Benzova photo is $1500, or $500 per single internet use.

58.    It is the industry standard for a photographer of this level to retain copyright and receive photo credit for their work.

59.    Photo credit is indispensable for a photographer because it connects and brings purchaser to the author and author's library, thereby fostering commercialization of future purchasers and licensors. Photo credit acts as a link that is absolutely necessary to increase one's fanbase and public exposure, and is also the way an author approves of a work's manner of presentation to the public.

60.    For this reason, it is industry standard that a condition for permission to license photographs is the requirement of photo credit.

61.    From October 4, 2021 to October 22,2022, alone, Benzova authored 39,527 photographs, each and every one being a specific original work protected by copyright.

62.    Since 2016 Benzova has authored 200,000 original copyrighted photographs.

63.    Together all of Benzova's photographs that are <u>authored and owned</u> by Benzova are to be called t**he Benzova Photographs**.

64.    There are over 250,000 photographs within the Benzova Photographs, a library or "catalogue" of her work by which Benzova uses for licensing and sale as an independent professional photographer.

65.    Within the **Benzova Photographs,** for the purposes of this action**,** there are three tiers:-<u>TIER 1</u> refers to the (at least) 156 registered photographs that were infringed since August 30, 2022 (VA-2-332-042) and October 9, 2022 (VA-2-335-573)/(VA-2-335-574) which Benzova may elect and pursue via statutory damages, for willful and egregious infringement in accordance 17 U.S.C. §412 ; <u>TIER 2</u> refers to the works that were infringed since April 2020; and <u>TIER 3</u> refers to the remainder of Benzova Photographs, captured since 2010 during all Uncontracted Periods (when Benzova was not under written contract), which Benzova seeks an order declaring her the sole owner of each and every one of those photographs pursuant to 17 U.S.C. §201(a), which states the copyright originally vests in the creator of the work upon fixation.

66.    All of the Benzova Photographs described as TIER 1 in the preceding paragraph have been properly registered is accordance with 17 U.S.C § 411. **SEE EXHIBIT 1**; *registrations*.

### Plaintiffs'/ Counter-Defendants'/ Third-Party Defendants' Commercial Activities.

67.    Team Brazil is the management company for the rock and roll band Gun N' Roses. Team Brazil is comprised of four members, all of which are part of a nuclear family: Elizabeth Beta Lebeis, Fernando Lebeis, Vanessa Santos, and Alex Santos. Their primary business, upon information and belief, is to manage the, approximately, 150 person crew that accompanies Guns N' Roses on their domestic and international tours; as well as to manage Guns N' Roses' internet sites, their subscription service website "Night Train", as a well as Guns N' Roses' publicity- including but not limited to the authorization, reproduction, licensing, and distribution of photographs to the press, magazines, and other third party publications.

68.    Team Brazil authorizes, reproduces, publicly displays, creates derivatives works for advertising purposes, and distributes such photographs through a Private Drobox they created, own, maintain, and access. In addition, Team Brazil is in charge of designating the GNR logo for purposes of claiming ownership interest on photos that are made available for public display.

69.    Gundam Touring LLC and Gundam Production LLC ( together as "Gundam" is the/a holding company of Gun's N Roses. Gundam's   primary business, upon information and belief, is to manage certain financial affairs and to author contracts on behalf of Fernando Lebeis- including all contracts presented to Ms. Benzova since 2016.

70.    Guns N' Roses is an international renowned rock band composed of Axl Rose, Slash, and Duff. McKagan. Currently, among other things, their primary business is touring whereby they perform their music in stadiums and arenas both domestically and internationally. They are considered one of the most successful rock bands in the world having accumulated sales of more than 100 million records worldwide. Their concerts generate millions in revenue.

71.    Guns N' Roses use the GNR identifier on publicly displayed photographs available on The GNR website, GNR Twitter page, and the GNR exclusive subscription service called "NightTrain". Guns N Roses utilize their logo as a trademark in order to indicate ownership and origin. **SEE EXHIBIT X**.

**Benzova's Independent Contractor/ Photography with Guns N' Roses**

72.    Ms. Benzova began working with Guns N' Roses in 2010, and worked with them on and off as an independent contractor until 2022.

73.    Benzova is a highly skilled photographer.

74.    Benzova possess photography skills that are absent to average person.

75.     Each photo pursued in this case is the product of Benzova s intellectual conceptions.

76.     GNR/GUNDAM/TEAM BRAZIL did <u>not</u> control the manner or means of how each photograph was taken.

77.     Benzova has many high level "A list" clients.

78.     GNR/GUNDAM was not Benzova's only client.

79.     Benzova worked neither exclusively nor continuously for GNR/GUNDAM.

80.     Benzova worked by the job, merely episodically with GNR/GUNDAM.

81.     Benzova was not paid an hourly wage.

82.     GNR/GUNDAM/TEAM BRAZIL/LEBEIS categorized Benzova as independent contractor for tax purposes.

83.     GNR/GUNDAM/TEAM BRAZIL/LEBEIS categorized Benzova as independent contractor for tort liability/insurance purposes.

84.     GNR/GUNDAM/TEAM BRAZIL/LEBEIS gave Benzova an independent contractor agreement on July 28, 2021. **SEE EXHIBIT 2;** ***independent contractor liability release.***

85.      GNR/GUNDAM/TEAM BRAZIL/LEBEIS authored the independent contractor agreement that was given to Benzova on July 28, 2021.

86.    Benzova signed the independent contractor agreement on July 28, 2021

87.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not withhold taxes from Benzova

88.    Benzova did not economically depend on defendant and had many other clients.

89.    Benzova gave GNR/GUNDAM/TEAM BRAZIL/LEBEIS invoice, on her own stationary, denoting her fee.

90.    While working with GNR/GUNDAM/TEAM BRAZIL/LEBEIS, Benzova continued to run her own business concurrently.

91.    Benzova took risk in profit and loss while working with GNR/GUNDAM/TEAM BRAZIL/LEBEIS, and negotiated for profit sharing.

92.    Benzova negotiated fee and terms with GUNDAM/TEAM BRAZIL LEBEIS

93.    Benzova believed she was an independent contractor.

94.    Benzova referred to herself as a freelancer.

95.    Benzova's O-1 Visa agency held out/stated Benzova as an independent contractor, referred to Benzova as an independent contractor. designated Benzova as an independent contractor with multiple employers.

96.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS knew of and  cooperated with Benzova's O-1 visa agency, stating Benzova was an independent contractor with multiple employers.

97.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS told Benzova she was an independent contractor.

98.    Benzova was called and referred to as an independent contractor by GNR/GUNDAM/TEAM BRAZIL/LEBEIS.

99.    GNR/GUNDAM/TEAM BRAZIL/LEBEIS knew Benzova was an independent contractor.

100.    Benzova received no healthcare from GNR/GUNDAM/TEAM BRAZIL/LEBEIS. Thus, if and to the extent any of Benzova's works are somehow deemed "work for hire", then Plaintiffs/ Counter Defendants/ Third- Party Defendants are in violation of *Cal. Lab. Code*. §3351.5(c); *Cal. Unemp. Ins. Code* §§621(d), 686.

101.    Benzova received no insurance benefits from GNR/GUNDAM/TEAM BRAZIL/LEBEIS. Thus, if and to the extent any of Benzova's works are somehow deemed "work for hire", then Plaintiffs/ Counter Defendants/ Third- Party Defedants are in violation of of *Cal. Lab. Code*. §3351.5(c); *Cal. Unemp. Ins. Code* §§621(d), 686

102.  When injured on job, tearing rotator cuff, Benzova paid her own medical bills.

103.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not pay unemployment taxes . Thus, if and to the extent any of Benzova's works are somehow deemed "work for hire", then Plaintiffs/ Counter Defendants/ Third- Party Defendants are in violation of *Cal. Lab. Code*. §3351.5(c); *Cal. Unemp. Ins. Code* §§621(d), 686.

104.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not  pay social security taxes. Thus, if and to the extent any of Benzova's works are somehow deemed "work for hire", then Plaintiffs/ Counter Defendants/ Third- Party Defendants are in violation of *Cal. Lab. Code*. §3351.5(c); *Cal. Unemp. Ins. Code* §§621(d), 686.

105.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not provide any employee benefits. Thus, if and to the extent any of Benzova's works are somehow deemed "work for hire", then Plaintiffs/ Counter Defendants/ Third- Party Defendants are in violation of *Cal. Lab. Code*. §3351.5(c); *Cal. Unemp. Ins. Code* §§621(d), 686.

106.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not provide or contribute to unemployment insurance or worker's compensation fund. Thus, if and to the extent any of Benzova's works are somehow deemed "work for hire", then Plaintiffs/ Counter Defendants/ Third- Party Defendants are in violation of *Cal. Lab*. *Code*. §3351.5(c); *Cal. Unemp. Ins. Code* §§621(d), 686.

107.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not withhold federal income taxes, FICA, or state income taxes.

108.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS reported payments to Benzova on 1099 forms as nonemployee compensation. **SEE EXHIBIT 3**; *1099*.

109.  Benzova based her fee on the knowledge and fact that she would have to pay federal income tax.

110.  Benzova controlled the means and manner of her job and the creation of each photograph.

111.  Benzova created, edited, and developed each photo by her own independent judgment -with own tools and instrumentalities that she bought and owned-and was never under the supervision or direction of the GNR/GUNDAM/TEAM BRAZIL/LEBEIS or any of Plaintiffs/ Counter Defendants/ Third- Party Defendants.

112.  Benzova  had complete discretion over creative and technical aspects of each photograph,

113.  Benzova chose the angle of each photo. Benzova chose the lighting of each photo. Benzova chose the position of each photo. Benzova chose the subject matter of each photo. Benzova  chose the shading of each photo. Benzova chose the frame of each photo. Benzova chose the exposure of each photo. Benzova chose the lens of each photo. Benzova chose the camera's aperture for each photo. Benzova

chose the shutter speed of each photo. Benzova chose the filter of each photo. Benzova chose the effects developed by the filters in each photo Benzova chose the rendition and how each photo was depicted. Benzova chose the timing of each photo

114. GNR/GUNDAM/TEAM BRAZIL/LEBEIS were not present during the creation of the photograph.

115. GNR/GUNDAM/TEAM BRAZIL/LEBEIS were not present during the editing and direction of the photographs.

116. GNR/GUNDAM/TEAM BRAZIL/LEBEIS gave no direction into how each photograph was made.

117. Photographs were taken on cameras that were owned, purchased, and operated by Benzova

118. Photographs were edited on computer owned, purchased, and operated by Benzova.

119. Photographs were edited within software that was owned, purchased, and operated by Benzova.

120. GNR/GUNDAM/TEAM BRAZIL/LEBEIS did not provide space or desks for Benzova to edit and develop photographs.

121. In each photo Benzova selected the camera to use.

122. In each photo Benzova selected the film/lens/format to use.

123.  Benzova made extensive and numerous judgements in regards to technical matters and the use of light.

124.  Benzova was retained for a "leg of tour" each time- relatively short periods, on a per job basis.

125.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS paid Benzova a sum dependent on completion of a certain job- completion of photographs.

126.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS had no right to assign additional projects to Benzova.

127.  Benzova was not paid by time, but by job.

128.  Benzova had no assistants.

129.  GNR/GUNDAM/TEAM BRAZIL/LEBEIS hired no assistant to help Benzova.

**Benzova's Photography with Guns N' Roses**

130.  Benzova was technically hired by GUNDAM TOURING SERVICES/GUNDAM PRODUCTION LLC ("GUNDAM") and briefly by "Waterhead"..

131.  Between 2010 and 2022 Ms. Benzova captured over 250,000 photographs, for a total of 364 shows, while covering 30 tour legs.

132.  Ms. Benzova captured each Benzova Photograph with her own Canon 5D Mark IV camera, and edited all the photographs on her own computer using her own Photoshop Lightroom software.

133.  During shows Ms. Benzova, by her own initiative and choice, would run and position herself at chosen locations throughout the concert venue to capture the most powerful, impactful, and beautiful moments of the event. Each photo was meant to capture and evoke the "spiritual feeling" of the concert.

134.  After each concert Benzova would select, edit, and deliver such photos for further distribution to a private drop box that was owned, created, and maintained by Team Brazil and Guns N' Roses.

135.  More specifically, members of GNR and TEAM BRAZIL- Fernando Lebeis, Vanessa Lebeis, Duff McKagan, Slash, Brian Klein, and Jeff Varner (Slash's Manager)-all had access to private drop box where the Benzova Photographs were delivered and offered for distribution.

136.  After receiving a photograph from Ms. Benzova, Team Brazil and Guns N' Roses would reproduce, create derivative works for advertising purposes, distribute, display, and hold out for "licensing"/ "sublicensing"/ and "sale" the Benzova Photographs to Third Party Publications- including print magazine, online magazines, newspapers, and other websites

137.  Some of the photos were captured and delivered while Benzova was under written contract("The Contract Period"); and the rest Benzova were captured when she was not under any written contract/ any contract. ("The Uncontracted Period").

138.  At all times during the Uncontracted Period, Ms. Benzova was the sole owner of the Benzova Photographs; and Benzova has secured  U.S. Copyright registrations in connection to all those photos. **SEE EXHIBIT 1**. Many of these photos are currently being registered/have pending application status. Thus Benzova reserves right to amend the this counterclaim to incorporate all photographs within pending registrations.

139.  At all times during the Contract Period Benzova wrongfully believed she did not have the right to authorize, control, and approve of Team Brazil, Gundam, and Guns N's Roses' commercialization of the Benzova Photographs because her works were purportedly "work for hire" during the exclusive Term of the contract. However such contracts failed to satisfy the conditions that establish a work as for hire under 17 U.S.C. § 101. At all other times Benzova wrongfully believed she did not have the right to authorize, control, and approve of Team Brazil, Gundam, and Guns N's Roses' commercialization because of PLAINTIFF/COUNTER-DEFENDANT/THIRD PARTY DEFENDANTS' fraud, trickery, oppression, bad faith, injustice and/or unfairness.

140.  Additionally, during the Uncontracted Period from 1) the majority of 2010 to 2016; 2) from August 2016 to August 1, 2021; and 3) from October 4, 2021 to October 2022, despite the absence of a written contract, Team Brazil, Gundam, and Gun's N Roses commercialized at least 156 of the Benzova Photographs without her authorization, permission, and against her consent and objectively manifested intent. (Benzova Photographs <u>Tier 1</u>)

141.  During the Uncontracted Period, PLAINTIFF/COUNTER-DEFENDANT/THIRD PARTY DEFENDANTS were aware that it was not the owner of the Benzova Photographs. Team Brazil, Gundam, and Guns N' Roses authored the contracts, whereby the ending of Contract Term terminated any purported "ownership" interests. Secondly, Team Brazil, Gundam, and Guns N' Roses, are sophisticated parties with previous knowledge of copyright law, the statue of frauds, and industry standards. Furthermore, Team Brazil, Gundam, and Gun's N Roses position of non-ownership in the Benzova Photographs, during the Uncontracted Period, is reflected in the treatment of Benzova when they offered her $8,000 to try to get her to assign the rights and/or misclassify Benzova as an employee in order to obtain the copyrights in the photographs captured from October 3, 2021 to October 2022. **SEE EXHIBIT 4;** *October 2022 unsigned assignment.*

142.  Within such offer, PLAINTIFF/COUNTER-DEFENDANT/THIRD PARTY DEFENDANTS asks Benzova to agree to the falsehood that she worked continuously for GNR from August 2021 to October 2022.

143.  On information and belief, GNR/GUNDAM/TEAM BRAZIL/LEBEIS would not ask Benzova to agree to a falsehood- that she worked continuously for GNR from 2021 to 2022- and ask her to assign her copyrights and/or misclassify her as an employee- unless they knew that they did not own copyrights in Benzova Photographs and knew that they had already infringed upon Benzova's rights.

144.  In fact, it was the habit and routine practice of Team Brazil and Guns N' Roses to infringe upon the copyrights of Benzova and others Specifically, just to name one of many, Lebeis admitted to disrespecting and infringing upon Benzova's copyrights regarding a calendar where she was not given credit. Additionally, on another occasion on or about May 2020 during a public interview Lebeis openly admits to using another's photograph, infringing upon it, and not giving him credit, further supporting the fact that such egregious copyright infringement was routine practice. *Internet Interview with Fernando Lebeis, Podcast with Fans, The War Room* at min. 61.30 to min. 63, min. 81.55. *(May 7, 2020) (*Lebeis: *"*You made that? We love that. *My bad I didn't give you credit*…I am so sorry. Somebody posted something and the guys were laughing….*Don't lie to me. That's my job.* I am just giving you content. I am just giving you fucking ammunition. You can use it against

me. I am your biggest fan. *By the way we love that photo. You made it for the guys.....Every decision I make is the going to be the decision you(Axl Rose) tell me."*) (*e*mphasis added*).* Interview available at the following URL: https://www.youtube.com/watch?v=NycLDY4EUKs&t=6351s

145.  In said interview, Lebeis also admits to have takedown power, implying that he can take down pictures from public display that he has already infringed upon.

146.  Furthermore, in 2016 throughout 2022, Ms. Benzova would get into repeated disputes- both verbally and in writing-with Fernando Lebeis of Team Brazil, where she would directly and specifically notify Lebeis of his willful infringing activities, the breach of the conditioned use for photo credit, and/or for the unauthorized use of the Benzova Photographs.

147.  Such intent, condition, and objections were made expressly known since April of 2016 after Benzova discovered that number of people that see GNR photographs online was, at a minimum around 70,000 people per photograph.

148.  Such intent was expressly and objectively manifested through conduct, multiple times, throughout 2016 to 2022, in texts, letters, emails, conversations, and through the non-execution of the contacts presented to Benzova on or about May of 2016, 2017, and in October 2022.

149.  In one such dispute regarding infringement, on or about November 2016,  Lebeis expressly admits to knowingly and intentionally infringing upon Ms. Benzova's copyrights, egregiously stating that he knew but was too lazy to give her credit.

150.  On another occasion, on or about November 2016, after being specifically notified of his unauthorized infringing use, Lebeis admits that his practice is "all part of a plan". And then Lebeis states "I knows what I am doing".

151.  On multiple other occasions, after being notified of infringement/unauthorized use, Lebeis would, in an egregious display of arrogance, tell Benzova that she didn't need photo credit because everyone already knew that she was the photographer of Guns N' Roses.

152.  In addition to admitting his own willful intentional infringement, Lebeis, in 2022, writes to Benzova that Guns N' Roses, his principal, has knowledge of such activity.

153.  Such knowledge is buttressed by the fact that Lebeis's principal Axl Rose has a pattern of behavior whereby he falsely claims ownership of photographs of himself in an attempt to have increased control over how he is perceived in the media. Evidence of such behavior has been documented by a public data base named, Lumen, where in 2016 Rose/Team Brazil hired a third party to try and take down photos of himself where he appeared overweight.

154.   Upon information and belief, which Benzova thereon alleges, a part of the "plan" Lebeis refers to is Axl Rose's plan to  control his image on the internet in response to a 2016 controversy whereby embarrassing pictures of Rose was published. Rose then claimed to be author of the photographs to control distribution. However he was not the author and owner of such photographs.

## The Contracted Period

155.   Despite working with Guns N Roses on and off for 12 years, for a total of 364 shows or 30 legs and working on a leg-to-leg basis, only five contracts- each pertaining to a single upcoming leg of a tour- were ever executed by Benzova. None of these agreements were renewed or extended.

156.   Under such contracts, Benzova purportedly worked for Guns N' Roses as an independent contractor on a "work for hire basis" *during the term*- each term being for upcoming leg of the tour. However these agreements failed to satisfy the statutory requirements set forth in the Copyright Act, 17 U.S.C §101 (2). The First executed contracted was in 2010 pertaining to the Australian Abu Dhabi Leg from December 1, 2010 to December 16, 2010. The second executed contract was in 2014 for the South American Leg, pertaining to the shows from March 20, 2014 to April 24, 2014. The Third executed contract was in March 2016 for a leg of the tour, pertaining to a leg of the tour that took place from April 1, 2016 to April 24, 2016.

The fourth was presented and executed- in the middle of a tour- in July in 2016 for a leg that ending on August 22, 2016.

157.  However, when a contract was presented to Benzova in May 2016- pertaining to the upcoming  leg of the tour - it was not executed by Benzova because at this point in time, Benzova had manifested her intent that all prior dealings were no longer satisfactory- especially pertaining to the terms of her fee, limited usage, profit sharing, non-transferability to third parties, presentation of photos to the public, and the necessity of photo credit. Such intent was objective and communicated directly to Team Brazil and Gundam LLC.

158.  However, despite Benzova's repeated insistence and seeking to utilize written contracts, Plaintiff/Counter-Defendant/Third Party Defendants thwarted all such attempts at utilizing of written contracts throughout the remaining portion of 2016 until 2021, and did not present Benzova with another contract until August 28, 2021. This 2021 contract was presented 28 days after the start of a leg of the tour. *Gladwell Government Services, Inc. v. County of Marin,* 265 F.Appx. 624, 626 (9th Cir. 2008) Furthermore, Plaintiff/Counter-Defendant/Third Party Defendants were aware the duty to provide written agreements is incumbent upon the hiring party, not the independent contractor. This knowledge is exhibited by the fact that Plaintiff/Counter-Defendant/Third Party Defendants presented Benzova an

independent contractor waiver form prior to the start of the tour on or about July 28, 2021.

### The Uncontracted Period: (2010- 2014) (2014-2016)(2016-2021), (2021-2022); Tier One Photographs

159.  Despite working with Guns and Roses for a total of 364 shows, Ms. Benzova was only under written contract from a) December 1, 2010 to December 16, 2010; b) March 20, 2014 to April 24, 2014; c) March 20, 2016 to April 24, 2016; d) July 27 to August 22, 2016; e) and August 28, 2021 to October 3, 2021. This totals 145 days (all photographs taken during these days are not in dispute).

160.  The last contract given and signed by Benzova was on August 28, 2021, for a Term ending on October 3, 2021. **SEE EXHIBIT 5;** *August 1- October 3, 2021 contract.*

161.  This contract, authored by Gundam Touring LLC, pertains to a leg of the tour that began on August 1, 2021 and ended on October 3, 2021(the Term) for the "We're Effin Back"

162.  During the Term, Benzova's works were to be exclusive and a work for hire for a period of 8 weeks, for a total compensation of $40,000.

163.  However, Ms. Benzova began working on the We're Effin back tour on July 31st and was not given the contract until August 28, 2021- twenty-eight (28) days *after* she began working.[ *Docket No*. 55, pg. 4]. *Gladwell Government*

*Services, Inc. v. County of Marin,* 265 F.Appx. 624, 626 (9th Cir. 2008)("The plain language of the statute indicates that a work-for-hire agreement cannot apply to works that are already in existence. Works 'specially ordered or commissioned' can only be made after the execution of an express agreement between the parties.")(citing *Playboy Enters., Inc. v. Dumas*, 53 F. 3d 549, 558-59 (2d Cir. 1995); Schiller & Schmidt, Inc. v. Nordisco Corp., 969 F. 2d 410, 412-13 (7th Cir. 1992) (emphasis omitted)).

164.  The contract had a work for hire clause that states, in relevant portion, "You acknowledge and agree that the results and proceeds of your services rendered *during the Term* will be on a work for hire basis."

165.  This last contract, when presented in late August of 2021, is also of importance because it was accompanied by an email where GUNDAM TOURING /Plaintiffs/Counter-Defendants/Third Party Defendants admits to knowing at this point in time that they do not own or have permission to use BENZOVA's photographs and that a separate NDA agreement was also necessary to acquire any ownership rights for Benzova's work *during the term*- from August 1, 2021 to October 2021.Yet the NDA, which is attached to the deal memo and which did not specify any particular works or offer any additional compensation- states, in an intentionally subdued and latent way, that it is effective as of 2016- a five year retroactive reach. Upon information and belief, which Benzova thereon alleges, this

was GUNDAM's veiled way of trying to seek release from liability after the fact because they knew that their conduct was infringing. Furthermore, GUNDAM's intentional contradiction regarding the meaning of "the term" within of the- 1) initial deal memo agreement with salient terms presented in August 2021; 2) the accompanying email; and the 3) NDA's purported effective date of 2016 -shows defendants' deceitful and duplicitous intent. The dates, documents, and sequence by which they were presented to Benzova were meant to misdirect and cause ambiguity - in order for GUNDAM/ Plaintiffs/Counter-Defendants/Third Party Defendants to try and seek release from liability for their past willful infringement, while, at the same time, hide this purpose and intention from Benzova.

166.  Benzova executed the August 2021 contract on August 28th, 29 days after she began working on July 31st, according to the salient points of the deal memo: total compensation for $40,000 on an exclusive basis for the Term pertaining the upcoming leg of the tour from August 1, 2021 to October 3, 2021.

167.  Benzova did not execute the NDA with the belief, intent, interpretation, or assent that the purported effective date of the NDA- the 5 year retroactive reach back with no additional compensation and no specifications of work- would somehow assign/transfer  her copyrights on a work for hire basis (or as an assignment or any other basis of transfer) from 2016-2021- the period of time whereby  GUNDAM/TEAM  BRAZIL/  FERNANDO  LEBEIS  intentionally

thwarted utilization of contracts despite Benzova's insistence to use them. (*See within*  Intentional Thwarting of Utilization of Contracts by Team Brazil).

168.  Furthermore, Gundam only paid $36,160 of the $40,000 promised, which constitutes a breach, from August 1, 2021-October 3, 2021.

169.  Nevertheless, after the termination of the Final Term in October 2021, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS resumed their habitual and systemic practice of egregious and willful infringement upon the Benzova Photographs.

170.  After the termination of the final Term ending on October 3, 2021- from October 4, 2021 to November 2022- Benzova authored 39, 527 photographs- each being an original work of authorship protected by copyright.

171. Of those 39,527 photographs, 1,266 were offered for further distribution -permission being conditioned upon, *inter alia,* her fee, controlled use, proper photo credit for Benzova, non-transferability to third party, and profit sharing in print/and or with third parties.  17 U.S.C. § 101 ("Publication" is the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending. The offering to distribute copies or phonorecords to a group of persons for the purpose of further distribution, public performance, or public display, constitutes publication. A public performance or display of a work does not of itself constitute publication.")

172.  All of the said photographs in question were delivered to the private drop box ( referred to as "The Drop Box" within  Willful Infringement Section) which was created, owned, maintained, and directly *accessed* by Team Brazil, Gundam, and Guns N' Roses.

173.  The delivery, an offer of distribution, by Benzova, of  each of the individual 1,266 photographic  works, marked the first publication date of that individual work. ( **SEE EXHIBIT D, G, & F**). Ms. Benzova authorized the first publication of each photograph in question by offering to distribute the photographs herself.  It was always Benzova's intention to have her work be published and seen and enjoyed by the world.

174.  After first publication and within three months of timely registration, Team Brazil, Gundam, and Guns N' Roses then infringed upon at least 156 individual Benzova Photographs, by using each of the 155 photographs without permission, authorization, and consent of Ms. Benzova.

175.  Pursuant to 17 U.S.C. §412(2)- works registered within three months of first publication are afforded statutory damages and attorneys' fees as remedies. *House Report No. 94-1476* (As an exception, however, the clause provides a grace period of three months after publication during which registration can be made without loss of remedies; full remedies could be recovered for any infringement begun during the three months after publication if registration is made before that

period has ended. This exception is needed to take care of newsworthy or suddenly popular works which may be infringed almost as soon as they are published, before the copyright owner has had reasonable opportunity to register his claims.)

176.  Furthermore, PLAINTIFFS/ COUNTER DEFENDANTS/ THIRD-PARTY DEFENDANTS had knowledge of the infringement because they were aware of the final Term of any ownership ending on October 21, 2021 due to the fact that GUNDAM authored the Term themselves.

177.  Furthermore, upon information and belief, GUNDAM'S/GNR'S/TEAM BRAZIL'S/FERANDO LEBEIS' knowledge is reflected in the 2022 offer where they seek assignment of the Benzova Photographs in exchange for $8,000 and/ or their efforts to misclassify Benzova as an employee be having her sign off on the falsehood that she worked continuously for PLAINTIFFS/ COUNTER DEFENDANTS/ THIRD-PARTY DEFENDANTS. Benzova refused such offer and did not assign any rights. **EXHIBIT 4.**

## **Intentional Thwarting of Utilizing Written Contracts**

178.  Although Benzova worked for Guns N' Roses, since 2010, problems regarding usage, licensing, copyright ownership, photo credit, and payment, started to arise in 2016.

179.  In 2016 Fernando Lebeis became official manager of Guns N' Roses and the proxy that Katarina Benzova negotiated with. Lebeis's responsibilities and

authority as proxy and managing agent included, *inter alia*, included power to negotiate and power to assign photo credit. It was common knowledge that Fernando Lebeis was less experienced compared to former managers of Guns N' Roses and other bands of similar status. However in public interview Lebeis states that he has over 20 years of experience in the music industry. Regardless of experience, Lebeis as manager of Guns N Roses qualifies as a "managing agent" of the corporation. *CA Civil Code* §3294 (b) ("With respect to corporate employer, the advance knowledge and conscious disregard, authorization, ratification or act of oppression, fraud, or malice must be on the part of an office, director, or *managing agent* of the corporation.) **SEE EXHIBIT X**. (emphasis added).

180.  Lebeis's rise to Guns N Roses manager also placed him as the direct negotiator with Benzova. Here, as stated, his authority included, *inter alia*, affixing photo credit for photographs displayed to the public and negotiating terms. However Lebeis also held himself out as a music manager that had many connections that could help/aid BENZOVA in her career.

181.  In an email in 2016, Lebeis admits that he writes photo credit for social media outlets.

182.  Furthermore, in an email in December of 2022, Lebeis displays that power to direct photo credit to a third party.

183.  Additionally, beginning in 2016, Ms. Benzova made it objectively and expressly clear of her intention regarding the limited/controlled use of her photographs.

184.  She makes it clear that all former course of dealings shall **not** be or thought of as renewed, automatic, or automatically renewed and that each leg of the tour is a new beginning. Benzova's change of intention and expression of that intention arose because of the changing impact of the internet, particularly social media, her higher esteem and reputation in the industry, and the discovery of how many people potentially view a Guns N' Roses photograph. This intention was communicated and received by Fernando Lebeis.  Such intention was conveyed directly, specifically, and understood. In March of 2016 Lebeis, in email, agrees and promises that Benzova shall get credit moving forward.

185.  Such intent was further memorialized in May 2017, during negotiations with lawyers, when Benzova wrote: "Katarina Benzova shall receive her name by way of photo credit whenever the image is used in any fashion whatsoever, including, without limitation, publications, promotional materials, books, tour programs, and all other print forms now or hereafter devised and in connection with all social media now or hereafter deployed". Furthermore, as stated, Benzova notified TEAM BRAZIL/GUNDAM/ LEBEIS/ PLAINTIFFS/ THIRD PARTY DEFENDANTS that there was no automatic continuing or renewal or terms ever-

that each tour was always a new beginning. Furthermore, in 2016, Benzova has made her intention clear that reproductions of her work used into tangible form and/or with third parties calls for profit sharing and credit.

186.   Such intent was also made manifest, on or about May 2016/ May 2017, when a contract was presented to Benzova, without those terms, and Benzova refused to sign.

187.   From then on, from 2016 to 2022, when credit was not provided as promised,  Benzova objected, notified, and gave warning about such unauthorized use. On scores of occasions Benzova specifically notified Lebeis that such use was without her permission, informed Lebeis that her conditioned use was accepted by other bands as standard, and told Lebeis on numerous occasions that deviation from the conditioned use of her work "put them in professional conflict".

188.   In response, Lebeis would *lie*, give promises of credit, give promises of profit sharing with third parties, and repeatedly "*reassured*" Benzova. More specifically, in an email, Lebeis stated "you (Benzova) will be credited upon credited." In addition, Lebeis continuously *lied* to Benzova regarding photo credit, profit sharing with third parties, bonuses, and opportunities in order to secure her participation and loyalty.

189.   More specifically, Lebeis *lied* to Benzova by promising Benzova photo credit with upcoming projects such as calendars; Benzova's reception of photo credit

on coffee table books; profit sharing with Third Parties; reception of photo credit with all Third Parties; and Benzova receiving photo credit for all works made tangible and/or into print. Lebeis even lied to Benzova about an exhibition of her photography with Gun N' Roses where she would receive photo credit for Works displayed. Furthermore, in 2020, Lebeis lied and promised to give Benzova a bonus for which he did not provide, as well as promised her 3 books which she would get credit for.

190.  These lies were repeatedly told and repeatedly reassured and were repeatedly used to mislead Ms. Benzova so that Lebeis could continue his practice of infringement; and conceal his ongoing unauthorized impermissible use of the **Benzova Photographs** from Benzova .

191.  Furthermore, these lies induced Benzova, and Benzova had them in mind and relied upon Lebeis's lies before and during the creation and delivery of the Benzova Photographs in question.

192.  Upon information and belief, Lebeis had made these promises without present intention to perform, but instead with the purpose of staving off Benzova in order to conceal unauthorized uses of her work such as that with Classic Rock Magazine, Rolling Stone, and "Nighttrain"- a GNR website with more than 70,000 members that explicitly states "Guns N' Roses is managed by Team Brazil "(See generally Exhibit G, pp. 276-356; URL: https://www.gunsnroses.com) .The

Nighttrain website's visual content is heavily proliferated with unauthorized uses of Benzova Photographs; and, on information and belief, has generated at least 4.13 million dollars ($4,130,000) in revenue ($59 multiplied by 70,000)- all of which was information hidden from Benzova. *California Civil Code* § 3294 (a); *California Civil Code* § 3294(c) (3) ("Fraud means an intentional misrepresentation, deceit, or *concealment of a material fact known to the defendant* with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury) (emphasis added).

193.  Such mal intent is further substantiated by the fact that Lebeis would falsely misrepresented ownership of the photographs/photographic copyrights This misrepresentation was designed to confuse and belittle Benzova into believing that she did not have the right or power or control over her own photographs when dealing with Lebeis. This misrepresentation was also designed to make Benzova believe she had no right to authorize, no right to exclude, no right to control, and no right to sue in connection to the photographic copyrights at issue.  Furthermore, this misrepresentation targeted Benzova's vulnerability because Lebeis knew that English was not her first language, that he was far more experience in the industry (20 years of extensive experience), and knew his position of as proxy/managing agent/manger of Guns N' Roses Benzova would unduly persuade and oppress her, making her believe untrue statements of fact that were adverse to her own interest.

194.  By way of example and more specifically, in an email, on or about November 2016, Lebeis writes "we own the photographs you take".

195.  This lie regarding ownership was an intentional misrepresentation of present and past material fact that Lebeis knew of and that Benzova relied upon. Consequently, this misrepresentation of material fact invalidates any so-called consent/ apparent consent/ and/or implied consent that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS may purport in its defenses/claims for declaratory judgment. (Special Pleading Fraud)

196.  Hiding the fact that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were not owners the of the Benzova Photographs gave Lebeis the false impression he did own the photographs and therefore "had the right" to control, to exclude, to sue, and to authorize their use. Maintaining this false impression of ownership in the eyes of both Benzova and Third parties was needed in order for GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS to continue their practice of egregious infringement and conceal their past infringements to Benzova, third parties, and the public at large..

197.  More specifically, Lebeis maintained this false impression of ownership by posing as Grantor, Promisor, and/or Licensor of the underlying copyrights in the Benzova Photographs.  (Special Pleading/Fraud)

198. Maintaining this false impression of ownership was further substantiated by Lebeis telling Benzova to remove any information that she was official photographer of Guns N' Roses. After Benzova did a radio/podcast interview where it was mentioned that she was the photographer for Guns N' Roses, Lebeis reprimanded Benzova and told her not to disclose that she was the photographer for Guns N' Roses. Lebeis stated "the reason" for such non-disclosure was because of the NDA policies. But, in fact, the NDA did not and cannot hide the existence of a relationship and, upon information and belief, Lebeis wanted to maintain the misrepresentation to third parties that he had the power to authorize the exclusive rights underlying the Benzova Photographs. However- Lebeis's use of the confidential agreements to further PLAINTIFFS'/ COUNTER DEFENDANTS'/ THIRD-PARTY DEFENDANTS' fraudulent concealment, combined with the fact he was acting from a position of authority- gives rise to constructive fraud. (Special Pleading/ Fraud)

199. Upon information and belief, upholding this misrepresentation- this lie about the material fact regarding who owns the Benzova Photographs- was one of the prime motivations behind GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS not utilizing any contracts from 2016 to 2021. The absence of written contracts was a means to further Plaintiff's/Third-Party Defendants' fraudulent concealment, fraudulent inducement, fraud in factum, constructive fraud, and

promissory fraud. So long as written contracts were not used, Lebeis' promissory lies could still induce Benzova and the present/past fact that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS did not own the photographs would not be explicitly revealed. Keeping this misrepresentation hidden was how Lebeis maintained his false power dynamic over Benzova and how Lebeis could hold himself out to third parties (and the public at large) as having the power to authorize, to exclude, and to control copyrights underlying the Benzova Photographs. (Special Pleading/Fraud)

200. Furthermore, Lebeis misrepresenting who is the owner of Benzova Photographs was intended to deceive, trick, and oppress Benzova ( and other third parties and the public at large) as to the nature of the relationship between the parties. More specifically, Lebeis's misrepresenting the GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS / PLAINTIFFS/ COUNTER DEFENDANTS/ THIRD-PARTY DEFENDANTS as owners of the Benzova Photographs misled Benzova and third parties as to who was/the true identities of 1) the author of the Benzova Photographs; 2) Copyright-holder of the Benzova Photographs 3) the buyer; 4) the seller; 5) the licensor and 6) the licensee. Lebeis, particularly wanted to conceal the fact that PLAINTIFFS/ COUNTER DEFENDANTS/ THIRD-PARTY DEFENDANTS were only potential licensees/ non-authors of the Benzova Photographs because such status implies PLAINTIFFS/COUNTER

DEFENDANTS/ THIRD-PARTY DEFEDANTS are not the holders of the exclusive rights, are not the Grantors, are not the Licensors, and that they don't own the photographs. (Special Pleading Fraud). PLAINTIFFS/COUNTER DEFENDANTS/ THIRD-PARTY DEFEDANTS *knowingly* took intentional and affirmative steps to further their misrepresentation of ownership of the copyrights as issue by, *inter alia*, forcing Benzova to remove watermarks from her photographs; publicly declaring, within the terms of use on their website, that they are the owners of all photographs; and stamping the GNR trademark on Benzova's photographs and other tangible good that reproduced the photographs to indicate ownership and origin of the goods. Such actions were taken to induce, enable, and/or conceal GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS' infringement. Furthermore, actual knowledge of these unauthorized changes, removal, and alterations to ownership/ copyright management information to the copyrights at issue is demonstrated by the terms and use section of the www.gunsnroses.com. Within this section of the website, the language used reflects exact diction from 17. U.S.C. § 1202.

201. More specifically and by way of further example, this duplicitous intent as to misrepresentation of the photographic copyrights at issue, is displayed on or about November 2016 when Lebeis copied Liz Colabraro- (Fernando Lebeis's

secretary/assistant/day to day manager for GNR who worked directly under Fernando)- on an email with Benzova stating he is the owner of the photographs that Benzova takes. Then, 34 minutes later, Lebeis emails Benzova privately- without Liz Colarbroa copied on it- and gives Benzova false promises of credit and tells Benzova he loves her more than she'll ever know.

202.  More specifically again, such duplicitous intent is displayed on September of 2022, when Lebeis, through email with third parties, connects a publicist to  Benzova,  and then demands Benzova give her "our photos"- thereby publicly implying PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS are  the owner of the Benzova Photographs. Here, Benzova gives no response, does not cooperate, and gives no photos because she is coming to realize  PLAINTIFFS'/  COUNTER  DEFENDANTS'/  THIRD-PARTY DEFENDANTS' lies and misrepresentation.

203.  In addition, as Benzova's career blossomed- due to the merits of her own creativity and intellectual property- industry standards and contracts with other bands began to unearth Lebeis' lies and Benzova came to realize that she had relied upon Lebeis misrepresentations regarding ownership. (Special Pleading Fraud). When Benzova would confront, object, and try to bring up  topics of ownership or misuse, Lebeis would  habitually  stonewall Benzova ;  gaslight Benzova; or psychologically manipulate Benzova in order to make her believe she was not the

owner and therefore had no right to control, exclude, authorize, or sue. Nevertheless, despite such undue pressure and misrepresentation, Benzova still did objectively communicate that she wanted controlled use, photo credit, as well as authorization and profit sharing in regards to all third parties. When Benzova would object to usage or bring up issues of ownership, Lebeis would stamp out all of these legitimate objections by misrepresenting that PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS were owners of the copyrights and therefore Benzova had no right/standing to object. Such Disputes regarding ownership of copyrights were ongoing and unresolved. Especially, when Benzova observed the fact that three different photographers- Jarmo Luukkonen, Meegan Hodges, Guilherme Neto- were allowed to retain ownership of their photos, watermark their photos, credit themselves to their photos, reproduce their own photos, and distribute their own photos. When Benzova would object to ownership and bring up this disparate treatment amongst photographers, Lebeis would again stamp out her objections, reaffirming that PLAINTIFFS'/COUNTER-DEFEDANTS'/ THIRD PARTY DEFENDANTS' false misrepresentation of ownership to the copyrights, stating "we own the photos you take". This happened on numerous occasions, prior to the delivery of photographs, and all prior to Benzova's relationship ending with Guns N' Roses in 2022. Such conduct constitutes fraud, trickery, deception, injustice, unfairness, and/or bad faith. Furthermore it should be noted that, as of the

date of this filing, that PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS continue to hold out to third parties and the public at large that they own the some of photographs in question. Furthermore, it should be noted that PLAINTIFFS/COUNTER-DEFEDANTS contentiously litigated and falsely claimed they were owners of the photographic copyrights at issue until January 16, 2025. Therefore, any assertion that they were "misled" by Benzova is twisted, backwards, and preposterous.

204.  Despite Benzova's express objections, Lebeis continued his practice of egregiously infringing and/or authorizing uses to which he had no permission or right or consent. More specifically, by way of example, on or about November 2016, Benzova openly stated to Lebeis, after Lebeis admitted to willfully withholding her photo credit, that whenever proper credit is not given then my rights have been disrespected and "we are in conflict."

205. In addition, Benzova, over this period of 2016-2021, Benzova repeatedly insisted and demanded that they utilize written contracts and formalize controlled use terms and payments in exchange for the use of her photographs. Despite the duty to provide written agreements being incumbent upon the hiring party, and not upon an independent contractor, PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS refused to provide written

contracts for the majority of time spanning from 2010-2022 and completely from mid 2016 to late 2021.

206. Benzova openly stated utilization of written contracts and formalization of terms would reduce uncertainty, conflict, and transaction costs. In addition, in email, Benzova stated formalized contracts would increase certainty and predictability.

207. However, Lebeis habitually and through routine practice, either ignored Benzova; falsely played stupid; lied to Benzova about understanding or compliance; and/or claimed he didn't remember the terms when deliberate deviation occurred. On one such occasion, on or about, May 2017, after insisting writing the terms again and being ignored again, Lebeis demeans Benzova and tells her he didn't respond to her requests for written terms because he was "too busy doing other shit".

208. GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS purposely thwarted the use of written contracts even though they were sophisticated parties, well-aware of industry standards, the Statue of Frauds, and Copyright infringement laws. From 2017 to 2021, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS refused to utilize written contracts despite savvy and knowledge of the Statue of Frauds, Copyright formalities, and Benzova's repeated

insistence. Therefore there was no silent acquiesce or lack of objection, on Benzova's part, regarding the unauthorized uses. Furthermore, Benzova gave prior warning and notice of intent to control, limit use, profit share with third parties, receive credit and gave notice of circumstances which would trigger conflict *before* creation and delivery of the Benzova Photographs in question and *before* her departure and discharge.

209.  But, instead of complying to known terms and intent, Lebeis continued to disrespect Benzova's rights, flout copyright law, and psychologically manipulate Benzova, stating such things as "family" doesn't need contracts; "family takes care of each other"; and even falsely claiming he was one gathering money and paying Benzova directly; and, as stated above, falsely claiming that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS were the owner the Benzova Photograph in order confuse and mislead Benzova.

210.  On information and belief, the purposeful omission of contracts and intentional frustration of attempts to utilize written contracts was purposeful in order to conceal all the impermissible and unintended uses of the photographs that PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS sought to hide from Benzova- including third party distributions, third party publications, third party sublicensing, their use in international ad campaigns, creation of

derivative works such as DVD's and CD Covers; as well as the Benzova Photographs being used as a draw to the Guns N' Roses private subscription service called Nighttrain which costs fifty(50) or eight(89) dollars to access - all of which were not uses Benzova imagined and only discovered later, after the infringement had already occurred.

211.   Therefore Benzova's desire and intent was to utilize written contracts in accordance with underlying goal of Copyright law; but Lebeis habitually stonewalled all such attempts and efforts because he had the opposite intent- to *increase* unpredictability and uncertainty because he knew it would be easier to backtrack on the conditions and promises he made so long as Benzova's terms were not in writing.

212.   Furthermore, on information and belief, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS had additional advance, actual, and/or constructive knowledge that such uses unauthorized because they were aware of well-known industry standard for photo credit and copyright retention on publications- especially in regards to trademarkable goods, the draw for the subscription service, third party distribution, and use in highly publicized displays and physical publications with renowned "Rock N' Roll" magazines.

213.  Such knowledge is further supported by the fact that GNR have been involved in multiple lawsuits pertaining to photographic copyright infringement and Lanham Act violations. In particular, and more specifically, GNR undoubtedly knew of the magnitude of their wrongdoing beforehand because of their involvement in the case of *Weber v. Geffen Records; Guns N Roses Music*, where the Court <u>directly states to Gun's N' Roses themselves</u> that: "For the Lanham Act to apply to a copyright based-claim, an aggrieved author must show more than a violation of the author's copyright-protected right to credit and profit from a creation. The author must make a greater showing that the designation of origin was false, was harmful, and stemmed from <u>some affirmative act whereby defendants falsely represented itself as the owner</u>." *Christopher G. Weber, d/b/a Hollywood Rose Music v. GEFFEN RECORDS, INC.; Guns N' Roses Music; Guns N' Roses, Inc.; W. Axl Rose; Michel "Duff" McKagan; and Jeffrey Isbell p/k/a Izzy Stadlin*. No. 98 Civ. 0311 (CBM) United States District Court, S.D. New York, Sept. 9, 1999 . Furthermore, as stated supra, the language used within their terms and service on www.gunsnroses.com implies sophisticated and advanced knowledge of copyright law and copyright management information law.

214. Furthermore, on numerous occasions, Benzova informed Lebeis specifically and directly that her other dealings required photo-credit and control of copyright; as well that industry standards entailed photo credit and that any such use

otherwise would <u>be grossly inconsistent with industry standards. When presented with such facts, Lebeis told Benzova he didn't want to know</u>. This gross disregard constitutive willful infringement.

215. In addition, upon information and belief, Lebeis's purposeful omission of written contracts was intended to increase phycological and sexual leverage over Benzova. Benzova's continuous objection and rightful demand for photo credit was spun, by Lebeis, into Benzova being ungrateful, greedy, and somehow "narcistic". When in fact, upon information and belief, Lebeis used Benzova's grievances over photo credit as potential opportunities and means to extort sexual favor, consideration, and attention from Benzova. Furthermore not utilizing written contracts was the only way Lebeis could continue to hide his prior misrepresentations regarding false ownership, to hide his unlawful authorization to third parties, and to hide his illusory bargaining power over Benzova.

216. Here the practice of disidentifying Benzova as the owner and misidentifying GNR as owner was a practice that establishes fraud. This lie was 1) the misrepresentation of present/past material fact that all other fraudulent promises of inducement were based upon; 2) how GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS concealed the fact-to Benzova and to Third Parties-that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were *actually non-owners*

and how GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS concealed the fact that they were *actually only potential licensees*, so they could hold themselves out as copyright holders to Third Parties; and 3) the method/means by which Lebeis obtained any so-called  apparent "consent" from Benzova. From 2016 to 2021 Lebeis oppressively and repeatedly reaffirmed this misrepresentation- intentionally infecting Benzova's decision-making and stamping out her objections from a position of authority- often in foreign countries where Benzova had no support system, knew nobody else, and had no realistic means of leaving. (Special Pleading Fraud)

217.  Furthermore, Lebeis's ongoing misrepresentation of ownership was basic and material because it goes to  the pretense of ownership,  and was designed to gain an oppressive advantage and power over Benzova. This fraudulent misrepresentation affected the whole nature of the relationship, the nature of the actions of Benzova, and the nature of any consideration given. Benzova would not have entered into such "agreement" if this fact was not misrepresented. Lebeis perpetrated this material misrepresentation against Benzova in order to secure her participation- thus apparent consent was based on the false pretense.

218.  Consequently, Benzova justifiably relied upon such misrepresentation because 1) the intentional thwarting of written contracts robbed Benzova of the opportunity to investigate (and once written contracts were presented the situation

unraveled and came to a head) ; 2) because Lebeis wielded his power from a preexistent position of apparent authority as Guns N' Roses manager/proxy/managing agent-stating he, with the aid of his lawyer who he had access to at any time, had superior knowledge in the complexities of copyright law; and; 3) because GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS were sophisticated parties and knew that Benzova was a foreign citizen, that English wasn't her first language, and that she had far less knowledge of Copyright law. Furthermore, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS knew that Benzova's copyrights were intangible and thus were not readily discernible;- so GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS  knew Benzova would rely on their statements- especially because GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS were the hiring party(in a position of trust), continuously reassured Benzova, and had repeatedly told Benzova  that she was not the owner - against her own interest- numerous times throughout years. This, combined with the fact that there was an absence of contracts and an absence of registrations, made it so Benzova justifiably relied up PLAINTIFFS/COUNTER-

DEFENDANTS/ THIRD PARTY DEFENDANTS misrepresentations of ownership. As such Benzova was tricked into entering any alleged "license" with Plaintiffs and she would not have entered it/them if the true facts of her ownership were known. Plaintiffs tricked and misled Benzova into the very nature of the agreement by falsely mispresenting they owned the copyrights that were in fact Benzova's. Plaintiffs used this misrepresentation to induce Benzova into any alleged "license", to secure her participation according to "their" terms, and Benzova relied upon that misrepresented to her financial detriment. As a result of the misrepresentation Benzova suffered numerous forms of economic harm including, but not limited to: 1) losing revenue by being falsely excluded from actual and ascertainable licensing opportunities; 2) losing revenue by Plaintiffs usurping licensing fees that otherwise would go to Benzova; 3) the dilution of the market value of the Benzova photographs by any "free" distribution performed by Plaintiff; 4) foregoing the ability to register the photos at the copyright office and thereby foregoing the opportunity to enforce some of her copyrights via statutory damages; 5) forgoing the ability to register/treat her photos under VARA – as works of visual art- and thereby preventing Benzova from acquiring the right of attribution which she intends to seek within each of her works. 17 U.S.C §§101, 102(a)(5), 106A, 106A(a)(1); and 6) forgo numerous other opportunities to control, exclude, and enforce the copyrights that were, in fact, hers.

219. Lebeis used this misrepresentation of ownership to "offer" and "reassure" Benzova of things that only the owner of the photographic copyright could offer and reassure . For example, and more specifically, in winter of 2017, Lebeis, after promising profit sharing and credit, reassures Benzova by stating: I will do everything in my power to make you happy. Again, more specifically and by example, on or about August 2022, two months before cutting ties Benzova, Lebeis stated to Benzova that they are "forever bound" and don't think your job *or anything* is ever in jeopardy – we're never gonna, never gonna get rid of you**.**

220. Another specific example occurred on or about June 2017. After a dispute about credit and ownership, Lebeis falsely misrepresents ownership and tells Benzova that if you want to be known as our official photographer you have to consult me. Then, right after, Lebeis reassures Ms. Benzova and states: "I believed in you before anyone else, I will always be beside you, I know what I am doing and know how to help you get to whichever place you are looking to head towards. You are not alone…. You are my girl, Kat. Always and forever."

221. These specific instances of reassurance- which were repeated scores of times throughout 2016-2021-were intended to 1) take advantage of Benzova's lack of knowledge; and 2) to strengthen Benzova's misbelief so that GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS could disempower her

position and exploit and profit from her photographs in any manner they wished "without the need" for her permission or proper compensation.

222.  In addition to these oppressive and deceptive methods stated above, Lebeis also stonewalled Benzova whenever she broached the topic of ownership. For example, and more specifically, on January 29, 2017, during another exchange involving ownership and credit, Lebeis writes "I am burnt out on this mine vs. theirs crap". Another specific instance occurred on February 2018 when Benzova broaches the topic of ownership and credit and Lebeis states "I don't want to hear it, it bums me out".

223.  Furthermore, reliance on such misrepresentation harmed Benzova by: 1) depriving and precluding her from exercising her true rights and enjoying the income-earning potential of her own photographs; 2) Benzova was harmed because the misrepresentation of ownership excluded Benzova from linking to buyers and licensees that would generate profit and further exposure; 3) the fraudulent ownership directly displaced the market value of Benzova's photographs because GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS/ PLAINTIFFS/COUNTER-DEFEDANTS/ THIRD PARTY DEFENDANTS usurped connections, profits, and license fees that would otherwise and rightfully should have gone to the Benzova; and 4) Benzova's reliance

on misrepresentation prevented Benzova  from timely registration of thousands of photos and timely enforcing her copyrights .

224.  More specifically, and by example, on or about January 2017, Lebeis, under the false pretense of ownership, tells Benzova that you can't use your photographs for self-gain, texting, "And that if you ever want to do anything, run it by me."

225.  In addition to the harm stated above, upon information and belief, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS perpetuated such fraud of ownership with the intent to run the statute of limitations of 3 years in order to deprive Benzova of the ability to bring suit and to thereby "escape liability" for their past infringement. 17 U.S.C. §507(b). However Benzova shall seek the discovery rule on such photos.

226.  The harm, just stated, is all in addition to the harm created by the hundreds of specific instances of copyright infringement shown below. (*See within, Plaintiffs/ Counter-Defendants/ Third-Party Defendants' Willful Infringement*.)

227.  Sure enough, within a year of the 2021 and 2022 written contracts being presented to Benzova, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS'/ past misrepresentations of ownership came to light, the situation came to a final head, and Benzova discovered the magnitude of the copyright infringement that had been perpetrated against her.

228. Upon information and belief, GUNDAM/GNR/TEAM BRAZIL/FERANDO LEBEIS arrogantly wagered the probability of getting away with their infringement against the probability that Benzova would 1) discover the extent of the infringement; 2) hire a lawyer; *and* 3) pursue litigation against a party who in endowed with greater financial resources.  This twisted calculus in regards to "efficient infringement" is the exact conduct punitive damages and enhanced statutory damages are meant deter.

## **Plaintiffs/ Counter Defendants/ Third- Party Defendants Willful Infringement**

### *Benzova Photograph 1:*

229. On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 1* (See Exhibit D, pp. 1-4) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

230. On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of Benzova Photograph 1 and, on or about October 11, 2022, authorized Third Parties, El Colombiano; Rockaxis.com; and Orbitarock.com to publish articles that feature the Benzova Photograph 1.

231.   Plaintiff/Counter-Defendant/Third     Party     Defendants-without Benzova's permission, consent, or authorization-thereby infringed upon Benzova's Copyright ( See Exhibit D, pp. 1-3).

232.   As of the date of this filing, upon information and belief, Third Parties- El Colombiano; Rockaxis.com; and Orbitarock.-are still publicly displaying Benzova     Photograph     1     at     the     following     URL's: http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022; https://orbitarock.com/resena/regreso-de-guns-n-roses-bogota-2022

233.   Third Parties- El Colombiano; Rockaxis.com; and Orbitarock.- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil/ Gundam/ Guns N' Roses/ Plaintiff/Counter-Defendant/Third-Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

234. Team    Brazil/    Gundam/    Guns    N'    Roses/    Plaintiff/Counter-Defendant/Third-Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and

control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 2:*

235.  On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 2* that is an original work of authorship, which Benzova timely secured registration for as U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. ( See Exhibit D, pp.5-6)

236.  On or about Date November 2, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Dropbox, obtained a copy of said photograph, and copied a replica of the photograph.

237.  Plaintiff/Counter-Defendant/Third Party Defendants. without permission or consent or authorization of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 5-6).

238.  In addition, with knowledge that the CMI was false, the Plaintiff/Counter-Defendant/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated CMI. 17 U.S.C. §1202.

*Benzova Photograph 3:*

239.  On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 3* that is an original work of authorship, which Benzova timely secured registration for as U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 7-8).

240.  On or about November 2, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

241.  Plaintiff/Counter-Defendant/Third    Party    Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 7-8).

242.  With knowledge that the CMI was false, the Plaintiff/Counter-Defendant/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated CMI. 17 U.S.C. §1202.

*Benzova Photograph 4:*

243.  On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 4* (See Exhibit D, pp. 9-11) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

244.  On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of _Benzova Photograph 4_ and, on or about October 12, 2022, authorized Third Parties-El Colombiano and Rockaxis.com- to publish articles that featured the Benzova Photograph 4.

245.  Plaintiff/Counter-Defendant/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 9-11).

246.  As of the date of this filing, upon information and belief, Third Parties-El Colombiano and Rockaxis.com-are still publicly displaying _Benzova Photograph 4_ at the following URL's: http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022

247.  Third Parties- El Colombiano and Rockaxis.com- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

248.  Team Brazil, Gundam, and Guns N' Roses directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 5*:

249.  On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 5* (See Exhibit D, pp. 12-15) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

250.  On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of Benzova Photograph 5 and, on or about October 12, 2022, authorized Third Parties- El Colombiano, Rockaxis.com, and Misrevitas.com- to publish articles that feature the *Benzova Photograph 5* .

251.  Plaintiff/Counter-Defendant/Third  Party  Defendants,  without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright.  (See Exhibit D, pp. 12-15).

252.  As of the date of this filing, upon information and belief, Third Parties- El Colombiano; Rockaxis.com; and Misrevitas.com-are still publicly displaying *Benzova      Photograph      5*      at      the      following      URL's:

http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022;

253. Third Parties- El Colombiano, Rockaxis.com, and Misrevitas.com- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

254. Team Brazil/ Gundam/ Guns N' Roses/ Plaintiff/Counter-Defendant/Third-Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### Benzova Photograph 6

255. On or about October 11, 2022 Benzova authored the Photograph entitled *Benzova Photograph 6* (See Exhibit D, pp. 16-18) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

256.  On or about October 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 6* and, on or about October 12, 2022, authorized Third Parties, El Colombiano and Rockaxis.com- to publish articles that feature the *Benzova Photograph 6*.

257.  Plaintiff/Counter-Defendant/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 16-18).

258.  As of the date of this filing, upon information and belief, Third Parties- El Colombiano and Rockaxis.com.-are still publicly displaying *Benzova Photograph 6*    at    the    following    URL's: http://www.elcolombiano.com/multimedia/imagenes/foto-del-concierto-de-guns-n-roses-en-bogota-FF18847332; https://www.rockaxis.com/rock/galeria/36072/guns-n--roses--south-american-tour-2022;

259.  Third Parties- El Colombiano and Rockaxis.com- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil/ Gundam/ Guns N' Roses/ Plaintiff/Counter-Defendant/Third-Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

260. Team Brazil/ Gundam/ Guns N' Roses/ Plaintiff/Counter-Defendant/Third-Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 7:*

261. On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 7* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 19-20).

262. On or about November 2, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

263. Plaintiffs/Counter-Defendants/Third Party-Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 19-20).

264. With knowledge that the CMI was false, the Plaintiff/Counter-Defendant/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 8:*

265. On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 8* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 21-22).

266. On or about November 2, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

267. Plaintiffs/Counter-Defendants/Third    Party-Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 21-22).

268. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party-Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 9:*

269.  On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 9* (See Exhibit D, pp. 23-25) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

270.  On or about October 3, 2022, Team Brazil/ Gundam/ Guns N' Roses/ Plaintiffs/Counter-Defendants/Third-Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 9* and, on or about October 3, 2022, authorized Third Party- Rolling Stone Magazine, Argentina- to publish an article that featured the *Benzova Photograph 9.*

271.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 23-25).

272.  As of the date of this filing, upon information and belief, Third Party- Rolling Stone Magazine.-are still publicly displaying Benzova *Photograph 9* at the following URL: https://es.rollingstone.com/mira-lo-que-viernon-los-gunsnroses-el-fervor-del-publico-argentino-desde-el-escenario-arg/

273.  Third Party- Rolling Stone Magazine, Argentina- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Rolling

Stone Magazine's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

274. Plaintiffs/Counter-Defendants/Third Party-Defendants directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

275. In addition to the act of above, on or about November 2, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 9*- and copied a replica of the photograph in question.

276. Plaintiff/sCounter-Defendant/sThird Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying- or authorizing the public display, reproduction, and/or distribution- of *Benzova Photograph 9* on the "DF ENTERTAINMENT"-Twitter page and/or Instagram Page with the GNR logo and/or the attribution of "Twiiter/@gnrargentina". (See Exhibit D, pp. 7-8).

277. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 10:*

278.  On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 10* (See Exhibit D, pp. 26-27) and timely registered it under Copyright Registration Number VA 2-332-042 on November 30, 2022.

279.  On or about October 12, 2022, Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 10* and, on or about October 12, 2022, authorized Third Party-Piramideinvertidat.com.ar- to publish an article that featured *Benzova Photograph 10.*

280.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 26-27).

281.  As of the date of this filing, upon information and belief, Third Party-Piramideinvertidat.com.ar -is still publicly displaying *Benzova Photograph 10* at the following URL: https://www.piramideinvertida.com.ar/2022/10/12/guns-n-roses-y-otro-capitulo-dorado-de-su-historia-en-river/

282.   Third Party- Piramideinvertidat.com.ar-have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third  Party-

Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

283. Plaintiffs/Counter-Defendants/Third Party-Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 11:*

284. On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 11* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 28-29).

285. On or about November 2, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

286. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 28-29).

287. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 12:*

288. On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph12* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 30-31).

289. On or about November 2, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

290. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 30-31).

291. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 13:*

292.  On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 13* (See Exhibit D, pp. 32-34) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

293.  On or about October 1, 2022 and October 12, 2022, Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 13* and, on or about October 1, 2022 and October 12, 2022, authorized Third Parties- DF Entertainment and Piramideinvertidat.com- to publish articles that featured *Benzova Photograph 13.*

294.  Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 32-34).

295.  As of the date of this filing, upon information and belief, Third Parties- DF Entertainment and Piramideinvertidat.com -are still publicly displaying *Benzova Photograph 13* at the following URL: https://www.piramideinvertida.com.ar/2022/10/12/guns-n-roses-y-otro-capitulo-dorado-de-su-historia-en-river/

296.   Third Parties- DF Entertainment and Piramideinvertidat.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party-Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova. Plaintiffs/Counter-Defendants/Third Party-Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 14:*

297.   On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 14* (See Exhibit D, pp. 35-36) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

298.   On or about October 1, 2022, Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 14* and, on or about October 1, 2022, authorized Third Parties- Mercury Concerts and DF Entertainment- to publish articles that features the *Benzova Photograph 14* .

299. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 35-36).

300. As of the date of this filing, upon information and belief, Third Parties- Mercury Concerts and DF Entertainment -are still publicly displaying _Benzova Photograph 14_ at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

301. Third Parties- Mercury Concerts and DF Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party-Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

302. Plaintiffs/Counter-Defendants/Third Party-Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 15:*

303.  On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 15* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 37-38).

304.  On or about November 2, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

305.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 37-38).

306.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 16:*

307.  On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 16* that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 39-40).

308.  On or about November 2, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

309.  Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 39-40).

310.  With  knowledge  that  the  CMI  was  false,  the  Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement  and  therefore  violated  Benzova's  Copyright  as  well  as  violated Benzova's CMI. 17 U.S.C. §1202.

_Benzova Photograph 17:_

311.  On or about September 30, 2022 Benzova authored the Photograph entitled _Benzova Photograph 17_ (See Exhibit D, pp. 41-43) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

312. On or about October 12, 2022 and October 18, 2022, Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 17* and, on or about October 12, 2022 and October 18, 2022, authorized Third Parties- Piramidainvertida.com.ar and La Lista Mexico- to publish articles that featured *Benzova Photograph 17 .*

313. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright ( See Exhibit D, pp. 41-43).

314. As of the date of this filing, upon information and belief, Third Parties- Piramidainvertida.com.ar and La Lista Mexico -are still publicly displaying *Benzova Photograph 17* at the following URL:https://www.piramideinvertida.com.ar/2022/10/12/guns-n-roses-y-otro-capitulo-dorado-de-su-historia-en-river/

315. Third Parties- Piramidainvertida.com.ar and La Lista Mexico - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party-Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

316.  Plaintiffs/Counter-Defendants/Third        Party-Defendants      directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 18:*

317.  On or about September 30, 2022 Benzova authored the Photograph entitled *Benzova Photograph 18* (See Exhibit D, pp. 44-48) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

318.  On or about October 13th, 18th, and 21st of 2022, Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 18* and, on or about October  13th, 18th, and 21st of 2022, authorized Third Parties-Infobae.com, Trending Mexico, and ADN40 Mexico- to publish an article that featured *Benzova Photograph 18* .

319.  Plaintiffs/Counter-Defendants/Third      Party    Defendants      without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. (See Exhibit D, pp. 44-48).

320.  As of the date of this filing, upon information and belief, Third Parties-Infobae.com, Trending Mexico, and ADN40 Mexico -are still publicly displaying

Benzova _Photograph 18_ at their respective websites, although discovery is required to reveal the full extent of Third Parties' infringement stated above.

321.    Third Parties- Infobae.com, Trending Mexico, and ADN40 Mexico - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

322.    Plaintiffs/Counter-Defendants/Third Party-Defendants each knew or had reason to know of, and materially contributed to Infobae.com's, Trending Mexico's, and ADN40 Mexico's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

323.    Plaintiffs/Counter-Defendants/Third    Party-Defendants    directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

324.    In addition, on or about October 12, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- _Benzova Photograph18_- and copied a replica of the photograph in question.

325.    Plaintiffs/Counter-Defendants/Third    Party    Defendants    ,without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying- or authorizing the public display- of _Benzova Photograph 18_ on

the GNR Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 44-48).

326. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


_Benzova Photograph 19 :_

327. On or about July 15, 2022 Benzova authored the Photograph entitled _Benzova Photograph 19_ (See Exhibit D, pp. 49-51) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

328. On or about    September 26, 2022 and December 15, 2022 Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy of _Benzova Photograph 19_ and, on or about September 26, 2022 and December 15, 2022 authorized Third Parties-Mercury Concerts and Igor Miranda Brazil- to publish articles that featured the _Benzova Photograph 19._

329. Plaintiffs/Counter-Defendants/Third    Party    Defendants    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 49-51).

330.  As of the date of this filing, upon information and belief, Third Parties- Mercury Concerts and Igor Miranda Brazil.-are still publicly displaying _Benzova Photograph 19_ at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://igormiranda.com.br/2022/12/guns-n-roses-micofone-axl-rose-machuca-fa/

331.  Third Parties- Mercury Concerts and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

332.  Plaintiffs/Counter-Defendants/Third Party-Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

333.  Plaintiffs/Counter-Defendants/Third     Party-Defendants     directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

_Benzova Photograph 20:_

334.  On or about September 30, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 20_ that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 52-53).

335.  On or about October 12, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question .

336.  Plaintiff/Counter-Defendant/Third    Party    Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 52-53).

337.  With knowledge that the CMI was false, the Plaintiff/Counter-Defendant/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


_Benzova Photograph 21:_

338.  On or about October 8, 2022 Benzova authored the Photograph entitled _Benzova Photograph 21_ (See Exhibit D, pp. 54-56) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

339.  On or about October 8th and 10th of 2022, Plaintiffs/Counter-Defendants/Third Party-Defendants accessed their private drop box, obtained a copy

of *Benzova Photograph 21* and, on or about October 8th and 10th, 2022, authorized Third Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 21* .

340.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 54-56).

341.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and La Republica.-are still publicly displaying Benzova Photograph 1 at the following URL's:  http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

342.  Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

343.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

344. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 22:*

345. On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 22* (See Exhibit D, pp. 57-60) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

346. On or about October 8th and 10th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 22* and, on or about October 8th and 10th, 2022, authorized Third Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 22* .

347. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 57-60).

348. As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and La Republica.-are still publicly displaying Benzova Photograph 1 at the following URL's: http://mercuryconcerts.com/shows-

anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

349.  Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

350.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

351.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

_Benzova Photograph 23:_

352.  On or about September 30, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 23_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 61-62).

353.  On or about October 12, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

354.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 61-62).

355.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 24:*

356.  On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 21* (See Exhibit D, pp. 63-65) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

357.  On or about October 8th and 9th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 24* and, on or about October 8th and 9th of 2022, authorized

Third Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 24* .

358. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 63-65).

359. As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment and La Republica.-are still publicly displaying Benzova Photograph 1 at the following URL's:  http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

360. Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

361. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 25:*

362.  On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 25* (See Exhibit D, pp. 66-67) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

363.  On or about October 18, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 25* and, on or about October 18, 2022, authorized Third Party- Esquina Peru- to publish an article that featured the *Benzova Photograph 25 .*

364.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 66-67).

365.  As of the date of this filing, upon information and belief, Third Party- Esquina Peru-is still publicly displaying Benzova *Photograph 25,* although discovery is required to reveal the full extent of Third Party's infringement.

366.  Third Party- Esquina Peru-upon information and belief,  has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third

Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

367. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

368. In addition, on or about October 17, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 25*- and copied a replica of the photograph in question.

369. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 25* on the GNR Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 66-67).

370. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 26:*

371.  On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 26* (See Exhibit D, pp. 68-70) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

372.  On or about October 8th and 10th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 26* and, on or about October 8th and 10th of 2022, authorized Third Parties- Mercury Entertainment and La Republica- to publish articles that featured *Benzova Photograph 26* .

373.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 68-70).

374.  As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment and La Republica.-are still publicly displaying *Benzova Photograph 26* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://larepublica.pe/espectaculos/musica/2022/10/09/guns-n-roses-fotos-de-su-tercer-concierto-en-lima/

375.  Third Parties- Mercury Entertainment and La Republica - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

376.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 27:*

377.  On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 27* (See Exhibit D, pp. 71-73) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

378.  On or about October 18, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova*

*Photograph 27* and, on or about October 18, 2022, authorized Third Party- Esquina Peru- to publish an article that featured *Benzova Photograph 27.*

379.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 71-73).

380.  As of the date of this filing, upon information and belief, Third Party- Esquina Peru-is still publicly displaying Benzova *Photograph 27,* although discovery is required to reveal the full extent of Third Party's infringement.

381.  Third Party- Esquina Peru-upon information and belief,  has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants  each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

382.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

383. In addition, on or about October 17, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said

photograph- *Benzova Photograph 27*- and copied a replica of the photograph in question.

384. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 27* on the GNR Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 71-73).

385. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 28:*

386. On or about July 1, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 28* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 74-76).

387. On or about August 3, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied the photograph in question.

388. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by infringing upon Benzova's derivative work right by adapting it into the "GNR Official Promo" and publicly displaying it on its Twitter page and/or Instagram Page and/or Facebook page with the GNR logo. (See Exhibit D, pp. 74-76).

389. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

_Benzova Photograph 29:_

390. On or about October 8, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 29_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 77-78).

391.  On or about October 17, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

392.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page and/or Facebook page with the GNR logo. (See Exhibit D, pp. 77-78).

393.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 30:*

394.  On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 30* (See Exhibit D, pp. 79-80) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

395.  On or about September 1, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of _Benzova Photograph 30_ and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured _Benzova Photograph 30_ .

396.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright.. ( See Exhibit D, pp. 79-80).

397.  As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova Photograph 1 at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

398.  Third Party- Mercury Entertainment – has  continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

399.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

400.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 31:*

401. On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 31* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 81-82).

402. On or about November 2, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

403. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram Page and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 81-82).

404. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 32:*

405.  On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 32* (See Exhibit D, pp. 83-84) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

406.  On or about September 1, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 32* and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 32.*

407.  Plaintiffs/Counter-Defendants/Third Party Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 79-80).

408.  As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova *Photograph 32* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

409.  Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

410.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 33:*

411.  On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 33* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 85-86).

412.  On or about October 17, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

413.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit D, pp. 85-86).

414.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 34:*

415.  On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 34* (See Exhibit D, pp. 87-88) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

416.  On or about September 13, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 34* and, on or about September 13, 2022, authorized Third Party-Mercury Entertainment- to publish an article that featured the *Benzova Photograph 34* .

417.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright ( See Exhibit D, pp. 87-88).

418.  As of the date of this filing, upon information and belief, Third Party-Mercury Entertainment-are still publicly displaying Benzova *Photograph 34* at the following URL: : http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

419. Third Party- Mercury Entertainment- have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

420. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Rolling Stone Magazine's infringement described above, and thus are contributorily liable for the resulting harm to Benzova. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

421. In addition, on or about October 17, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 34*- and copied a replica of the photograph in question.

422. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying- or authorizing the public display- of *Benzova Photograph 34* on the GNR Twitter page and/or Instagram Page with the GNR logo and/or the attribution of . (See Exhibit D, pp. 87-88).

423.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 35:*

424.  On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 35* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit D, pp. 89-90).

425.  On or about October 12, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

426.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 87-88).

427.  With knowledge that the CMI was false, the Plaintiff/Counter-Defendant/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 36:*

428.  On or about September 1, 2022 Benzova authored the Photograph entitled *Benzova Photograph 36* (See Exhibit D, pp. 91-92) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

429.  On or about September 1, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 36* and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 36* .

430.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright.( See Exhibit D, pp. 91-92).

431.  As of the date of this filing, upon information and belief, Third Party- Mercury Entertainment-are still publicly displaying Benzova Photograph 1 at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

432.  Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each

knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

433. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 37:*

434. On or about October 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 37* (See Exhibit D, pp. 93-96) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

435. On or about October 18th and 22nd of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 37* and, on or about October 18th and 22nd of 2022, authorized Third Parties- Esquina Peru and El Financiero Mexico- to publish articles that featured *Benzova Photograph 37 .*

436. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 93-96).

437.   As of the date of this filing, upon information and belief, Third Parties-Esquina Peru and El Financiero Mexico -are still publicly displaying Benzova *Photograph 37*, although discovery is required to reveal the full extent of Third Parties' infringement.

438.   Third Parties- Esquina Peru and El Financiero - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Rolling Stone Magazine's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

439.   Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from the Third Parties' infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

440.   In addition, on or about October 17, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 37*- and copied a replica of the photograph in question.

441.   Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying- or authorizing the public display- of *Benzova Photograph 37* on the GNR Twitter page and/or Instagram Page with the GNR logo. (See Exhibit D, pp. 93-96).

442. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 38:*

443. On or about July 10, 2022 Benzova authored the Photograph entitled *Benzova Photograph 38* (See Exhibit D, pp. 97-101) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

444. On or about September 19th and 20th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of Benzova Photograph 38 and, on or about September 19th and 20th of 2022, authorized Third Parties-NDMais Brazil, Navecreative Brazil, Tribuna Brazil, and Palhocena Brazil- to publish articles that featured *Benzova Photograph 38* .

445. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 97-101).

446.   As of the date of this filing, upon information and belief, Third Parties-NDMais Brazil, Navecreative Brazil, Tribuna Brazil, and Palhocena Brazil -are still publicly displaying Benzova Photograph 38, although discovery is required to reveal the full extent of Third Parties' Infringement.

447.   Third Parties- NDMais Brazil, Navecreative Brazil, Tribuna Brazil, and Palhocena Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

448.   Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 39:*

449.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 39* (See Exhibit D, pp. 102-104) and timely registered it under Copyright Registration number VA 2-332-042 on November 30, 2022.

450. On or about October 18, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of _Benzova Photograph 39_ and, on or about October 18, 2022, authorized Third Party- Trending Mexico- to publish an article that featured the _Benzova Photograph 39_ .

451. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 102-104).

452. As of the date of this filing, upon information and belief, Third Party- Trending Mexico-are still publicly displaying Benzova _Photograph 9_, although discovery is required to reveal the full extent of Third Party's infringement.

453. Third Party- Trending Mexico- has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

454. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from the Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

455.  In addition, on or about October 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- _Benzova Photograph 39_- and copied a replica of the photograph in question.

456.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying of _Benzova Photograph 39_ on the GNR Twitter page and/or Instagram Page with the GNR logo and/or the attribution. (See Exhibit D, pp. 102-104).

457.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

_Benzova Photograph 40:_

458.  On or about July 10, 2022 Benzova authored the Photograph entitled _Benzova Photograph 40_ (See Exhibit D, pp. 105-108) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

459.  On or about September 18th, 19th, and 20th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy

of *Benzova Photograph 40* and, on or about September 18th, 19th, and 20th of 2022, authorized Third Parties- Mercury Entertainment, MDMais Brazil, Palhocense Brazil- to publish articles that featured *Benzova Photograph 40* .

460.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit D, pp. 105-108).

461.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, MDMais Brazil, Palhocense Brazil -are still publicly displaying Benzova *Photograph 40* at the following URL, although discovery is required to reveal the full extent of Third Parties' infringement described above: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

462.  Third Parties- Mercury Entertainment, MDMais Brazil, Palhocense Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

463.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 41:*

464.    On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 41* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 109-110).

465.    On or about October 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

466.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit F, pp. 109-110).

467.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 42:*

468.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 42* (See Exhibit F., pp. 111-112) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

469.   On or about October 11, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 42* and, on or about October 11, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 42* .

470.   Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F., pp. 111-112).

471.   As of the date of this filing, upon information and belief, Third Party-Mercury Entertainment-are still publicly displaying Benzova *Photograph 42* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

472.   Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

473.   Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 43:*

474.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 43* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 113-114).

475.   On or about October 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

476.   Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit F, pp. 113-114).

477.   With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 44:*

478.  On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 44* (See Exhibit F., pp. 115-122) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

479.  On or about October 3, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 44* and, on or about October 3, 2022, authorized Third Parties- La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, and Pantellazo - to publish articles that featured  *Benzova Photograph 44 .*

480.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 115-122).

481.  As of the date of this filing, upon information and belief, Third Parties- La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, and Pantellazo are still publicly displaying Benzova Photograph 1 at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: https://ladiaria.comuy/cultura/articulo/2022/10/para-sacarse-

la-galera-cronica-de-guns-n-roses-en-montevideo/;

https://www.elobservador.com.uy/nota/buena-gordo-guns-n-roses-volvio-a-uruguay-y-dio-una-paliza-de-rock-de-tres-horas-2022103121842

482.  Third Parties- La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, and Pantellazo - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

483.  Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 45:*

484.  On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 45* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 123-124).

485.   On or about October 14, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

486.   Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit F, pp. 123-124).

487.   With   knowledge   that   the   CMI   was   false,   the   Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 46:*

488.   On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 46* (See Exhibit F., pp. 125-126) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

489.   On or about October 11, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 46* and, on or about September 1, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 46* .

490. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F., pp. 125-126).

491. As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova *Photograph 46* at the following URL, although discovery is required to reveal the full extent of Third Party's infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

492. Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

493. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 47:*

494. On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 47* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 127-128).

495. On or about October 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

496. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 127-128).

497. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 48:*

498. On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 48* (See Exhibit F., pp. 129-136) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

499. On or about October 2ⁿᵈ and 3ʳᵈ of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 48* and, on or about October 12, 2022, authorized Third Parties- Mercury Entertainment La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, Pantellazo, and El Pais - to publish articles that feature the *Benzova Photograph 48.*

500. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 129-136).

501. As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, Pantellazo, and El Pais- are still publicly displaying *Benzova Photograph 48* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: https://ladiaria.comuy/cultura/articulo/2022/10/para-sacarse-la-galera-cronica-de-guns-n-roses-en-montevideo/; https://www.elobservador.com.uy/nota/buena-gordo-guns-n-roses-volvio-a-uruguay-y-dio-una-paliza-de-rock-de-tres-horas-2022103121842; http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

502. Third Parties- Mercury Entertainment, La Diaria Uruguay, Metronomo Uruguay, El Observador Uruguay, Latido Beat Uruguay, Pantellazo, and El Pais -

have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Team Brazil, Gundam, and Guns N' Roses each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

503. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 49:*

504. On or about October 2, 2022 Benzova authored the Photograph entitled *Benzova Photograph 49* (See Exhibit F., pp. 137-138) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

505. On or about October 11, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 49* and, on or about October 11, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 49* .

506.  Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F., pp. 137-138).

507.  As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova *Photograph 49* at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

508.  Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

509.  Plaintiffs/Counter-Defendants/Third   Party   Defendants   directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 50:*

510.  On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 50* that is an original work of authorship, which Benzova

timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 139-140).

511. On or about October 25, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

512. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 139-140).

513. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 51:*

514. On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 51*(See Exhibit F, pp. 141-144) and timely registered it under registration number VA 2-332-042 on November 30, 2022. On or about September 9, 2022 and sometime in December 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy

of Benzova *Photograph 51* and, on or about September 9, 2022 and in December 2022, authorized Third Parties- Folha De S. Paulo Brazil and Classic Rock Magazine UK (print/online)- to publish articles that featured the Benzova *Photograph 51* .

515.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 141-144).

516.  As of the date of this filing, upon information and belief, Third Parties- Folha De S. Paulo Brazil and Classic Rock Magazine UK (print/online)- are still publicly displaying *Benzova Photograph* 51 online and, in the case of Classic Rock Magazine, in print, although discovery is required to reveal the full extent of Third Parties' infringement.

517.  Third Parties- Folha De S. Paulo Brazil and Classic Rock Magazine UK (print/online) - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

518.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

519.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 52:*

520.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 52* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 145-146).

521.   On or about October 26, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

522.   Plaintiffs/Counter-Defendants/Third Party Defendants,   without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 145-146).

523.   With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 53:*

524. On or about September 4 , 2022 Benzova authored the Photograph entitled *Benzova Photograph 53* (See Exhibit F, pp. 147-149) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

525. On or about September 8th and October 1st of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 53* and, on or about September 8th and October 1st of 2022, authorized Third Parties- Mercury Entertainment and Perfil.com- to publish articles that featured *Benzova Photograph 53* .

526. Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. (See Exhibit F., pp. 147-149).

527. As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment and Perfil.com -are still publicly displaying Benzova Photograph 1 at the following URL, although discovery is required to reveal the full extent of Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

528. Third Parties- Mercury Entertainment and Perfil.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

529.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

530.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 54:*

531.  On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 54* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 150-151).

532.  On or about October 25, 2022, Plaintiffs/Counter-Defendanst/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

533.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 150-151).

534. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 55:*

535. On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 55* (See Exhibit F., pp. 152-155) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

536. On or about September 9th and 11th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 55* and, on or about September 9th and 11th of 2022, authorized Third Parties- Folha De S. Paulo Brazil, Jornal de Brasilia, and Igor Miranda Brazil - to publish articles that feature the *Benzova Photograph 55*.

537.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 152-155).

538.  As of the date of this filing, upon information and belief, Third Parties-Folha De S. Paulo Brazil, Jornal de Brasilia, and Igor Miranda Brazil-are still publicly displaying *Benzova Photograph 55*, although discovery is required to reveal the full extent of the Third Parties' infringement.

539.  Third Parties- Folha De S. Paulo Brazil, Jornal de Brasilia, Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

540.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

541.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 56:*

542.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph56* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 156-157).

543.   On or about October 25, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

544.   Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 156-157).

545.   With   knowledge   that   the   CMI   was   false,   the   Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement   and   therefore   violated   Benzova's   Copyright   as   well   as   violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 57:*

546.   On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 57* (See Exhibit F., pp. 158-159) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

547.  On or about September 8, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of _Benzova Photograph 57_ and, on or about September 8, 2022, authorized Third Party- Mercury Entertainment- to publish _Benzova Photograph 57_ .

548.  Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F., pp. 158-159).

549.  As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova _Photograph 57_ at the following URL, although discovery is required to reveal the full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

550.  Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

551.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

552.  Plaintiffs/Counter-Defendants/Third   Party   Defendants   directly benefited financially from Third Party's infringement described above and had the

right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 58:*

553.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 58* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-332-042 on November 30, 2022. (See Exhibit F, pp. 160-161).

554.   On or about October 25, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

555.   Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit F, pp. 160-161).

556.   With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 59:*

557.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 59* (See Exhibit F., pp. 162-166) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

558.  On or about September 19th and 20th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 59* and, on or about September 19th and 20th of 2022, authorized Third Parties- Polhocense Brazil, NDMais Brazil, Tribuna PR Brazil, and NavaCreative Brazil - to publish articles that featured *Benzova Photograph 59* .

559.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 162-166).

560.  As of the date of this filing, upon information and belief, Third Parties-Polhocense Brazil, NDMais Brazil, Tribuna PR Brazil, and NavaCreative Brazil-are still publicly displaying *Benzova Photograph 59*, although discovery is required to reveal the full extent of the Third Parties' infringement:

561.  Third Parties- Polhocense Brazil, NDMais Brazil, Tribuna PR Brazil, and NavaCreative Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

562.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

563.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 60:*

564.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 60* (See Exhibit F, pp. 167-169) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

565.  On or about September 29th and 30th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 60* and, on or about September 29th and 30th , authorized Third Parties-Montevideo Portal Uruguay and Latido Beat Uruguay-to publish Benzova *Photograph 60.*

566.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright.. ( See Exhibit F, pp. 167-169 ).

567.  As of the date of this filing, upon information and belief, Third Parties are still publicly displaying *Benzova Photograph 60* at the following URL's, although discovery is required to reveal the full extent of Third Parties' infringement: http://www.montevideo.com.uy/Noticias/-Que-pidio-Guns-N-Roses-para-dar-su-show-en-el-Estadio-Centenario-uc834089;

http://www.latidobeat.uy/Beat/Un-ciclon-de-rock-viene-con-rumbo-sur-la-tormenta-Guns-N-Roses-vuelve-al-Centenario-uc834089

568.  Third Parties- Montevideo Portal Uruguay and Latido Beat Uruguay - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

569.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

570.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 61:*

571.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 61* (See Exhibit F., pp. 170-171) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

572.  On or about September 8, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 61* and, on or about September 8, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 61* .

573.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F., pp. 170-171).

574.  As of the date of this filing, upon information and belief, Third Party-Mercury Entertainment-are still publicly displaying Benzova *Photograph 61* at the following URL, although discovery is required to reveal the full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

575.  Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

576.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

577.  Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

### Benzova Photograph 62(7 Third Parties):

578.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 62* (See Exhibit F., pp. 172-182) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

579.  On or about-September 4th, 9th, 25th, and 26th of 2022; October 3, 2022; and December 1 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 62* and, on or about said dates above authorized Third Parties- Mercury Entertainment, Groupo Independente

Brazil, Gauchazh Brazil, Igor Miranda Brazil, La Diaria Uruguay, Gazetaweb.com. and Igor Miranda Brazil (again in December) - to publish articles that featured *Benzova Photograph 62* .

580.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 172-182).

581.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Groupo Independente Brazil, Gauchazh Brazil, Igor Miranda Brazil, La Diaria Uruguay, Gazetaweb.com-are still publicly displaying *Benzova Photograph 62* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://ladiaria.comuy/cultura/articulo/2022/10/para-sacarse-la-galera-cronica-de-guns-n-roses-en-montevideo/;      https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/

582.  Third Parties- Mercury Entertainment, Groupo Independente Brazil, Gauchazh Brazil, Igor Miranda Brazil, La Diaria Uruguay, Gazetaweb.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

583. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

584. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 63:*

585. On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 63* (See Exhibit F., pp. 183-184) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

586. On or about September 8, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 63* and, on or about September 8, 2022, authorized Third Party- Mercury Entertainment- to publish articles that featured *Benzova Photograph 63* .

587.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F., pp. 183-184).

588.  As of the date of this filing, upon information and belief, Third Party-Mercury Entertainment-are still publicly displaying Benzova *Photograph 63* at the following URL, although discovery is required to reveal full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

589.  Third Parties- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

590.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

591.  Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 64:*

592. On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 64* (See Exhibit F., pp. 185-189) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

593. On or about-September 8th and 27th of 2022 and October 7th and 20th of 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 64* and, on or about said dates above authorized Third Parties- Mercury Entertainment, Jornal De Comercio Brazil, and Igor Miranda Brazil - to publish *Benzova Photograph 64 .*

594. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 185-189).

595. As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Jornal De Comercio Brazil, and Igor Miranda Brazil -are still publicly displaying *Benzova Photograph 42* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/

596. Third Parties- Mercury Entertainment, Jornal De Comercio Brazil, and Igor Miranda Brazil - have continued to distribute, publicly display, and

commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

597.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

598.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 65:*

599.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 65* (See Exhibit F., pp. 190-193) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

600.  On or about-September 8th and 30th of 2022, and October 1, 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 65* and, on or about said dates above authorized Third

Parties- Mercury Entertainment, Latigo Beat Brazil, and Revista Diners Brazil- to publish *Benzova Photograph 65 .*

601.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 190-193).

602.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Latigo Beat Brazil, and Revista Diners Brazil -are still publicly displaying *Benzova Photograph 62* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

603.  Third Parties- Mercury Entertainment, Latigo Beat Brazil, and Revista Diners Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

604.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

605.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 66:*

606.  On or about September 4, 2022 Benzova authored the Photograph entitled *Benzova Photograph 66* (See Exhibit F., pp. 194-199) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

607.  On or about September 5th, 8th, 24th, and 25th of 2022--Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 66* and, on or about said dates above authorized Third Parties- Mercury Entertainment, No Palco Brazil, Turbinado Brazil and Igor Miranda Brazil - to publish articles that featured *Benzova Photograph 66* .

608.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 194-199).

609.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, No Palco Brazil, Turbinado Brazil and Igor Miranda Brazil -are still publicly displaying *Benzova Photograph 66* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

610.  Third Parties- Mercury Entertainment, No Palco Brazil, Turbinado Brazil and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

611.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

612.  Plaintiffs/Counter-Defendants/Third  Party  Defendants  directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.


*Benzova Photograph 67:*

613.  On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 67* (See Exhibit F., pp. 200-204) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

614.  On or about-September 8th and 9th of 2022-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 67* and, on or about said dates above authorized Third Parties-

Metronomo Brazil, DF Entertainment, and Folho De S. Paulo Brazil- to publish articles that featured *Benzova Photograph 67 .*

615.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 200-204).

616.  As of the date of this filing, upon information and belief, Third Parties-Metronomo Brazil, DF Entertainment, and Folho De S. Paulo Brazil-are still publicly displaying *Benzova Photograph 67*, although discovery is required to reveal the full extent of the Third Parties' infringement.

617.  Third Parties- Metronomo Brazil, DF Entertainment, and Folho De S. Paulo Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

618.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

619.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

620.   In addition, on or about September, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 67*- and copied the photograph in question.

621.   Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and creating a derivative work of Benzova's work by using it on the back of a tangible GNR's CD Cover for sale entitled Rock in Rio 2022. (See Exhibit F, pp. 200-204).

*Benzova Photograph 68:*

622.   On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 68* (See Exhibit F., pp. 205-209) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

623.   On or about-September 12, 2022; October 25, 2022; November 20, 2022; and January 16, 2023-Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 68* and, on or about said

dates above authorized Third Parties- Mercury Entertainment and Igor Miranda Brazil (on three separate occasions) - to publish _Benzova Photograph 68 ._

624. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 205-209).

625. As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment and Igor Miranda Brazil-are still publicly displaying _Benzova Photograph 68_ at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://igormiranda.com.br/2022/12/guns-n-rose-microfone-axl-rose-machuca-fa/

626. Third Parties- Mercury Entertainment and Igor Miranda Brazil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

627. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

628. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 69 (8 Third Parties):*

629.  On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 69* (See Exhibit F., pp. 210-219) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

630.  On or about-September 12th, 19th, 20th, and 28th of 2022; October 1, 2022; and November 14, 2022- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 69* and, on or about said dates above authorized Third Parties- Mercury Entertainment, Igor Miranda Brazil, El Pais Uruguay, Palhocense Brazil, ND Mais Brazil, Tribuna PR Brazil, NaveCreativa Brazil, and Perfil - to publish articles that featured *Benzova Photograph 69 .*

631.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit F, pp. 210-219).

632.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment, Igor Miranda Brazil, El Pais Uruguay, Palhocense Brazil, ND Mais Brazil, Tribuna PR Brazil, NaveCreativa Brazil, and Perfil -are still

publicly displaying *Benzova Photograph 69* at the following URL's, although discovery is required to reveal the full extent of the Third Parties' infringement:

http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

https://igormiranda.com.br/2022/12/guns-n-roses-microfone-axl-rose-machuca-fa/ ;

https://www.elpais.com.uy/tvshow/musica/guns-roses-uruguay-banda-volvio-estadio-entrego-cautivo-multitude.html

633. Third Parties- Mercury Entertainment, Igor Miranda Brazil, El Pais Uruguay, Palhocense Brazil, ND Mais Brazil, Tribuna PR Brazil, NaveCreativa Brazil, and Perfil - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

634. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

635. Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 70:*

636. On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 70* (See Exhibit G., pp. 220-221) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

637. On or about September 12, 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 70* and, on or about September 12, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 70* .

638. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 220-221).

639. As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova *Photograph 1* at the following URL's: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

640. Third Party- Mercury Entertainment - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

641. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

642.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 71:*

643.  On or about September 8, 2022 Benzova authored the Photograph entitled *Benzova Photograph 71* (See Exhibit G., pp. 222-226) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

644.  On or about September 9, 2022 and December 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 71* and, on or about said dates above, authorized Third Parties-Folho De S. Paulo Brazil and Classic Rock Magazine UK - to publish articles that featured the *Benzova Photograph 71* .

645.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G, pp. 222-226).

646.  As of the date of this filing, upon information and belief, Third Parties-Folho De S. Paulo Brazil and Classic Rock Magazine U- are still publicly displaying

*Benzova Photograph 71*, although discovery is required to reveal the full extent of the Third Parties' infringement:

647.  Third Parties- Folho De S. Paulo Brazil and Classic Rock Magazine UK - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

648.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

649.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

650.  In addition, on or about September 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 71*- and copied the photograph in question.

651.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and creating a derivative work of Benzova's work by using it on the

back of a tangible GNR's DVD Cover for sale entitled Rock in Rio 2022. (See Exhibit G., pp. 222-226).

*Benzova Photograph 72:*

652.  On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 72* (See Exhibit G, pp. 227-230) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

653.  On or about October 5th and 6th of 2022, Team Brazil, Gundam, and Gun N' Roses accessed their private drop box, obtained a copy of *Benzova Photograph 72* and, on or about October 5th and 6th of 2022, authorized Third Parties- Mercury Entertainment and 33 Futuro- to publish *Benzova Photograph 72* .

654.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 227-230).

655.  As of the date of this filing, upon information and belief, Third Parties- Mercury Entertainment and 33 Futuro.-are still publicly displaying Benzova Photograph 1 at the following URL, although discovery is required to reveal the full extent   of   Third   Party   infringement:   http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://www.futuro.cl/2022/10/guns-n-roses-deleito-a-un-estadio-nacional-a-tope-en-chile/

656.   Third Parties- Mercury Entertainment and 33 Futuro - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

657.   Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

658.   Plaintiffs/Counter-Defendants/Third   Party   Defendants   directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.


*Benzova Photograph 73:*

659.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 73* (See Exhibit G., pp. 231-232) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

660.   On or about October 5, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 73* and, on or about October 5, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 73*.

661.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 231-232).

662.  As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova *Photograph 73* at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

663.  Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

664.  Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 74:*

665.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 74* (See Exhibit G., pp. 233-234) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

666.   On or about October 5, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 74* and, on or about October 5, 2022, authorized Third Party- Mercury Entertainment- to publish *Benzova Photograph 73*.

667.   Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 233-234).

668.   As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment-are still publicly displaying Benzova *Photograph 73* at the following URL: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/

669.   Third Party- Mercury Entertainment - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

670.   Plaintiffs/Counter-Defendants/Third   Party   Defendants   directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 75:*

671.   On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 75* (See Exhibit G, pp. 235-238) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

672. On   or   about   October   5th   and   6th   of   2022,   Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 75* and, on or about October 5th and 11th of 2022, authorized Third Parties- Mercury Entertainment, Cuartel Del Metal, Emol.com - to publish articles that featured *Benzova Photograph 75*.

673.   Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 236-238).

674.   As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment, Cuartel Del Metal, and Emol.com -are still publicly displaying *Benzova Photograph 75* at the following URL, although discovery is

required to reveal the full extent of : http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/;

675. Third Parties- Mercury Entertainment, Cuartel Del Metal, and Emol.com - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

676. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 76:*

677. On or about October 5, 2022 Benzova authored the Photograph entitled *Benzova Photograph 76* (See Exhibit G, pp. 239-241) and timely registered it under registration number VA 2-332-042 on November 30, 2022.

678. On or about October 5th and 6th of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 76* and, on or about October 5th and 6th of 2022, authorized

Third Parties- Mercury Entertainment and 33 Futuro- to publish *Benzova Photograph 76*.

679. Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 239-241).

680. As of the date of this filing, upon information and belief, Third Parties-Mercury Entertainment and 33 Futuro.-are still publicly displaying Benzova Photograph 1 at the following URL, although discovery is required to reveal the full extent of Third Party infringement: http://mercuryconcerts.com/shows-anteriores/2022/gunsnroses/; https://www.futuro.cl/2022/10/guns-n-roses-deleito-a-un-estadio-nacional-a-tope-en-chile/

681. Third Parties- Mercury Entertainment and 33 Futuro - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

682. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

683. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and

had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 77:*

684.   On or about June 18, 2022 Benzova authored the Photograph entitled *Benzova Photograph 72* (See Exhibit G, pp. 242-245) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

685.   On or about December 4, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 72* and, on or about December 4, 2022, authorized Third Parties- Sunday Star Times (print) and Stuff New Zealand- to publish articles that featured *Benzova Photograph 77*.

686.   Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 242-245).

687.   As of the date of this filing, upon information and belief, Third Parties-Sunday Star Times (print) and Stuff New Zealand -are still publicly displaying *Benzova Photograph 72* at the following URL, although discovery is required to reveal   the   full   extent   of   Third   Party   infringement:

https://www.stuff.co/nz/entertainment/music/300751677/guns-n-roses-on-that-time-axl-rose-wore-an-all-black-jersey--and-whethe-theyll-do-it-again

688.   Third Parties- Sunday Star Times (print) and Stuff New Zealand - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

689.   Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

690.   Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.


*Benzova Photograph 78 :*

691.   On or about July 15, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 78* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 246-247).

692.  On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

693.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook Page with the GNR logo. (See Exhibit G, pp. 246-247).

694.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 79 :*

695.  On or about June 25, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 79* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 248-249).

696.  On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

697.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 248-249).

698.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 80 :*

699.  On or about June 23, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 80* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 250-251).

700.  On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

701.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 250-251).

702.   With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 81 :*

703.   On or about July 15, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 81* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 252-253).

704.   On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

705.   Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 252-253).

706. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

_Benzova Photograph 82 :_

707. On or about July 15, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 82_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 252-257).

708. On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

709. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 252-257).

710.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 83 :*

711.    On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 83* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 256-257).

712.    On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

713.    Plaintiffs/Counter-Defendants/Third Party Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 256-257).

714. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### _Benzova Photograph 84 :_

715. On or about September 30, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 84_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 258-259).

716. On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

717. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 258-259).

718. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §§1202.

### *Benzova Photograph 85 :*

719.  On or about June 23, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 85* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 260-261).

720.  On or about December 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

721.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 260-261).

722. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 86 :*

723.  On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 86* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 262-263).

724.  On or about January 9, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

725.  Plaintiffs/Counter-Defendants/Third  Party  Defendants,  without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 262-263).

726.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 87 :*

727.  On or about June 28, 2022 Benzova authored the Photograph entitled _Benzova Photograph 87_ (See Exhibit G, pp. 264-266) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

728.  On or about October 3rd  and 11th  of 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of _Benzova Photograph 87_ and, on or about October 3rd and 11th of 2022, authorized Third Parties- La Hora Chile and Alo- to publish _Benzova Photograph 87_ .

729.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 264-266).

730.  As of the date of this filing, upon information and belief, Third Parties- La Hora Chile and Alo -are still publicly displaying _Benzova Photograph 87_, although discovery is required to reveal the full extent of Third Parties' infringement.

731.   Third Parties- La Hora Chile and Alo - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

732.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's

infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

733.  Plaintiffs/Counter-Defendants/Third    Party    Defendants    directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 88 :*

734.  On or about June 19, 2022 Benzova authored the Photograph entitled *Benzova Photograph 88* (See Exhibit G, pp. 267-268) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

735.  On or about November 12, 2022 Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 88* and, on June 19,2022, authorized Third Party- Ultimate Classic Rock Magazine- to publish *Benzova Photograph 88.*

736.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. (See Exhibit G., pp. 267-268).

737.  As of the date of this filing, upon information and belief, Third Party- Ultimate Classic Rock Magazine-is still publicly displaying Benzova *Photograph*

_88_ at the following URL, although discovery is required to reveal the full extent of Third Party infringement: https://ultimateclassicrock.com/slash-alex-lifeson-paul-mccartney-ukraine-benefit-auction/

738. Third Party- Ultimate Classic Rock Magazine - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

739. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

740. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

_Benzova Photograph 89:_

741. On or about June 19, 2022 Benzova authored the Photograph entitled _Benzova Photograph 89_ (See Exhibit G, pp. 269-270) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

742. On or about October 11, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of _Benzova_

*Photograph 89* and, on or about October 11, 2022 authorized Third Party-Motor.com - to publish *Benzova Photograph 89 .*

743.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 269-270).

744.  As of the date of this filing, upon information and belief, Third Party-Ultimate Classic Rock Magazine-is still publicly displaying Benzova *Photograph 88*, although discovery is required to reveal the full extent of Third Party infringement.

745.  Third Party- Motor.com - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

746.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

747. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 90 :*

748.  On or about October 12, 2022 Benzova authored the Photograph entitled *Benzova Photograph 90* (See Exhibit G, pp. 271-273) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

749.  On or about October 15, 2022 and January 7, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 90* and, on or about October 15, 2022 and January 7, 2023 authorized Third Parties- Diario Critario and Misrevistas- to publish *Benzova Photograph 90*.

750.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 271-273).

751.  As of the date of this filing, upon information and belief, Third Parties- Diario Critario and Misrevistas -are still publicly displaying *Benzova Photograph 90*, although discovery is required to reveal the full extent of Third Party infringement.

752.  Third Parties- Diario Critario and Misrevistas - have continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

753.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to each of Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

754.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from each of Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 91 :*

755.  On or about October 12, 2022 Benzova authored the Photograph entitled *Benzova Photograph 91* (See Exhibit G, pp. 274-275) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

756.  On or about January 7, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 91* and, on January 7, 2023 authorized Third Party- Misrevistas- to publish *Benzova Photograph 91.*

757.  Plaintiffs/Counter-Defendants/Third Party Defendants, without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. (See Exhibit G., pp. 274-275).

758. As of the date of this filing, upon information and belief, Third Party-Misrevistas-is still publicly displaying Benzova *Photograph 91*, although discovery is required to reveal the full extent of Third Party infringement.

759. Third Party- Misrevistas - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

760. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

761. Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 92:*

762. On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 92* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 276-277).

763.  On or about October, 2022- although discovery is required to ascertain the exact date-Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

764.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 276-277).

765.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

766.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

767.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 93:*

768.  On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 93* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 278-279).

769.  On or about October 2022- although discovery is required to ascertain the exact date-Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

770.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 278-279).

771.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

772.  In addition, with knowledge that the CMI was false, the Plaintiff/Counter-Defendant/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

773.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 94:*

774.  On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 94* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 280-281).

775.  On or about October, 2022- although discovery is required to ascertain the exact date-Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

776.  Plaintiffs/Counter-Defendants/Third Party Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 278-279).

777.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

778.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

779.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 95:*

780.  On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 95* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 282-283).

781.  On or about October 2022- although discovery is required to ascertain the exact date-Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

782. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 282-283).

783. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

784. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

785. Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 96:*

786. On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 96* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 284-285).

787.  On or about October, 2022- although discovery is required to ascertain the exact date-Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

788.  Plaintiff/Counter-Defendant/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 284-285).

789.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

790.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

791.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

_Benzova Photograph 97:_

792.  On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 97* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 286-287).

793.   On or about October, 2022- although discovery is required to ascertain the exact date-Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

794.  Plaintiffs/Counter-Defendants/Third Party Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 286-287).

795.  This Photograph is used as a draw for the Nightrain website, which  can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

796.  In   addition,   with   knowledge   that   the   CMI   was   false,   the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

797.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 98:*

798.  On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 98* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 288-289).

799.  On or about October 11, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

800.  Plaintiffs/Counter-Defendants/Third   Party   Defendants,   without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 288-289).

801.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

802.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

803.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 99:*

804.  On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 99* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 290-291).

805.  On or about October 11, 2022, Plaintiff/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

806.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 290-291).

807.   This Photograph is used as a draw for the Nightrain website, which  can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

808.  In  addition,  with  knowledge  that  the  CMI  was  false,  the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 100:*

809.   On or about October 2, 2022 Ms. Benzova created a photograph entitled *Benzova  Photograph  100* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 292-293).

810.  On or about October 11, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

811.  Plaintiffs/Counter-Defendants/Third Party Defendants,  without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 292-293).

812.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

813.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question.

814.  Plaintiffs/Counter-Defendants/Third Party Defendants did so with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 101:*

815.  On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 101* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 294-295). On or about October 11, 2022, Plaintiffs/Counter-

Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

816. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 294-295).

817. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

818. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 102:*

819. On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 102* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit G, pp. 296-298).

820. On or about January 9, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

821. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 296-298).

822. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

823. In addition, On or about October 11, 2022- although discovery in required to ascertain the exact date-Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

824. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 296-298).

825.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

826.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 103:*

827.  On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 103* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 299-300).

828.  On or about October 14, 2022, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

829.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 299-300).

830.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

831.   In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 104:*

832.   On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 104* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 301-302).

833.  On or about October 14, 2022- although discovery is required to ascertain the exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

834.  Plaintiffs/Counter-Defendants/Third Party Defendants,  without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 301-302).

835.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

836.  In  addition,  with  knowledge  that  the  CMI  was  false,  the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 105:*

837.  On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 105* that is an original work of authorship, which Benzova

timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 303-304).

838. On or about October 14, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

839. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 303-304).

840. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

841. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 106:*

842.  On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 106* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 305-306).

843.  On or about September 4, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

844.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 305-306).

845.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

846.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal

the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 107:*

847. On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 107* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 307-308).

848. On or about September 4, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

849. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp.307-308).

850. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

851. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 108:*

852. On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 108* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 309-308).

853. On or about September 4, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

854. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 309-308).

855.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

856. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 109:*

857.  On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 109* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 311-312).

858.  On or about September 4, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants

accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question .

859. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 311-312-295).

860. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

861. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 110:*

862. On or about August 31, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 110* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA

2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 313-314).

863.   On or about September 4, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

864.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 313-314).

865.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

866.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 111:*

867. On or about August 31, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 111_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 315-316).

868. On or about September 4, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

869. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 315-316).

870. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

871. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal

the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 112:*

872.  On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 112* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 315-316).

873.  On or about September 9, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

874.  Plaintiffs/Counter-Defendants/Third Party Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 315-316).

875.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

876. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 113:*

877. On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 113* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 319-320).

878. On or about September 9, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

879. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 319-320).

880.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

881. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 114:*

882.  On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 114* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 321-322).

883.  On or about September 9, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

884. Plaintiffs/Counter-Defendant/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 321-322).

885. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

886. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### *Benzova Photograph 115:*

887. On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 115* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 323-324).

888.  On or about September 9, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

889.  Plaintiffs/Counter-Defendants/Third Party Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 323-324).

890.  This Photograph is used as a draw for the Nightrain website, which  can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

891.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendant/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 116:*

892.  On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 116* that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 325-326).

893.  On or about September 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

894.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 325-326).

895.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

896.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 117:*

897.  On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 117* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 325-326).

898.  On or about September 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

899.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 325-326).

900.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

901.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal

the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 118:*

902.  On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 118* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 329-330).

903.  On or about September 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

904.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 329-330).

905.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

906. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 119:*

907. On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 119* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 331-332).

908. On or about September 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

909. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 331-332).

910.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

911.   In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 120:*

912.   On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 120* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 333-334).

913.   On or about September 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

914.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 333-334).

915.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

916.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 121:*

917.  On or about September 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 121* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 335-336).

918.  On or about September 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

919.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 335-336).

920.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

921.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 122:*

922.  On or about October 7, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 122* that is an original work of authorship, which Benzova

timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 337-338).

923.  On or about October 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

924.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 337-338).

925.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

926.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 123:*

927.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 123* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 339-340).

928.   On or about October 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

929.   Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 339-340).

930.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

931.   In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal

the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 124:*

932.   On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 123* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 341-342).

933.   On or about October 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

934.   Plaintiff/Counter-Defendant/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 341-342).

935.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

936. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 125:*

937. On or about October 8, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 125* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 343-344).

938. On or about October 12, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

939. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 343-344).

940. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

941. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 126:*

942. On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 126* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 345-346).

943. On or about October 13, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

944.   Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringing upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 345-346).

945.   This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

946.   In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 127:*

947.   On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 127* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 347-348).

948. On or about October 13, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

949. Plaintiffs/Counter-Defendant/Third Party Defendants, without permission or consent of Benzova, thereby infringing upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 347-348).

950. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

951. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 128:*

952. On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 128* that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 349-350).

953.  On or about October 13, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

954.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringing upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 349-350).

955.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

956.  In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 129:*

957.  On or about October 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 129* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 350-351).

958.  On or about October 13, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

959.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 350-351).

960.  This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

961. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal

the infringement and therefore violated Benzova's Copyright as well as violated

Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 130:*

962.  On or about October 12, 2022 Ms. Benzova created a photograph

entitled *Benzova Photograph 130* that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA

2-335-573 on January 9, 2023, one week after Benzova discovered the infringement.

(See Exhibit G, pp. 354-355).

963.  On or about October 12, 2022- although discovery is required to

ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants

accessed their Drop Box, obtained a copy of said photograph, and copied a replica

of the photograph in question.

964.  Plaintiffs/Counter-Defendants/Third Party Defendants, without

permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on the Guns N' Roses subscription website

Nightrain. (See Exhibit G, pp. 354-355).

965.  This Photograph is used as a draw for the Nightrain website, which can

only be accessed by members who pay a substantial fee of fifty dollars ($50) or

eighty-nine dollars ($89) for a premium membership.

966. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

967. In addition, on or about January 9, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

968. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 246-247).

969. With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202

_Benzova Photograph 131:_

970. On or about October 12, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 131_ that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023, one week after Benzova discovered the infringement. (See Exhibit G, pp. 356).

971. On or about October 20, 2022- although discovery is required to ascertain exact date- Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

972. Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on the Guns N' Roses subscription website Nightrain. (See Exhibit G, pp. 356).

973. This Photograph is used as a draw for the Nightrain website, which can only be accessed by members who pay a substantial fee of fifty dollars ($50) or eighty-nine dollars ($89) for a premium membership.

974. In addition, with knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants added the Guns N' Roses Logo cattycorner to the photograph in question with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 132:*

975.  On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 132* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 357-358).

976.  On or about February 5, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

977.  Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit G, pp. 357-358).

978.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 133:*

979. On or about June 15, 2022 Benzova authored the Photograph entitled _Benzova Photograph 133_ (See Exhibit G, pp. 359-360) and timely registered it under registration number VA 2-332-042 on January 9, 2023.

980. On or about February 21, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of _Benzova Photograph 133_ and, February 21, 2023, authorized Third Party- Bass Magazine- to publish _Benzova Photograph 133_ .

981. Plaintiffs/Counter-Defendants/Third    Party    Defendants,    without Benzova's permission, consent, or authorization, thereby infringed upon Benzova's copyright. ( See Exhibit G., pp. 359-360).

982. As of the date of this filing, upon information and belief, Third Party-Bass Magazine-is still publicly displaying Benzova _Photograph 133_ at the following URL, although discovery is required to reveal the full extent of Third Party infringement. Third Party-Bass Magazine - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

983. Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

984.  Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 134:*

985.  On or about October 5, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 134* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 361-362).

986.  On or about February 10, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

987.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit G, pp. 361-362).

988.  With knowledge that the CMI was false, the Plaintiff/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

_Benzova Photograph 135:_

989.  On or about July 10, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 135_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit G, pp. 363-365).

990.  On or about February 8, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

991.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit G, pp. 363-365).

992.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

993.  In addition, on or about February 23, 2023, Plaintiffs/Counter-Defendant/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph- *Benzova Photograph 135*- and copied a replica of the photograph in question.

994.  Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by publicly displaying- or authorizing the public display- of *Benzova Photograph 135* on the "LIVE NATION ITALY" Instagram Page.". (See Exhibit G, pp. 363-365).

995.  With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 136:*

996.  On or about July 10, 2022 Benzova authored the Photograph entitled *Benzova Photograph 136* (See Exhibit G, pp. 366-367) and timely registered it under registration number VA 2-332-042 on January 9, 2023.On or about February 23, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their private drop box, obtained a copy of *Benzova Photograph 136* and, on February 23,

2023, authorized Third Party- Live Nation Italy- to publish *Benzova Photograph 136* without Benzova's permission, consent, or authorization. ( See Exhibit G., pp. 366-367).

997.  As of the date of this filing, upon information and belief, Third Party-Live Nation Italy-is still publicly displaying Benzova *Photograph 136*, although discovery is required to reveal the full extent of Third Party infringement.

998.  Third Party- Live Nation Italy - has continued to distribute, publicly display, and commercially exploit this Benzova Photograph in a manner that infringes Benzova's copyright.

999.  Plaintiffs/Counter-Defendants/Third Party Defendants each knew or had reason to know of, and materially contributed to Third Party's infringement described above, and thus are contributorily liable for the resulting harm to Benzova.

1000.    Plaintiffs/Counter-Defendants/Third Party Defendants directly benefited financially from Third Party's infringement described above and had the right and ability to supervise and control such infringement, and thus are vicariously liable for the resulting harm to Benzova.

*Benzova Photograph 137:*

1001.    On or about July 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 137* that is an original work of authorship, which

Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 368-369).

1002.    On or about March 24, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1003.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit H, pp. 368-369).

1004.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

### _Benzova Photograph 138_

1005.    On or about June 21, 2022 Ms. Benzova created a photograph entitled _Benzova Photograph 138_ that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 370-371).

1006.    On or about March 24, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1007.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit H, pp. 370-371).

1008.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

\

*Benzova Photograph 139:*

1009.    On or about July 11, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 139* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 372-373).

1010.    On or about March 24, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1011.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 372-373).

1012.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §§1202.

*Benzova Photograph 140*

1013.    On or about July 14, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 140* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit H, pp. 374-375).

1014.    On or about March 24, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said

photograph, and copied a replica of the photograph in question without permission or consent of Benzova, thereby infringing upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram Page with the GNR logo. (See Exhibit H, pp. 374-375).

1015.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.


*Benzova Photograph 141:*

1016.    On or about June 23, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 141* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 376-377).

1017.    On or about March 1, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1018.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by

reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 376-377).

1019.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 142:*

1020.    On or about June 25, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 142* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 378-379).

1021.    On or about March 25, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1022.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringing upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/Facebook page with the GNR logo. (See Exhibit H, pp. 378-379).

1023.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 143*:

1024.    On or about October 12, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 143* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 380-381).

1025.    On or about March 1, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1026.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 380-381).

1027.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the

infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 144:*

1028.    On or about September 30, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 144* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-573 on January 9, 2023. (See Exhibit H, pp. 382-383).

1029.    On or about March 25, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1030.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 382-383).

1031.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

*Benzova Photograph 145:*

1032.    On or about September 4, 2022 Ms. Benzova created a photograph entitled *Benzova Photograph 145* that is an original work of authorship, which Benzova timely secured registration for under U.S. Copyright Registration No.VA 2-335-574 on January 9, 2023. (See Exhibit H, pp. 384-385).

1033.    On or about March 25, 2023, Plaintiffs/Counter-Defendants/Third Party Defendants accessed their Drop Box, obtained a copy of said photograph, and copied a replica of the photograph in question.

1034.    Plaintiffs/Counter-Defendants/Third Party Defendants, without permission or consent of Benzova, thereby infringed upon Benzova's copyright by reproducing and publicly displaying it on its Twitter page and/or Instagram and/or Facebook page with the GNR logo. (See Exhibit H, pp. 384-385).

1035.    With knowledge that the CMI was false, the Plaintiffs/Counter-Defendants/Third Party Defendants acted with the intent to cause or conceal the infringement and therefore violated Benzova's Copyright as well as violated Benzova's CMI. 17 U.S.C. §1202.

1036.    Benzova reserves the right to amend the complaint upon the discovery of further infringement. The 145 instances above are not meant to be an exhaustive list. Other forms of known copyright infringement/trademark violation include Plaintiffs/Counter-Defendants'/Third Party Defendants' unauthorized use

and unlawful sublicensing of Benzova's photos to major advertising campaigns, including but not limited to, Ernie Ball Signature Strings, HYT Watch company, the Peterson Museum Porche Exhibit.   Furthermore, upon information and belief, Plaintiffs/Counter-Defendants/Third Party Defendants illicitly copied and used Benzova's photographs in conjunction with tangible goods bearing the GNR logo. Such activity constitutes trademark violation.

1037.    Almost all of the 145 works that were infringed above are eligible for statutory damages and attorney fees, whereby the Court needs to know the dates of creation (initial ownership); date of registration; date of first publication; and date of infringement.

1038.    However, although more discovery is required to reveal the full extent of Plaintiffs/Counter-Defendants/Third Party Defendants infringement, there are at least 10 additional photos that were infringed upon since April 2020 that Benzova will pursue for actual damages and/or statutory damages. 17 U.S.C. § 507 (b); *Roley v. New World Pictures, Ltd*., 19 F.3d 479, 481 (9th Cir. 1994) ( Under the discovery rule, a claim for copyright infringement "accrues when one has knowledge of a violation or is chargeable with such knowledge.").   Furthermore there are hundreds of photos that Benzova owns that that have been infringed that are eligible for actual damages. These Photos, which are eligible for actual damages are contained within   U.S. Copyright Registration No.VA 2-335-574 on January 9,

2023; and pending applications No. 1-4796397429  No. 1-4706396741 of January 2025

1039.        Furthermore, when taken all together, the magnitude of the infringement, Plaintiffs/Counter-Defendants/Third Party Defendants' willfulness, Plaintiffs/Counter-Defendants/Third Party Defendants' disregard for repeated statements of misuse, Plaintiffs/Counter-Defendants/Third Party Defendants' reckless disregard; Plaintiffs/Counter-Defendants/Third Party Defendants' intentional misrepresentation of ownership (which they contentiously litigated until January 2025 and <u>continue to hold out to third parties and the public at large</u>); and Plaintiffs/Counter-Defendants/Third Party Defendants' willful blindness to the prospect that its conduct was infringing warrants punitive damages.

1040.        It should be noted: Benzova always acted with good intent throughout the relationship with GNR, yet suffered real and extensive economic harm. Although definitive forms of economic harm are outlined supra, lost licensing fees and lost connections due to the infringing use exists. Although these damages are traditionally difficult to measure/prove because omissions are invisible and therefore are "negative" certain figures do exist which help establish a basis of measurements. For example, and more specifically, each Social media GNR photo was viewed by about <u>180,000 </u>people per photo- which is, on or about, 180,000 individual people who would have seen Benzova's name and potentially linked to

her Catalogue. (See example Exhibit G., pp. 248-249) (Photo is liked by 194,812 people). Furthermore, Nighttrain has at least 70,000 members and, if all subscribe as standard members, not premium membership, revenue would conservatively yield at least four million, one hundred and thirty thousand dollars.. ($4,130,000). Furthermore, Benzova's photographs contributed to revenue generated by the GNR concerts.

1041.    Furthermore, Benzova's good intent and good faith performance is not to be construed as acquiescence or approval of plaintiff's infringing acts- especially in light of the fact that GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants repeatedly, from 2016 to 2022- with mal and duplicitous intent-intentionally represented the fact they owned the Benzova Photographs- to Benzova, third parties, and the world at large- in order to appear that they had the right to authorize use, the right to control use, and the right to sue over the Benzova Photographs. All the while Plaintiffs/Counter-Defendants/Third Party Defendants hid the fact that they were only potential "licensees" and, in fact, had no ownership interest in the photographic copyrights at issue.

1042.    Plus, Benzova discovered the misrepresentation and the infringing uses *after* the fact, some as late as April of 2023 and January 2025.

1043.    Furthermore, Benzova's intent to control use of her photos had definite purpose behind it. Each photo was complete and finished - in itself- and stood on its own two feet. Each Photo was not a part, but an individual whole- and consequently, each Benzova Photograph in question, unlike a contribution of a collective work or joint authorship-where the part's purpose is determined by the whole and is meant to fit into something larger-The Benzova Photographs had no such purpose.

1044.    Therefore Benzova did not have a "shared objective" with the GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' whereby the infringing uses were implied in "the creation and delivery" of photographs in question. On the contrary each photo contained multiple potential uses and multiple uses across numerous different markets. This fact increases the value and consequent economic harm that Benzova suffered as a result of Plaintiffs/Counter-Defendants/Third Party Defendants' infringement.

1045.    Furthermore, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants were under no necessity to use the Benzova photographs because they, upon information and belief, already own plenty of photographs themselves. They easily could have used their own photographs toward their unauthorized uses but instead, egregiously and willfully infringed upon Benzova's copyrights. This is due to the fact that Benzova's

quality of work is higher than 1) other photographers working with Plaintiffs/Counter-Defendants/Third Party Defendants and; 2) other photographs that Plaintiffs/Counter-Defendants/Third Party Defendants may already own.

1046.    Furthermore Benzova's creation of photographs in question were not because a "licensee requested the creation of the work". Besides Plaintiffs/Counter-Defendants/Third Party Defendants concealing they were licensees, Benzova's creation of photos were done <u>before</u>-not after- any so-called "request". This is significant because GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' did not request the creation of a work and then that particular work was made; but rather GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' "asked for" photographs that had *already been created* by Benzova. Furthermore, as stated supra, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' intentionally deceived Benzova and hid the fact of their licensee status from Benzova, third parties, and the world at large.

1047.    Also , Benzova's intent was to protect and enhance the value of the Benzova Photographs by exhibiting them only in certain channels with proper credit, which helps to prevent the displacement of the current and future economic value of the Benzova Photograph.

1048.    Exclusion from easily infringeable channels- such as Night Train- and prevention from extensive proliferation by third parties protects against

the displacement of the economic value during was always the intent of Benzova in order to preserve future use and increase the value of her catalogue.

1049.    In addition, GUNDAM/GNR/TEAM BRAZIL/FERNANDO LEBEIS' hid the infringing uses of the Benzova Photographs. Therefore, Benzova did not know, and therefore did not intend, for the infringing uses to have occurred.

1050.    Furthermore, purposeful failing to credit Benzova in order to mislead the public into believing GUNDAM/GNR/ Plaintiffs/Counter-Defendants/Third Party Defendants "owned" the images or had legitimately "licensed" them for use harmed Benzova because it usurped licenses, sales, and links that would otherwise go to Benzova and enhance the value of the Benzova Photographs. The serial infringement and serial CMI violations confused authorship, obscured access to Benzova catalogue.

## Sexual Harassment

1051.    Benzova, an independent contractor, is protected by FEHA's protection against sexual harassment [Gov. Code § 12940(j)(1),(4), (5)]; *Jimenez v. U.S. Continental Mktg., Inc.* (2019) 41 Cal. App. 5th 189, 196-197, 254 Cal. Rptr.3d 66; citing *Vernon v. State of Cal.* (2004) 116 Cal. App. 114, 123, 10 Cal. Rptr 3d

121; *Hirst v. City of Oceanside* (2015) 236 CA4th774, 785-786, 187; Gov. Code § 12940(k).

1052.    Fernando Lebeis is a managing agent and proxy of principal Gun's N Roses/ Plaintiffs/Counter-Defendants/Third Party Defendants.

1053.    Lebeis's Sexual harassment began almost immediately after Ferando Lebeis became official manager of Guns N Roses in 2016, whereby he became the sole proxy/negotiator of Ms. Benzova- one of the only females of a crew that consisted of about 150 people. As manger/managing agent/proxy of GNR , Lebeis had the power to negotiate and power to assign photo credit.

1054.    That year, on or about of spring 2016, Lebeis began to repeatedly and consistently-exhibit his sexual desire in Ms. Benzova; and this behavior did not stop until 2022.

1055.    Lebeis's sexual harassment and discriminatory actions toward Ms. Benzova were based on sex.

1056.    Lebeis singled out Benzova and discriminated against her because of her sex.

1057.    More specifically, Lebeis made his *first* physical unwelcome sexual advance in 2016 by physically touching Benzova, forcing himself onto Ms. Benzova, trying to force her to kiss him.

1058.    Ms. Benzova warded off the unwelcome advance, but, on information and belief, Fernando grew hostile because of the rejection and opposition. Lebeis's hostility created an aggressive and hostile motive within him, which contextualized, permeated, and pervaded Lebeis's interactions with Ms. Benzova moving forward.

1059.    At times, such hostility and aggression was subtle or implied; and, at others times, it was overt and gross. But taken all together, Lebeis's hostility and sexual desire/motives for Benzova produced a continuous course of long-term sexual harassment.

1060.    From 2016 onward, Lebeis continued to consistently and pervasively sexually pursued Ms. Benzova. As a result, Benzova was constantly forced deny or avoid his sexually charged activity while trying to remain professional.

1061.    However, as a result of Benzova's denial and opposition of Lebeis's unwelcome sexual advances and requests, Lebeis sought- through his position as GNR manager and proxy- to prove his dominance over Ms. Benzova through other means: such as his use of phycological manipulation, name-calling, ridicule, demeaning remarks, humiliation, bullying, lying, and mispresenting the power dynamic between them.

1062.     On various occasions, Lebeis's communications with Benzova would be alternate between being extremely flirtatious and sexually charged to suddenly being short, scornful, derisive, and demeaning.

1063.     In addition, Lebeis used his position as GNR manager and proxy authority to disadvantage Benzova for not submitting to his sexual advances.

1064.     More specifically, Lebeis used his power as GNR manager and proxy to lower Benzova's fee without notice.

1065.     For example, on or about September 2022, Lebeis used his power as GNR manager and proxy to suddenly, and without notice, lower Benzova's compensation by $1,000.

1066.     For example, on or about September, 2022, Lebeis withheld $571 dollars owed to Benzova.

1067.     On another occasion, in October 2021, Lebeis withheld $3,840 dollars from her fee.

1068.     In addition, on or about May 2, 2022 Lebeis withheld payment for $2,000 dollars.

1069.     In addition, Lebeis demoted Benzova to cheaper hotels without notice. For example, on or about July 2022, Lebeis forced Ms. Benzova to move to cheaper hotel while he was fully aware and knowledgeable that she had COVID 19.

1070.    In addition, Lebeis demanded  Benzova to pay out of pocket, retroactively and without notice, for international flights she already took.

1071.    For example, on or about October 2022, Lebeis demanded Ms. Benzova pay $8,000 for a flight that Team Brazil already agreed to pay for.

1072.    In addition, Lebeis, who managed and was in charge of affixing photo credit, repeatedly would not respect Benzova's demand for photo credit for photos that she authored while not under written contract. Instead, Lebeis used such power to attempt to extort sexual consideration from Benzova.

1073.    For example, on or about, November 2016, Lebeis intentionally withheld photo credit and then insulted and ridiculed Benzova, demeaning her by saying was high maintenance, a diva, and "worse than a band member"- after he had already admitted to willfully and intentionally disrespecting and infringing her rights.

1074.    On or about January 2017, during  another dispute for withholding photo credit for published photos Benzova had authored, Lebeis admitted his withholding of photo credit was willful, premediated, and based on his sexual desire, stating he did not want to give Benzova photo credit because he didn't want Benzova "to get big and leave him".

1075.    On or about January 2017. following another dispute for withholding photo credit, Lebeis intimidated and insulted Benzova, stating that if Benzova wanted to get traction and fame it would <u>have to be</u> through him.

1076.    In addition, on or about October 2022, Lebeis insulted and ridiculed Benzova for demanding photo credit, calling her selfish, self-centered and a "me" person.

1077.    In addition, Lebeis completely ignored and thwarted Benzova's insistence on utilizing written instruments to formalize critical terms of any purported :agreement", including, *inter alia*, her fee , photo credit, ownership, and limited use.

1078.    On information and belief, Lebeis intentionally thwarted the writing of formal instruments so that he could use his power as GNR manager and proxy over Benzova in a more arbitrary fashion- both to increase the power imbalance and to use photo credit as a potential means to extort Benzova for sexual consideration.

1079.    For example, on or about April 2016, during a dispute about Benzova's fee and photo credit, Benzova insisted on utilizing written contracts, to which Lebeis ignored and instead responded only with a heart, telling Benzova he loved her.

1080.    On or about September 2017 Benzova insists on utilizing written contracts, formalizing terms in an agreement, to which Lebeis deliberately ignores.

1081.    On or about February 2018, Benzova again insists on utilizing written contracts, formalizing their terms, to which Lebeis completely ignores.

1082.    On or about September 2022, Benzova again insists on utilizing written contracts formalizing terms to which Lebeis ignores.

1083.    Lebeis's discriminatory intent- manifested through his habitual stonewalling of Benzova to deny utilization of written contracts and his use of photo credit as means to sexually extort Benzova-is further buttressed by the fact that three other photographers who also worked with Plaintiffs/Counter-Defendants/Third Party Defendants and photographed GNR were not treated in the same regard as Benzova. Lebeis allowed these photographers to "retain" ownership of their photographs, watermark their photographs, credit themselves, and distribute their own photographs. When Benzova noted and objected to this disparate treatment, especially of the male photographers, Jarmo Luukkonen and Guilhereme Neto, Lebeis would stamp out her objections and reaffirm Plaintiffs/Counter-Defendants/Third Party Defendants misrepresentation of ownership of her photos. Such a tactic was designed to maintain control over Benzova, further his sexual agenda, and "come off" as if he could help Benzova 'a career; *Cal Civ. Code* § 51.9

1084.    In addition, Lebeis reprimanded Benzova for trying to communicate with other principals.

1085.    For example, in or about October 2022, Lebeis demeans and ridicules Benzova, stating it is wrong, unprofessional, and not her place to try to communicate with any other principals regarding his decisions.

1086.    In addition, Lebeis used his power as GNR manager and proxy to cut ties Ms. Benzova. While doing so, Lebeis reprimanded Benzova for trying to communicate with other principals.

1087.    More specifically, Lebeis, on or about October 2022, Lebeis stated that cutting ties was his decision and that trying to communicate with any other principles is unprofessional, forbidden, and useless.

1088.    Furthermore, Lebeis, while using his authority as GNR manager and proxy, gave inconsistent reasons for cutting ties with Benzova's- including "budgetary concerns", even though Guns N' Roses' are determined to be one of the highest grossing and commercially successful bands in the world. Instead, consistent with his prior pattern of psychological manipulation and sexual extortion, Lebeis promised Benzova that she would never have to worry about being cut off right before he told her he loved her again only two weeks prior.

1089.    In addition, on October 2022, Team Brazil used their GNR manager and proxy to ridicule, insult and intimate Benzova, stating the only reason she is where she is, is because of Fernando Lebeis.

1090.    All of following, upon information and belief, were expressions of Lebeis motive to retaliate against Benzova for not submitting to Lebeis' unwelcome sexual advances and satisfying his sexual desire.

1091.    It should be noted that, at no time, was Benzova's conduct, photography, or the quality of her work, the subject of any disagreement, or dispute.

1092.    In fact, in 2015, prior to Fernando Lebeis becoming GNR manager and proxy, Elizabeth "Beta" Lebeis of Team Brazil, in a written letter, states Katarina work delivers "nothing but perfection"; and that she is a photographer of extraordinary ability; and that Benzova "helped enrich Guns N Roses public image"; and that Ms. Benzova's work was a huge success.

1093.    Through his position as GNR manager and proxy, Lebeis also tried to manipulate Benzova, and get her to submit to his sexual advances, by promising her benefits in the form of future photo books and coffee tables books. -. However, all of these promises, on information and belief, were fraudulent misrepresentations so Lebeis could "help" Benzova and get her to submit to his sexual advance.. Furthermore, to carry out these promises would be impossible because they would require copyright authorization with publishers of said "books".

This task could not possibly be performed because Plaintiffs/Counter-Defendants/Third Party Defendants were not, in fact, the owners of the photographic copyrights at issue and therefore Lebeis had no present intent of performing when such fraudulent promises were made.

### Severe and Hostile Work Environment

1094.    Fernando Lebeis persistently, severely, and pervasively harassed Benzova, which interfered with Benzova work duties.

1095.    Lebeis consistently and pervasively mixed professional interactions with sexual requests, sexual propositions, sexual innuendos, sexual messaging, as well as overtly demanding to express his sexual desire.

1096.    However , many times, the harassment was more aggressive, severe, and sexually charged expression of Lebeis's sexual desire.

1097.    More specifically, in a public forum , in 2016, Lebeis physically touched Ms. Benzova, forcibly grabbed Benzova's face and kissed Benzova on the lips without her consent. This coercion was in front of influential people and potential professional contacts in her industry. This act of coercion deeply humiliated and embarrassed Benzova by publicly disrespecting Benzova's consent and free-will in a professional forum.

1098.    Later, Lebeis told a lie that he and Benzova had been sexually involved; and that Benzova was pursuing him.

1099.    On information and belief, telling this lie was motived, in part, to cover Lebeis's tracks for his sexual harassing behavior; and, in part, to appear "powerful" in front of his colleagues.

1100.    Another severe instance occurred, on or about November 2018, while Benzova was working in her hotel room editing photographs. Lebeis, at 6 a.m. in the morning, ordered Benzova to come to his hotel room and drink wine with him alone. Benzova said no, and informed Lebeis that she was working three times. But Lebeis ignored her consent all three times, continued to force his will, and repeatedly commanded Benzova come to his room again. When Benzova refused for a fourth time, Lebeis tried to force his way into Benzova's room. After this, Benzova had to say "sorry"- out of fear- and tell Lebeis that she was sleeping in order to get him to relent.

1101.    On another occasion, on or about October 2022, while Benzova was with a friend at a hotel, Lebeis, wearing only a towel- showing his chest and groin area- yelled at Benzova, scolding her in order humiliate her and show dominance in front of her friend.

1102.    Another severe instance occurred, in Los Angeles in May of 2018, when Lebeis physically touched Benzova, forcing himself on Benzova again. When Benzova said no Lebeis became angry, aggressive, and continued to pressure Benzova to succumb to his sexual demands for 10 minutes-physically touching her,

coercing her, continually trying to force himself onto Benzova in a dark alley outside of her house.

1103.    This May 2018 incident is significant not only because of its prolonged severity; because it was the only time, beside a few cigarette breaks, Benzova was alone with Lebeis. Benzova made conscious effort not to be alone with Lebeis because his severe and pervasive sexual harassment made her feel unsafe. This night, however, Lebeis drove Benzova home after a GNR function and took the opportunity alone with her to severely sexually harass her. After, Benzova called friends, Marilia Moreno and Shaina Danziger, to communicate about the horrific and traumatic experience she just suffered through.

1104.    After the rejection, Lebeis threatened Benzova, stating if she told the truth that, "no  one will you believe you."

1105.    In addition to the increasing hostility arising from Benzova's opposition to Lebeis's advances, Lebeis's hostility also increased because Benzova knew his wife personally and, upon information and belief, Fernando Lebeis therefore perceived Benzova as a potential threat to his marriage. Benzova's relationship with Lebeis's wife predated her independent-contractor work with Guns N' Roses and Fernando Lebeis. Benzova and Lebeis's wife were roommates in New York City 12 years prior.

1106.     Another specific instance occurred, on or about March 12, 2020, when Lebeis sent Benzova a lewd and vulgar picture of condoms;-then Lebeis commanded Benzova to come watch a movie and sleep with him- implicitly asking for her to have sex with him.

1107.     Another specific instance occurred, when, at 2:00 am in the morning, Lebeis sent Benzova a smutty image depicting cunnilingus.

1108.     Another specific occurred, when Lebeis sent a lewd video, suggestive of bestiality, whereby an ape approaches an adult male human being from behind, then the ape reaches for his penis, the ape grabs his penis, and then the ape pulls on the human penis.

1109.     Another specific instance, when Lebeis, in the early morning/night, ordered Benzova to come to his hotel room and give him a massage.

1110.     In addition, over time, upon information and belief, Lebeis's hostility intensified because of Benzova's continuous denial of his pervasive and unwelcome sexual advances and requests.

1111.     In addition, Lebeis' attitude became more aggressive and retaliatory because Lebeis perceived Benzova as an imminent threat to his marriage due to the facts that Benzova knew: 1) Lebeis's wife personally-they had been roommates 12 years prior in New York City; 2) Benzova herself was a target of Lebeis's inappropriate sexual behavior and harassment; 3) Benzova had become

aware of other sexual infidelities involving Lebeis; and 3) Lebeis was aware that Benzova knew of his infidelities.

1112.    In addition, Lebeis continuously spoke in inappropriate, demeaning, and sexually charged tones to Benzova. Lebeis persistently and pervasively told Ms. Benzova that their relationship was more than professional and that he loved her.

1113.    In the total of about 190 shows Benzova worked with Lebeis as GNR manager and proxy, Lebeis excessively told Benzova that he loved her on more than 500 instances.

1114.    For example, on or about May 2016, during a dispute regarding photo credit, Lebeis told Benzova that he loves her *love you-." More than you will ever know*"

1115.    On or about August 2019, while disputing about missed and late fee payments, Lebeis tells Benzova that he loves her and misses her.

1116.    On or about July 2022, while discussing scheduling, Lebeis tells Benzova that he loves and misses her

1117.    On or about August 2022, while discussing scheduling, Lebeis tells Benzova that he loves her.

1118.    On or about October 2022, while reassuring her position as photographer, stating he'll never take this job away from her, Lebeis tells Benzova that he loves her.

1119.    In addition, on multiple occasions, Lebeis called Benzova inappropriate, discriminatory, demeaning, humiliating, and sexual charged names while communicating professionally.

1120.    More specifically, on or about August 2021, Lebeis called Benzova babe while proceeded to give her directions.

1121.    On or about April 2016, during a dispute regarding fee payment, Lebeis flirtatiously send Benzova a heart emoji containing no other response.

1122.    On or about, 2017, Lebeis calls Benzova "sugarbabe" and tells her to drink wine in his hotel room alone.

1123.    On or about November 2016, Ms. Benzova had a question regarding scheduling and Lebeis orders her to give him a back massage.

1124.    Avoiding, diverting, and even-out of fear- falsely appeasing Lebeis' sexually charged communication in order  to get him to stop and relent became part of Benzova's work.

1125.    For example, after specifically notifying Lebeis that he had failed to give her photo credit again, Lebeis would not let the exchange end until Benzova said he loved him. Lebeis said won't let this go until he sensed love from her.

1126.     On multiple occasions, out of fear, Benzova submitted- verbally, but never physically- to Lebeis demands in order to get him to relent his pervasive unwelcome advances and/or because she feared Lebeis, through his GNR manager and proxy would disadvantage her.

1127.     In addition, Lebeis demeaned Benzova by calling her discriminatory names regarding her country of origin. Knowing Benzova was not Russian and that English was not her primary language, Lebeis would humiliate Benzova for her accent, the way she spoke, and national origin. Lebeis called Benzova "Russian" numerous- knowing Russia was not her country of origin, but rather with the intent to incite anger and humiliate Benzova. At other times, Lebeis would tell Benzova to quit being "Russian" if she had a question, objection, or showed resistance. This name-calling, often times, occurred in public and in front of the crew in order to disrespect, humiliate, and demean Benzova.

## Harm- Objective and Subjective

1128.     The events alleged herein harmed Benzova both objectively in the workplace as well as subjectively and psychologically.

1129.     Taken all together, Benzova suffered a continued course of long-term sexual harassment, hostility, and retaliation that materially affected the terms, conditions, and privileges of her work.

1130.    In addition, Benzova also suffered severe psychological and subjective harm, as evidenced on or about when she had a meltdown and cried as a result of the severe and pervasive abuse.

1131.    Furthermore, Lebeis's abuse, through his position as GNR manager and proxy, pervaded throughout their interactions because Lebeis was Benzova's sole proxy and negotiator, sexual harasser, direct infringer, and manager of photo credit. He used his power, as GNR manager and proxy, to sexually extort Benzova  and to lie to her in order to exert his dominance and disrespect Benzova's intellectual property, creativity, career prospects, and dignity as a woman. Prolonged subjection to such abuse of power undermines one sense of trust, safety, and self-worth.

1132.    Therefore, Benzova employs the continuing violation doctrine for sexual harassment in the workplace.

**Plaintiffs/Counter-Defendants/Third Party Defendants' Failure to Prevent**

1133.    On any given tour, on or about 150 crew members are employed by Team Brazil, Gundam, and/or Guns N' Roses.

1134.    Upon information and believe, at all relevant time thereof, Team Brazil, Gundam, and Guns N' Roses never had *any* express anti-harassment policy in place.

1135.    Upon information and belief, at all relevant times thereof, Team Brazil, Gundam, and Guns N' Roses/ Plaintiffs/Counter-Defendants/Third Party Defendants never had *any* human resources department to handle sexual harassment or discrimination complaints.

1136.    Upon information and belief, at all relevant times thereof Plaintiffs/Counter-Defendants/Third Party Defendants refused to provide or disseminate any literature or information to *any* employees regarding discrimination, sexual harassment, or on what to do if and when any such conduct occurred. The withholding of these documents was purposeful in order: 1) control Benzova and 2) continuously conceal any means of remedying the harassment. Plaintiffs/Counter-Defendants/Third Party Defendants are sophisticated parties that knew their duty, and chose to breach that duty. Furthermore, the principals of GNR knew of the sexual of misconduct of Fernando Lebeis. On one such specific occasion, Axl Rose was a percipient witness to Fernando Lebeis' sexual misconduct in connection with a tour masseuse named Sabrina Okimoto. Axl Rose perceived the misconduct, knew of the misconduct, and then concealed the conduct. After obtaining this knowledge, Rose promoted Lebeis to manager of Guns N Roses, thereby effectively ratifying and rewarding Lebeis's sexual  misconduct.

1137.    In addition, upon information and belief, at all time relevant thereof, Team Brazil/ Gundam/Guns N' Roses/ Plaintiffs/Counter-Defendants/Third

Party Defendants never had any scheme for prevention or remediation of sexual harassment. Therefore, at all relevant times thereof, upon information and belief, there was never *any* grievance procedure or handbook an employee or contractor could ever resort to. As a consequence, Ms. Benzova did not have the ability to take appropriate corrective action because there were no avenues available to the victim.

1138.    Furthermore, Lebeis used his power through GNR manager and proxy, to demean and reprimand Benzova for talking to other principals besides himself.

1139.    On or about October, 2022, Lebeis told Benzova that it would be futile to talk to any of the other principals.

1140.    Furthermore, all other members of Team Brazil Management are members of a nuclear family- mother, brother, and sister- so reporting Lebeis's harassment to them was perceived as unreasonable because their loyalty was firmly with Fernando Lebeis. **SEE EXHIBIT X.**

1141.    This belief in futility was reasonable and supported because ,on or about October 2022, when Benzova attempted to reach out Beta Lebeis, mother of Fernando Lebeis and manager of AXL Rose, Beta ridiculed and demeaned Benzova stating the only reason she is where she is in her life is because of her son **SEE EXHIBIT X**.

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT

## 17 U.S.C. §§ 106, 501

### (by All Plaintiffs/Counter-Defendants/Third Party Defendants)

1142.     Benzova repeats and realleges each and every allegation set forth in the preceding paragraphs of this Complaint/Counterclaim.

1143.     Benzova owns valid and subsisting copyright registrations in the "Benzova Photographs".

1144.     Benzova has not authorized GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants or their partners, agents, licensees, affiliates, employees, contractors, customers, subscribers, or users to use, copy, publicly display, distribute, license, manipulate, or otherwise commercially exploit the Benzova Photographs.

1145.     GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants have directly infringed Benzova's copyrights in the Benzova Photographs by using, copying, publicly displaying, distributing, licensing, manipulating or otherwise commercially exploiting the Benzova Photographs without Benzova's authorization.

1146.     GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' infringements were willful and intentional.

1147.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES intentionally and willfully infringed Benzova's copyrights in the Benzova Photograph's by continuing to distribute, hold out for licensing, publicly display, market, sell, and otherwise commercially exploit the Benzova Photographs after Benzova terminated her authorization to do so, and each of them did with actual knowledge that such authorization was revoked, non-existent, invalid, and/or contrary to the intentions of Ms. Benzova (*with actual notice of Benzova's copyright claims*).

1148.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants directly benefited financially from each other's copyright infringement of the Benzova Photographs and had the right and ability to supervise and control each other's infringement of the Benzova Photographs, as alleged above.

1149.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants had actual knowledge of each other's infringement of the Benzova Photographs, and each materially contributed to the other's infringement of the Benzova Photographs, as alleged above.

1150.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each directly benefited financially from the copyright of the Benzova Photographs by and had the right and

ability to supervise and control the infringement of those to whom each of them marketed, licensed, sold, or otherwise facilitated the use of the Benzova Photographs.

1151.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each directly benefited financially from and had the right and ability to supervise and control its respective employees', agents, and contractors' infringement of the Benzova Photographs, as alleged above.

1152.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each vicariously liable for their respective employees', contractors', and/or agents' infringement of the Benzova Photographs, as described above.

1153.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each knew or had reason to know their respective employees, contractors, and agents' infringement and intentionally induced and/or materially contributed to such infringement.

1154.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each knew or had reason to know of, and materially contributed to the infringement of those to whom each of

them marketed, licenses, sold, or otherwise facilitated the use of the Benzova Photographs, including but not limited to the Third Party Infringers.

1155.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each contributorily liable for their respective employees', contractors, and agents' infringement.

1156.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each secondarily liable for their respective employees, contractors, and agents' infringement.

1157.    Benzova has suffered actual harm and reputational harm, and incurred significant costs as a direct and proximate result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiff/Counter-Defendant/Third Party Defendants direct and secondary infringement.

1158.    Pursuant to 17 U.S.C. § 504(c)(2), as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's/ Plaintiff/Counter-Defendant/Third Party Defendants infringement of Benzova's exclusive rights in the Benzova Photographs, Benzova is entitled to recover statutory damages up to the maximum amount with respect to each of the 2021-22 Registered Works that were first published on or after August 30, 2022 (VA-2-332-042) and October 9, 2022 (VA-2-335-574) pursuant to 17 U.S.C. §504(c)(1*).*

1159.    Alternatively, at Benzova's election prior to entry of final judgment, Benzova is entitled to recover damages based on actual damages suffered as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's infringements and the disgorgement of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' profits attributable to the infringements, pursuant to 17 U.S.C. § 504(b), which amount will be proven at trial.

1160.    Benzova is entitled to her costs, including reasonable attorneys' fees, pursuant 17 U.S.C. § 505.

1161.    GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' Plaintiff/Counter-Defendant/Third Party Defendants conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Benzova, unless enjoined by this Court. Benzova has no adequate remedy at law, Pursuant to 17 U.S.C. § 502, Benzova is entitled to a permanent injunction prohibiting infringement of Benzova's exclusive copyrights in the Benzova Photographs by the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants and all persons acting in concert with the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants.

## **SECOND CAUSE OF ACTION**

## **VICARIOUS COPYRIGHT INFRINGEMENT**

## **17 U.S.C. §§ 106, 501**

## **(by All Plaintiff/Counter-Defendant/Third Party Defendants)**

1162.    Benzova repeats and realleges each and every allegation set forth in the preceding paragraphs of this Complaint.

1163.    Benzova owns valid and subsisting copyright registrations in the Benzova Photographs.

1164.    Benzova has not authorized GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants or their partners, agents, licensees, affiliates, employees, contractors, customers, subscribers, or users to use, copy, publicly display, distribute, license, manipulate, or otherwise commercially exploit the Benzova Photographs.

1165.    GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants have directly infringed Benzova's copyrights in the Benzova Photographs by using, copying, publicly displaying, distributing, licensing, manipulating or otherwise commercially exploiting the Benzova Photographs without Benzova's authorization.

1166.    GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiff/Counter-Defendant/Third Party Defendants infringements were willful and intentional.

1167.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants intentionally and willfully infringed Benzova's copyrights in the Benzova Photograph's by continuing to distribute, hold out for licensing, publicly display, market, sell, and otherwise commercially exploit the Benzova Photographs after Benzova terminated her authorization to do so, and each of them did with actual knowledge that such authorization was revoked, non-existent, invalid, and/or contrary to the intentions of Ms. Benzova (*with actual notice of Benzova's copyright claims*).

1168.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants directly benefited financially from each other's copyright infringement of the Benzova Photographs and had the right and ability to supervise and control each other's infringement of the Benzova Photographs, as alleged above.

1169.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants had actual knowledge of each other's infringement of the Benzova Photographs, and each materially contributed to the other's infringement of the Benzova Photographs, as alleged above.

1170.     TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each directly benefited financially from the copyright of the Benzova Photographs by and had the right and

ability to supervise and control the infringement of those to whom each of them marketed, licensed, sold, or otherwise facilitated the use of the Benzova Photographs.

1171.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each directly benefited financially from and had the right and ability to supervise and control its respective employees', agents, and contractors' infringement of the Benzova Photographs, as alleged above.

1172.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES / Plaintiff/Counter-Defendant/Third Party Defendants are each vicariously liable for their respective employees', contractors', and/or agents' infringement of the Benzova Photographs, as described above.

1173.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each knew or had reason to know their respective employees, contractors, and agents' infringement and intentionally induced and/or materially contributed to such infringement.

1174.    TEAM BRAZIL, GUNDAM, AND GUN'S AND ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each knew or had reason to know of, and materially contributed to the infringement of those to whom each of

BENZOVA'S COUNTERCLAIM 2:23-CV-08968-FMO-E

them marketed, licenses, sold, or otherwise facilitated the use of the Benzova Photographs, including but not limited to the Third Party Infringers.

1175.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each contributorily liable for their respective employees', contractors, and agents' infringement.

1176.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each secondarily liable for their respective employees, contractors, and agents' infringement.

1177.    Benzova has suffered actual harm and reputational harm, and incurred significant costs as a direct and proximate result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiff/Counter-Defendant/Third Party Defendants' direct and secondary infringement.

1178.    Pursuant to 17 U.S.C. § 504(c)(2), as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's/ Plaintiff/Counter-Defendant/Third Party Defendants' infringement of Benzova's exclusive rights in the Benzova Photographs, Benzova is entitled to recover statutory damages up to the maximum amount with respect to each of the 2021-22 Registered Works that were first published on or after August 30, 2022 (VA-2-332-042) and October 9, 2022 (VA-2-335-574) pursuant to 17 U.S.C. §504(c)(1*)*.

1179.    Alternatively, at Benzova's election prior to entry of final judgment, Benzova is entitled to recover damages based on actual damages suffered as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's infringements and the disgorgement of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiff/Counter-Defendant/Third Party Defendants profits attributable to the infringements, pursuant to 17 U.S.C. § 504(b), which amount will be proven at trial.

1180.    Benzova is entitled to her costs, including reasonable attorneys' fees, pursuant 17 U.S.C. § 505.

1181.    GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' Plaintiff/Counter-Defendant/Third Party Defendants conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Benzova. unless enjoined by this Court. Benzova has no adequate remedy at law, Pursuant to 17 U.S.C. § 502, Benzova is entitled to a permanent injunction prohibiting infringement of Benzova's exclusive copyrights in the Benzova Photographs by the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants and all persons acting in concert with the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants.

### THIRD CAUSE OF ACTION

### CONTRIBUTORY COPYRIGHT INFRINGEMENT

### 17 U.S.C. §§ 106, 501

### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1182.　　Benzova repeats and realleges each and every allegation set forth in the preceding paragraphs of this Complaint.

1183.　　Benzova owns valid and subsisting copyright registrations in the Benzova Photographs.

1184.　　Benzova has not authorized GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants or their partners, agents, licensees, affiliates, employees, contractors, customers, subscribers, or users to use, copy, publicly display, distribute, license, manipulate, or otherwise commercially exploit the Benzova Photographs.

1185.　　GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants have directly infringed Benzova's copyrights in the Benzova Photographs by using, copying, publicly displaying, distributing, licensing, manipulating or otherwise commercially exploiting the Benzova Photographs without Benzova's authorization.

1186.　　GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' infringements were willful and intentional.

1187.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/Plaintiff/Counter-Defendant/Third Party Defendants intentionally and willfully infringed Benzova's copyrights in the Benzova Photograph's by continuing to distribute, hold out for "licensing", publicly display, market, sell, and otherwise commercially exploit the Benzova Photographs after Benzova terminated her authorization to do so, and each of them did with actual knowledge that such authorization was revoked, nonexistent, invalid, and/or contrary to the intentions of Ms. Benzova (*with actual notice of Benzova's copyright claims*).

1188.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/Plaintiff/Counter-Defendant/Third Party Defendants directly benefited financially from each other's copyright infringement of the Benzova Photographs and had the right and ability to supervise and control each other's infringement of the Benzova Photographs, as alleged above.

1189.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/Plaintiffs/Counter-Defendants/Third Party Defendants had actual knowledge of each other's infringement of the Benzova Photographs, and each materially contributed to the other's infringement of the Benzova Photographs, as alleged above.

1190.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/Plaintiffs/Counter-Defendants/Third Party Defendants each directly benefited financially from the copyright of the Benzova Photographs by and had the right and

ability to supervise and control the infringement of those to whom each of them marketed, licensed, sold, or otherwise facilitated the use of the Benzova Photographs.

1191.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiffs/Counter-Defendants/Third Party Defendants each directly benefited financially from and had the right and ability to supervise and control its respective employees', agents, and contractors' infringement of the Benzova Photographs, as alleged above.

1192.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiffs/Counter-Defendants/Third Party Defendants are each vicariously liable for their respective employees', contractors', and/or agents' infringement of the Benzova Photographs, as described above.

1193.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each knew or had reason to know their respective employees, contractors, and agents' infringement and intentionally induced and/or materially contributed to such infringement.

1194.    TEAM BRAZIL, GUNDAM, AND GUN'S AND ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants each knew or had reason to know of, and materially contributed to the infringement of those to whom each of

them marketed, licenses, sold, or otherwise facilitated the use of the Benzova Photographs, including but not limited to the Third Party Infringers.

1195.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each contributorily liable for their respective employees', contractors, and agents' infringement.

1196.    TEAM BRAZIL, GUNDAM, AND GUNS N' ROSES/ Plaintiff/Counter-Defendant/Third Party Defendants are each secondarily liable for their respective employees, contractors, and agents' infringement.

1197.    Benzova has suffered actual harm and reputational harm, and incurred significant costs as a direct and proximate result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS' direct and secondary infringement.

1198.    Pursuant to 17 U.S.C. § 504(c)(2), as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's infringement of Benzova's exclusive rights in the Benzova Photographs, Benzova is entitled to recover statutory damages up to the maximum amount with respect to each of the 2021-22 Registered Works that were first published on or after August 30, 2022 (VA-2-332-042) and October 9, 2022 (VA-2-335-574) pursuant to 17 U.S.C. §504(c)(1).

1199.    Alternatively, at Benzova's election prior to entry of final judgment, Benzova is entitled to recover damages based on actual damages suffered as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS's infringements and the disgorgement of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiff/Counter-Defendant/Third Party Defendants profits attributable to the infringements, pursuant to 17 U.S.C. § 504(b), which amount will be proven at trial.

1200.    Benzova is entitled to her costs, including reasonable attorneys' fees, pursuant 17 U.S.C. § 505.

1201.    GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiff/Counter-Defendant/Third Party Defendants conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Benzova, unless enjoined by this Court. Benzova has no adequate remedy at law, Pursuant to 17 U.S.C. § 502, Benzova is entitled to a permanent injunction prohibiting infringement of Benzova's exclusive copyrights in the Benzova Photographs by the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiff/Counter-Defendant/Third Party Defendants and all persons acting in concert with the GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants.

## FOURTH CAUSE OF ACTION

### VIOLATIONS OF COPYRIGHT MANAGEMENT INFORMATION

### 17 U.S.C. § 1202

### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1202.    Benzova repeats and realleges each and every allegation set forth in the proceeding paragraphs of this Complaint.

1203.    As alleged above, TEAM BRAZIL, GUNDAM, AND GUN N' ROSES/ Plaintiffs/Counter-Defendant/sThird Party Defendants affixed and distributed false copyright management information in connection with the reproduction, distribution, public display, and holding out for the license of the Benzova Photographs. As alleged above, the false copyright management information incorrectly identifies TEAM BRAZIL AND/OR GUNDAM AND OR GUNS N' ROSES/ Plaintiffs/Counter-Defendants/Third Party Defendants as opposed to Benzova, as the copyright interest holders in the Benzova Photographs.

1204.    The use of false copyright management information provided in connection with the reproduction, distribution, public display and holding out for license of the Benzova Photographs is intended to facilitate or conceal the infringement of Benzova's exclusive copyrights.

1205.    The false copyright management information is intended to induce customers and potential customers of the Benzova Photographs to believe that Team Brazil and/or Gundam and or Gun N 'Roses/ Plaintiffs/Counter-

Defendants/Third Party Defendants, as opposed to Benzova, own or control the copyrights in the Benzova Photographs so they will pay Team Brazil/ Gundam/ and Guns N' Roses a fee for the ability to make further reproductions and distributions of Benzova Photographs, e.g., by and through Team Brazil Contacts and/or Guns N 'Roses Platform./ or any other means available to Plaintiffs/Counter-Defendants/Third Party Defendants

1206.    As alleged above, the Third Party Infringers also affixed and/or distributed false copyright management information in connection with the reproductions, distribution, public display, and holding out for license of the Benzova Photographs. As alleged above, the false copyright management information incorrectly identifies Team Brazil and/or Gundam and/or Guns N' Roses/ Plaintiffs/Counter-Defendants/Third Party Defendants, as opposed to Benzova, as the copyright interest holders in the Benzova Photographs.

1207.    These actions constitute violations of the Digital Millennium Copyright Act, 17 U.S.C. §1202(a).

1208.    By reason of Plaintiffs/Counter-Defendants/Third Party Defendants' CMI violations, Benzova has suffered damages and is entitled to recover its actual damages and to disgorge any additional profits of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS/ Plaintiffs/Counter-Defendants/Third Party Defendants attributable to the violations, pursuant to 17

U.S.C. § 1202(c)(2). Alternatively, and at Benzova's sole discretion exercised any time to entry of final judgment, Benzova is entitled to recover statutory damages in an amount between $2,500 and $25,000 per violation of the Digital Millennium Copyright Act, pursuant to 17 U.S.C. § 1203(c)(3)(B).

1209.    Further irreparable harm is imminent as a result of GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS'/ Plaintiffs/Counter-Defendants/Third Party Defendants' conduct, and Benzova is without an adequate remedy at law. Benzova is therefore entitled to an injunction, in accordance with 17 U.S.C. § 1203(b), restraining GNR/GUNDAM/TEAM BRAZIL/FERNANDO LEBEIS, their officers, directors, agents, employees, representatives, assigns, and all persons acting in concert with Plaintiff/Counter-Defendant/Third Party Defendants from engaging in further violations of the Digital Millennium Copyright Act.

1210.    Benzova is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 1203(b)(4) and (5).

BENZOVA'S COUNTERCLAIM 2:23-CV-08968-FMO-E

# FIFTH CAUSE OF ACTION

## SEXUAL HARASSMENT HOSTILE WORK ENVIRONMENT

## CAL. GOV'T CODE §12940(J)

### (by Plaintiffs/Counter-Defendant/Third Party Defendants)

1211.    Benzova hereby incorporates by reference each and every allegation of all preceding paragraphs of this Complaint/Counterclaim as if fully set forth herein, and for a cause of action alleges as follows:

1212.    At all times herein mentioned, California's Fair Employment and Housing Act ("FEHA"), Cal. Gov't Code §§ 12900, et seq., was in full force and effect and was fully binding upon Plaintiffs/Counter-Defendants/Third Party Defendants. Specifically, §§ 12940(j) prohibits an employer from sexually harassing an employee on the basis of her sex.

1213.    The actions of FERNANDO LEBEIS, the manager of GUNS N' ROSES, toward Benzova, his direct subordinate, as described herein, created a hostile sexual work environment which materially altered Benzova's working conditions and which constitutes sexual harassment in violation of Gov't Code § 12940(j)(1). As a direct, foreseeable and proximate result of Plaintiff/Counter-Defendant/Third Party Defendants' unlawful actions, Benzova has suffered economic damages, benefits, and other compensation.

1214.    As a direct, foreseeable, and proximate result of Plaintiff/Counter-Defendant/Third Party Defendants' unlawful actions, Benzova has

suffered emotional distress, humiliation, shame, and embarrassment, all to the Benzova's damage in an amount to be proven at the time of trial.

1215.    Plaintiffs/Counter-Defendants/Third    Party    Defendants committed the acts herein despicably, maliciously, fraudulently and oppressively, with the wrongful intention of inuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard of the rights and safety of plaintiff and others. Benzova is this entitled to recover punitive damages from Plaintiff/Counter-Defendant/Third Party Defendants in an amount according to proof.

## SIXTH CAUSE OF ACTION
### FAILURE TO TAKE ALL REASONABLE STEPS TO PREVENT SEXUAL HARASSMENT
### CAL. GOV'T CODE § 12940(K)
### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1216.    Benzova hereby incorporates by reference each and every allegation of all preceding paragraphs of this Complaint as if fully set forth herein, and for a cause of action alleges as follows:

1217.    At all times herein mentioned, California's Fair Employment and Housing Act ("FEHA", Cal Gov't Code §§ 12900, *et seq*., was in full force and effect and was fully binding upon Plaintiffs/Counter-Defendants/Third Party Defendants.

Specifically, § 12940(k) make its unlawful employment practice for an employer to fail to take all reasonable steps necessary to prevent sexual harassment from occurring.

1218.    To state a claim for failure to prevent harassment, a plaintiff must show: "(1) plaintiff was subjected to discrimination, harassment, or retaliation; (2) defendant failed to take all reasonable steps to prevent discrimination, harassment or retaliation; and (3) this failure caused plaintiff to suffer injury, loss, or harm. Andrade v. Arby's Rest. Grp., Inc., 225 F. Supp. 3d 1115, 1131, (N.D. Cal. 2016). As to underlying claim for harassment, an independent contractor is covered by the provision of FEHA prohibiting harassment of a "person providing services to a contract". *Jacobson v. Schwarzenegger*, 357 G. Supp. 2d 1198, 1213-14 (C.D. Cal 2004) (citing Cal. Gov. Code § 12940(j)(1).

1219.    Plaintiffs/Counter-Defendants/Third Party Defendants failed to adequately investigate FERNANDO LEBEIS'S behavior, failed to take all reasonable steps to prevent him from harassing Benzova, and did not investigate or discipline him. GUNDAM/GUNS N' ROSES's management/ Plaintiff/Counter-Defendant/Third Party Defendants failed to take all reasonable steps necessary to prevent harassment from occurring in violation of § 12940(k).

1220.    As a direct, foreseeable and proximate result of Plaintiff/Counter-Defendant/Third Party Defendants unlawful actions, Benzova has

suffered substantial emotional distress, humiliation, shame, and embarrassment, all to the Benzova's damage in an amount to be proven at the time of trial.

1221.    Plaintiffs/Counter-Defendants/Third Party Defendants committed the acts herein despicably, maliciously, fraudulently, and oppressively, with the wrongful intention of injuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard of the rights and safety of Benzova and others. Benzova is thus entitled to recover punitive damages from Plaintiffs/Counter-Defendants/Third Party Defendants in an amount according to proof.

## SEVENTH CAUSE OF ACTION
### SEXUAL HARASSMENT IN PROFESSIONAL RELATIONSHIPS
### CAL. CIV. CODE §51.9.
### (by Plaintiffs/ Counter-Defendants/ Third-Party Defendants)
)

1222.    Benzova hereby incorporates by reference every preceding paragraph of this Complaint as if fully set forth herein and for a cause of action alleges as follows:

1223.    The UNRUH Civil Rights Act prohibits sexual harassment. Cal. Civ. Code §§51 et seq.

1224.    California law further provides a cause of action for sexual harassment where there is a business, service, or professional relationship between plaintiff and defendant. Cal. Civ. Code § 51. 9.

1225.    Cal. Civ. Code § 51.9 provides a person is liable in a cause of action for sexual harassment under this section when the plaintiff proves the following elements: there is a business, service, or professional relationship between plaintiff and defendant (here "Plaintiff/Counter-Defendant/Third Party Defendants") or the defendant holds himself or herself out as being able to help establish a business, service, or professional relationship with the defendant or third party….; defendant has made sexual advances, solicitations, sexual requests , demands for sexual compliance by the plaintiff, or engaged in other verbal, visual, or physical conduct of a sexual nature or of a hostile nature based on gender that were unwelcome and pervasive or severe; the plaintiff has suffered or will suffer economic loss or disadvantage or personal injury, including, but not limited to, emotional distress, or the violation of a statutory or constitutional right, as a result of the conduct…

1226.    Under Cal. Civ. Code §51.9 (1)(I), Lebeis's positions as manger/proxy/ managing agent of the world renowned rock band, Guns N Roses qualifies as "a relationship that is substantially similar to any of the above".; *Judd v. Weinstein*, No. 19-55499 (9th Cir. 2020).

1227.    Plaintiffs/Counter-Defendants/Third Party Defendants was in a business, service, or professional relationship with Benzova pursuant to Cal. Civ. Code § 51.9

1228.    The right to be free from discrimination and sexual harassment in public accommodations and services can be enforced through civil action. Cal. Civ. Code §§51.9 and §52.

1229.    As set forth, Plaintiffs/Counter-Defendants/Third Party Defendants discriminated against Benzova on the basis of her sex in violation of the UNRUH Civil Rights Acts by subjecting her to a sexually hostile environment during her employment.

1230.    At all material times mentioned herein, FERNANDO LEBEIS was Benzova's supervisor. Fernando Lebeis made sexual advances, made solicitations, or engaged in other verbal, visual or physical conduct of a sexual nature that were unwelcome and pervasive or severe and, as a result of the employment relationship and Benzova's economic status, Benzova could not easily terminate said relationship.

1231.    As a result of Plaintiffs/Counter-Defendants/Third Party Defendants' discriminatory actions, Benzova has incurred damages, including, among, other things, economic loss, emotional distress, and attorney's fees and costs.

1232.     The actions alleged above violated Cal. Civ. Code § 51, thereby entitling Benzova to her actual damages and any amount determined by a jury, up to three times her actual damages and no less than $4,000 as liquidated damages pursuant to § 52(a), and attorneys' fees to be determined by the court.

1233.     The actions alleged above further violated Cal. Civ. Code § 51.9, thereby entitling Benzova to exemplary damages, in an amount to be determined by a jury, pursuant to Cal. Civ. Code §52(b)(1).

## EIGTH CAUSE OF ACTION
### FRAUD IN FACTUM
### CAL CIV. CODE § 1709
### (by Plaintiff/Counter-Defendant/Third Party Defendants)

1234.     Benzova hereby incorporates by reference every preceding paragraph of this Complaint/Counterclaim as is fully set forth herein and for cause of action alleges as follows:

1235.     By the above-described acts incorporated herein- 1) Plaintiffs/Counter-Defendants/Third Party Defendants telling Benzova she did not own her own copyrights; 2)Plaintiffs/Counter-Defendants/Third Party Defendants stating they owned Benzova's; 3) Plaintiffs/Counter-Defendants/Third Party Defendants asserting fraudulent monopoly power to Benzova's copyrights; 4) Plaintiffs/Counter-Defendants/Third Party Defendants assuming and "appointing

themselves" owners of Benzova's copyright; 5) Plaintiffs/Counter-Defendants/Third Party Defendants self-dealing and impersonating themselves as owners of Benzova's copyrights; 6) Plaintiffs/Counter-Defendants/Third Party Defendants holding themselves out to third parties and the world at large as owners of Benzova's copyright;7) Plaintiffs/Counter-Defendants/Third Party Defendants concealing the true facts that they were not, in fact, owners and concealing the fact they were only potential licensees; and 8) Plaintiffs/Counter-Defendants/Third Party Defendants, with no present intent to perform, promising Benzova benefits in order to induce and secure her participation, Plaintiffs/Counter-Defendants/Third Party Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, falsely and frequently and with intent to deceive and defraud Benzova, led Benzova to believe/rely that Plaintiff/Counter-Defendant/Third Party Defendants was owner of Benzova's copyright.

1236. Said representations were false and Plaintiffs/Counter-Defendants/Third Party Defendants knew them to be false because management/Gundam/Team Brazil/Guns N' Roses knew Plaintiffs/Counter-Defendants/Third Party Defendants were not the owner of copyright when the misrepresentations were made to Benzova. Plaintiffs/Counter-Defendants/Third Party Defendants made false representations in order to induce Benzova's

participation, induce Benzova's creation of photographs, and to conceal, continue, and maintain their ongoing scheme of willful copyright infringement.

1237.    Benzova was unaware of the falsity and justifiably believed and relied upon the representations. Because of the false representations, Benzova was economically harmed, declined numerous definite offers for her own copyrights, lost numerous license deals and sales, and has been usurped of millions of dollars of profits that can be traced to /derived from the use of her copyrights and photographs. Furthermore irreparable damage to her reputation has been done and she was fired because of the Plaintiff/Counter-Defendant/Third Party Defendants copyright infringement scheme coming to light.

1238.    As a direct and proximate result of the aforementioned wrongful conduct of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has suffered and continues to suffer substantial losses incurred in earnings, incentives, and other benefits from her copyrights and has incurred other consequential damages according to proof.

1239.    As a result of the aforesaid acts of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has lost and will continue to lose income and benefits, in an amount to be proven at the time of trial.

1240.    Plaintiffs/Counter-Defendants/Third Party Defendants committed the acts herein maliciously, fraudulently, oppressively, and despicably,

with the wrongful intention of injuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard to Benzova's rights. Benzova is thus entitled to recover punitive damages from Plaintiff/Counter-Defendant/Third Party Defendants, in an amount according to proof.

## NINTH CAUSE OF ACTION
### FRAUDULENT CONCEALMENT
### CAL. CIV. CODE §§1710(3), 1709
### (by Plaintiff/Counter-Defendant/Third Party Defendants)

1241.    Benzova hereby incorporates by reference every preceding paragraph of this Complaint/Counterclaim as is fully set forth herein and for cause of action alleges as follows:

1242.    By the above-described acts incorporated herein- 1)Plaintiffs/Counter-Defendants/Third Party Defendants telling Benzova she did not own her own copyrights; 2)Plaintiffs/Counter-Defendants/Third Party Defendants stating they owned Benzova's; 3) Plaintiff/Counter-Defendant/Third Party Defendants asserting fraudulent monopoly power to Benzova's copyrights; 4) Plaintiffs/Counter-Defendants/Third Party Defendants "appointing themselves" owners of Benzova's copyright; 5) Plaintiff/Counter-Defendant/Third Party Defendants self-dealing and impersonating themselves as owners of Benzova's copyrights; 6) Plaintiffs/Counter-Defendants/Third Party Defendants holding

themselves out to third parties and the world at large as owners of Benzova's copyright;7) Plaintiffs/Counter-Defendants/Third Party Defendants concealing the true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Plaintiffs/Counter-Defendants/Third Party Defendants, with no present intent to perform, promising Benzova benefits in order to induce and secure her participation, Plaintiffs/Counter-Defendants/Third Party Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, falsely and frequently and with intent to deceive and defraud Benzova, led Benzova to believe that was Plaintiffs/Counter-Defendants/Third Party Defendants owner of Benzova's copyright and had monopoly powers to Benzova's copyrights.

1243.    Said representations were false and Plaintiffs/Counter-Defendants/Third Party Defendants knew them to be false because management/Gundam/Team Brazil/Guns N' Roses knew Plaintiffs/Counter-Defendants/Third Party Defendants was not owner of copyright when misrepresentations were made to Benzova. Plaintiff/Counter-Defendant/Third Party Defendants made false representations in order to induce Benzova's participation, induce Benzova's creation of photographs, and to conceal, continue, and maintain their ongoing scheme of willful copyright infringement.

1244.    Benzova was unaware of the falsity and justifiably believed and relied upon the representations. Because of the false representations, Benzova suffered economic harm, declined numerous definite offers for her own copyrights, lost numerous license deals and sales, and has been usurped of millions of dollars of profits that can be traced to /derived from the use of her copyrights and photographs. Furthermore irreparable damage to her reputation has been done and she was fired because of the Plaintiffs/Counter-Defendants/Third Party Defendants' copyright infringement scheme coming to light.

1245.    As a direct and proximate result of the aforementioned wrongful conduct of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has suffered and continues to suffer substantial losses incurred in earnings, incentives, and other benefits from her copyrights and has incurred other consequential damages according to proof.

1246.    As a result of the aforesaid acts of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has lost and will continue to lose income and benefits, in an amount to be proven at the time of trial.

1247.    Plaintiff/Counter-Defendant/Third Party Defendants committed the acts herein maliciously, fraudulently, oppressively, and despicably, with the wrongful intention of inuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard to Benzova's rights. Benzova is thus entitled

to recover punitive damages from Plaintiffs/Counter-Defendants/Third Party Defendants in an amount according to proof.

## TENTH CAUSE OF ACTION
### FRAUDULENT INDUCEMENT
### CAL. CIV. CODE§§1572, 1709
**(by Plaintiff/Counter-Defendant/Third Party Defendants)**

1248.    Benzova hereby incorporates by reference every preceding paragraph of this Complaint/Counterclaim as is fully set forth herein and for cause of action alleges as follows:

1249.    By the above-described acts incorporated herein-1)Plaintiffs/Counter-Defendants/Third Party Defendants telling Benzova she did not own her own copyrights; 2)Plaintiffs/Counter-Defendants/Third Party Defendants stating they owned Benzova's; 3) Plaintiff/Counter-Defendant/Third Party Defendants asserting fraudulent monopoly power to Benzova's copyrights; 4) Plaintiffs/Counter-Defendants/Third Party Defendants "appointing themselves" owners of Benzova's copyright; 5) Plaintiff/Counter-Defendant/Third Party Defendants self-dealing and impersonating themselves as owners of Benzova's copyrights; 6) Plaintiffs/Counter-Defendants/Third Party Defendants holding themselves out to third parties and the world at large as owners of Benzova's copyright;7) Plaintiffs/Counter-Defendants/Third Party Defendants concealing the

true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Plaintiffs/Counter-Defendants/Third Party Defendants, with no present intent to perform, promising Benzova benefits in order to induce and secure her participation, Plaintiffs/Counter-Defendants/Third Party Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, falsely and frequently and with intent to deceive and defraud Benzova, led Benzova to believe that was Plaintiffs/Counter-Defendants/Third Party Defendants owner of Benzova's copyright and had monopoly powers to Benzova's copyrights.

1250.    Said representations were false and Plaintiffs/Counter-Defendants/Third Party Defendants knew them to be false because management/Gundam/Team Brazil/Guns N' Roses knew Plaintiffs/Counter-Defendants/Third Party Defendants was not owner of copyright when misrepresentations were made to Benzova. Plaintiff/Counter-Defendant/Third Party Defendants made false representations in order to induce Benzova's participation, induce Benzova's creation of photographs, and to conceal, continue, and maintain their ongoing scheme of willful copyright infringement.

1251.    Benzova was unaware of the falsity and justifiably believed and relied upon the representations. Because of the false representations, Benzova suffered economic harm, declined numerous definite offers for her own copyrights,

lost numerous license deals and sales, and has been usurped of millions of dollars of profits that can be traced to /derived from the use of her copyrights and photographs Furthermore irreparable damage to her reputation has been done and she was fired because of the Plaintiffs/Counter-Defendants/Third Party Defendants' copyright infringement scheme coming to light.

1252.    As a direct and proximate result of the aforementioned wrongful conduct of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has suffered and continues to suffer substantial losses incurred in earnings, incentives, and other benefits from her copyrights and has incurred other consequential damages according to proof.

1253.    As a result of the aforesaid acts of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has lost and will continue to lose income and benefits, in an amount to be proven at the time of trial.

1254.    Plaintiff/Counter-Defendant/Third Party Defendants committed the acts herein maliciously, fraudulently, oppressively, and despicably, with the wrongful intention of inuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard to Benzova's rights. Benzova is thus entitled to recover punitive damages from Plaintiffs/Counter-Defendants/Third Party Defendants in an amount according to proof.

# ELEVENTH CAUSE OF ACTION

## PROMISSORY FRAUD

## CAL. CIV. CODE§§1710, 1709

### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1255.    Benzova hereby incorporates by reference every preceding paragraph of this Complaint/Counterclaim as is fully set forth herein and for cause of action alleges as follows:

1256.    By the above-described acts incorporated herein-1)Plaintiffs/Counter-Defendants/Third Party Defendants telling Benzova she did not own her own copyrights; 2)Plaintiffs/Counter-Defendants/Third Party Defendants stating they owned Benzova's; 3) Plaintiff/Counter-Defendant/Third Party Defendants asserting fraudulent monopoly power to Benzova's copyrights; 4) Plaintiffs/Counter-Defendants/Third Party Defendants "appointing themselves" owners of Benzova's copyright; 5) Plaintiff/Counter-Defendant/Third Party Defendants self-dealing and impersonating themselves as owners of Benzova's copyrights; 6) Plaintiffs/Counter-Defendants/Third Party Defendants holding themselves out to third parties and the world at large as owners of Benzova's copyright;7) Plaintiffs/Counter-Defendants/Third Party Defendants concealing the true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Plaintiffs/Counter-Defendants/Third Party Defendants, with no

present intent to perform, promising Benzova benefits in order to induce and secure her participation, Plaintiffs/Counter-Defendants/Third Party Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, falsely and frequently and with intent to deceive and defraud Benzova, led Benzova to believe that was Plaintiffs/Counter-Defendants/Third Party Defendants owner of Benzova's copyright and had monopoly powers to Benzova's copyrights.

1257.    Said representations were false and Plaintiffs/Counter-Defendants/Third Party Defendants knew them to be false because management/Gundam/Team Brazil/Guns N' Roses knew Plaintiffs/Counter-Defendants/Third Party Defendants was not owner of copyright when misrepresentations were made to Benzova. Plaintiff/Counter-Defendant/Third Party Defendants made false representations in order to induce Benzova's participation, induce Benzova's creation of photographs, and to conceal, continue, and maintain their ongoing scheme of willful copyright infringement.

1258.    Benzova was unaware of the falsity and justifiably believed and relied upon the representations. Because of the false representations, Benzova suffered economic harm, declined numerous definite offers for her own copyrights, lost numerous license deals and sales, and has been usurped of millions of dollars of profits that can be traced to /derived from the use of her copyrights and photographs

Furthermore irreparable damage to her reputation has been done and she was fired because of the Plaintiffs/Counter-Defendants/Third Party Defendants' copyright infringement scheme coming to light.

1259.    As a direct and proximate result of the aforementioned wrongful conduct of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has suffered and continues to suffer substantial losses incurred in earnings, incentives, and other benefits from her copyrights and has incurred other consequential damages according to proof.

1260.    As a result of the aforesaid acts of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has lost and will continue to lose income and benefits, in an amount to be proven at the time of trial.

1261.    Plaintiff/Counter-Defendant/Third Party Defendants committed the acts herein maliciously, fraudulently, oppressively, and despicably, with the wrongful intention of inuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard to Benzova's rights. Benzova is thus entitled to recover punitive damages from Plaintiffs/Counter-Defendants/Third Party Defendants in an amount according to proof.

## TWELTH CAUSE OF ACTION

### CONSTRUCTIVE FRAUD

### CAL. CIV. CODE§§1573, 1709

### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1262.     Benzova hereby incorporates by reference every preceding paragraph of this Complaint/Counterclaim as is fully set forth herein and for cause of action alleges as follows:

1263.     By the above-described acts incorporated herein-1)Plaintiffs/Counter-Defendants/Third Party Defendants telling Benzova she did not own her own copyrights; 2)Plaintiffs/Counter-Defendants/Third Party Defendants stating they owned Benzova's; 3) Plaintiff/Counter-Defendant/Third Party Defendants asserting fraudulent monopoly power to Benzova's copyrights; 4) Plaintiffs/Counter-Defendants/Third Party Defendants "appointing themselves" owners of Benzova's copyright; 5) Plaintiff/Counter-Defendant/Third Party Defendants self-dealing and impersonating themselves as owners of Benzova's copyrights; 6) Plaintiffs/Counter-Defendants/Third Party Defendants holding themselves out to third parties and the world at large as owners of Benzova's copyright;7) Plaintiffs/Counter-Defendants/Third Party Defendants concealing the true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Plaintiffs/Counter-Defendants/Third Party Defendants, with no

present intent to perform, promising Benzova benefits in order to induce and secure her participation, Plaintiffs/Counter-Defendants/Third Party Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, falsely and frequently and with intent to deceive and defraud Benzova, led Benzova to believe that was Plaintiffs/Counter-Defendants/Third Party Defendants owner of Benzova's copyright and had monopoly powers to Benzova's copyrights. Further, Plaintiffs/Counter-Defendants/Third Party Defendants' position of authority and confidentiality agreements imposes a special duty not to take unfair advantage over Benzova. The use of this power and confidential relationship was used for the purpose of obtaining unfair advantage. As such Plaintiffs/Counter-Defendants/Third Party Defendants caused Benzova to enter into a "contract" that gave Plaintiffs/Counter-Defendants/Third Party Defendants an advantage over Benzova. Plaintiffs/Counter-Defendants/Third Party Defendants used constructive fraud not to disclose the true state of facts- namely that Benzova was the true owner of the copyrights at issue. If such knowledge was known Benzova would not have entered into the "contracts" that have Plaintiffs/Counter-Defendants/Third Party Defendants an advantage over her.

1264.    Said representations were false and Plaintiffs/Counter-Defendants/Third Party Defendants knew them to be false because management/Gundam/Team Brazil/Guns N' Roses knew Plaintiffs/Counter-

Defendants/Third Party Defendants was not owner of copyright when misrepresentations were made to Benzova. Plaintiff/Counter-Defendant/Third Party Defendants made false representations in order to induce Benzova's participation, induce Benzova's creation of photographs, and to conceal, continue, and maintain their ongoing scheme of willful copyright infringement.

1265.    Benzova was unaware of the falsity and justifiably believed and relied upon the representations. Because of the false representations, Benzova suffered economic harm, declined numerous definite offers for her own copyrights, lost numerous license deals and sales, and has been usurped of millions of dollars of profits that can be traced to /derived from the use of her copyrights and photographs. Furthermore irreparable damage to her reputation has been done and she was fired because of the Plaintiffs/Counter-Defendants/Third Party Defendants' copyright infringement scheme coming to light.

1266.    As a direct and proximate result of the aforementioned wrongful conduct of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has suffered and continues to suffer substantial losses incurred in earnings, incentives, and other benefits from her copyrights and has incurred other consequential damages according to proof.

1267.    As a result of the aforesaid acts of Plaintiffs/Counter-Defendants/Third Party Defendants, Benzova has lost and will continue to lose income and benefits, in an amount to be proven at the time of trial.

1268.    Plaintiff/Counter-Defendant/Third Party Defendants committed the acts herein maliciously, fraudulently, oppressively, and despicably, with the wrongful intention of inuring Benzova, from an improper and evil motive amounting to malice, and in conscious disregard to Benzova's rights. Benzova is thus entitled to recover punitive damages from Plaintiffs/Counter-Defendants/Third Party Defendants in an amount according to proof.

## THIRTEENTH CAUSE OF ACTION
### NEGLIGENT MISREPRESENTATION
### CAL. CIV. CODE §§1573, 1709
### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1269.    Benzova hereby incorporates by reference all preceding paragraphs of this Complaint as if fully set forth herein and for a cause of action alleges as follows:

1270.    By the above-described acts incorporated herein- 1)Plaintiffs/Counter-Defendant/Third Party Defendants telling Benzova she did not own her own copyrights; 2)Plaintiffs/Counter-Defendant/Third Party Defendants stating they owned Benzova's copyrights; 3) PlaintiffsCounter-Defendant/Third

Party Defendants asserting fraudulent monopoly power to Benzova's copyrights; 4) Plaintiffs/Counter-Defendants/Third Party Defendants "appointing themselves" owners of Benzova's copyright; 5) Plaintiffs/Counter-Defendants/Third Party Defendants self-dealing and impersonating themselves as owners of Benzova's copyrights; 6) Plaintiffs/Counter-Defendants/Third Party Defendants holding themselves out to third parties and world at large as owners of Benzova's copyright;7) Plaintiffs/Counter-Defendants/Third Party Defendants concealing the true facts that they were not owners and concealing the fact they were only potential licensees; and 8) Plaintiffs/Counter-Defendants/Third Party Defendants, with no present intent to perform, promising Benzova benefits in order to induce and secure her participation, Plaintiffs/Counter-Defendants/Third Party Defendants through its Managing Agent, Fernando Lebeis, an employee acting within the scope of her employment, made misrepresentations of fact to Benzova that was Plaintiffs/Counter-Defendants/Third Party Defendants owner of Benzova's copyright

1271.    These misrepresentations were made to Benzova without having a reasonable ground for believing that the representations were true. In fact, the representations made by Plaintiffs/Counter-Defendants/Third Party Defendants were ,in fact, false because Plaintiffs/Counter-Defendants/Third Party Defendants was not the owner of copyrights in question at the time representations were made.

Plaintiffs/Counter-Defendants/Third Party Defendants made the representations with the intent to induce Benzova to participate in his own scheme and act adverse to her own interest.

1272.    Benzova did reasonably rely on said false representations to her detriment.

1273.    In making said misrepresentations of fact, Plaintiffs/Counter-Defendants/Third Party Defendants misled Benzova about the prospects, control, enforcement, scope, nature, identity, subject matter, and viability of her copyrights. Plaintiffs/Counter-Defendants/Third Party Defendants knew, or reasonably should have known, that Benzova would reasonably rely on its representations.

1274.    As a direct, foreseeable, and proximate result of Plaintiffs/Counter-Defendants/Third Party Defendants' misrepresentations, Benzova has suffered and continues to suffer substantial losses in earning, income, and benefits from the misuse/infringement of her copyrights and has incurred other consequential damages according to proof.

## FOURTEENTH CAUSE OF ACTION
### VIOLATION OF LABOR CODE
### CAL. LABOR CODE § 3351.5(c)
### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1275.    Benzova hereby incorporates by reference all preceding paragraphs of this Complaint/Counterclaim as if fully set forth herein and for a cause of action alleges as follows:

1276.    California Labor Code § 3351.5(c) defines "employee" to include any person engaged by contract for the creation of a specially ordered or commissioned work of authorship, under specific conditions. An individual is considered an "employee" under California Labor Code § 3351.5(c) if the individual is engaged by contract for the creation of a specially ordered or commissioned work of authorship; the parties expressly agree in a written instrument signed by them that the work shall be considered a "work made for hire" as defined in Section 101 of Title 17 of the United States Code; and the ordering or commissioning party obtains ownership of all the rights comprised in the copyright of the work. This definition applies specifically for the purposes of workers' compensation, unemployment insurance, and disability insurance benefits in California

1277.    As such, if and to the extent that any of Benzova's works are deemed work for hire then Plaintiff/Counter-Defendant/Third Party Defendants violated California Labor Code § 3351.5(c).

## FIFTEENTH CAUSE OF ACTION
### VIOLATION OF UNEMEMP. INS. CODE § §621(D), 686
### (by Plaintiffs/Counter-Defendants/Third Party Defendants)

1278.    Benzova hereby incorporates by reference all preceding paragraphs of this Complaint/Counterclaim as if fully set forth herein and for a cause of action alleges as follows:

1279.    Under California Unemployment Insurance Code §§ 621(d) and 686, an individual is considered an employee if they are engaged by contract for the creation of a specially ordered or commissioned work of authorship, where 1) the parties expressly agree in a written instrument signed by them that the work shall be considered a work made for hire, as defined in Section 101 of Title 17 of the United States Code and 2)the ordering or commissioning party obtains ownership of all the rights comprised in the copyright in the work. If these conditions are met, the ordering or commissioning party is considered the employer of the author of the work for unemployment insurance purposes. Violation of these provisions occurs when: 1) an employer misclassifies a worker who meets these criteria as an independent contractor rather than an employee; or 2) the employer fails to provide appropriate unemployment insurance coverage or pay required unemployment insurance contributions for such workers. Penalties for violating these provisions may include: fines ranging from $5,000 to $15,000 per violation, or $10,000 to $25,000 per violation if the employer is found to be engaged in a pattern of violations. Repayment of back payroll taxes, subject to interest and a 10% penalty on unpaid

taxes, potential misdemeanor charges, with fines up to $1,000 or jail time up to one year, or both.

1280.    If and to the extent any of Benzova's works are deemed work for hire then Plaintiffs/ Counter-Defendants'/ Third-Party Defendants are in violation of California Unemployment Insurance Code Sections 621(d) and 686 and Plaintiffs/ Counter-Defendants/ Third-Party Defendants are liable for $25,000 for each violation spanning from 2010-2022.

## SIXTEENTH CAUSE OF ACTION
### UNFAIR BUSINESS PRACTICE
### BUS. & PROF CODE §17200
### (By Plaintiffs/ Counter-Defendants/ Third-Party Defendants)

1281.    Benzova hereby incorporates by reference all preceding paragraphs of this Complaint/Counterclaim as if fully set forth herein and for a cause of action alleges as follows:

1282.    California Business & Professions Code § 17200 et seq. prohibits acts of unfair competition, which include, but are not limited to, any unlawful business or act.. The policies, acts and practices described herein were and are an unlawful business practice or act because of Plaintiffs/ Counter-Defendants/ Third-Party Defendants insistence of false ownership, thereby intentionally usurping of business opportunities were unfair, anti-competitive, and systematic pattern of

behavior by principals, proxies, and managing agents. The unfair competition prohibited by § 17200 also prohibits unfair business practices or acts. The policies, acts, or practices described herein were, and are, an unfair business practice or act because any justification for Plaintiff/Counter-Defendant/Third Party Defendants' unlawful and unfair conduct were ,and are, vastly outweighed by the harm such conduct caused to Benzova.

## **PRAYER FOR RELIEF**

WHEREFORE, Benzova requests that this Court enter judgment in favor on each and every claim for relief set forth above and aware her relief, including the following:

### **1) For Count I,II. and III Copyright Infringement Under 17. U.S.C. §§ 106, 501 *et seq (Direct, Vicarious, and Contributory Infringement)*.**

a.    That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants for violating the provisions of the Copyright Act, 17 U.S.C. §§ 101, 106, 501 *et seq.* by infringing Benzova's copyrights in the Benzova Photographs;

b.    That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants in favor of Benzova for such damages as Benzova has sustained as a result of Defendant's infringement of Benzova's copyrights;

c.    That an Order be entered compelling Plaintiff/Counter-Defendant/Third Party Defendants to account for and/or disgorge all gains, profits,

and advantages derived by Plaintiff/Counter-Defendant/Third Party Defendants by their infringement of the Benzova's copyrights or such damages supported by the provisions of the Copyright Act, 17 U.S.C. §§ 101, 106, 501 *et seq*.;

d.    That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants pursuant to 17 U.S.C. § 504 awarding enhanced statutory damages for each infringement of the Benzova's  Registered Works.

e.    That an Order be entered granting injunctive relief against Plaintiff/Counter-Defendant/Third Party Defendants pursuant to 17 U.S.C. §502 preventing and restraining infringement of Benzova's copyrights by Ordering Plaintiff/Counter-Defendant/Third Party Defendants, their agents, or anyone working for, in concert with, or on their behalf not to use, publish, publicly display, distribute, hold out for licensing, commercialize, or in any way use or disseminate Benzova's copyrighted works;

f.    That an Order be entered against Defendant GNR pursuant to 17 U.S.C. § 503 for the impounding and return of all Benzova Photograph copies in its possession, including but not limited to the original, high-resolution image files for all Benzova Photographs;

g.    That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants pursuant to 17 U.S.C. § 503 for the impounding and/or destruction

of all materials used in violation of Benzova's exclusive copyright and any other articles by means of which such copies may be reproduced;

h.    That an Order be entered requiring Plaintiff/Counter-Defendant/Third Party Defendants to pay Benzova their costs and attorney fees in this action pursuant to 17 U.S.C. § 505.

### 2) For Count IV, Violations of Copyright Management Information Under 17 U.S.C. 1202 *et seq.*

a. That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants for violating the provisions of the Copyright Act, 17 U.S.C. §§ 1201 *et seq..* by committing copyright management information violations in connection with the Benzova Photographs;

b. That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants in favor of Benzova for such damages as Benzova has sustained as a result of Defendant's copyright management violations in connection with the Benzova Photographs;

c. That an Order be entered compelling Plaintiff/Counter-Defendant/Third Party Defendants to account for and/or disgorge all gains, profits, and advantages derived by Plaintiff/Counter-Defendant/Third Party Defendants' copyright management violations in connection with the Benzova Photographs pursuant to 17 U.S.C. §§ 1203 and/or such damages supported by provisions of the Copyright At. 17 U.S.C. §§ 101 *et seq.*;

d. That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants pursuant to 17 U.S.C. § 1203 awarding enhanced statutory damages for each copyright management information violation in connection with the Benzova Photographs;

e. That an Order be entered granting injunctive relief against Plaintiff/Counter-Defendant/Third Party Defendants pursuant to 17 U.S.C. § 1203 preventing and restraining copyright management information violations in connection with the Benzova Photographs by Ordering Plaintiff/Counter-Defendant/Third Party Defendants, their agents, or anyone working for, in concert with, or on their behalf discontinue such violative acts;

f. That an Order be entered against Plaintiff/Counter-Defendant/Third Party Defendants pursuant to 17 U.S.C. § 1203 for the impounding and/or destruction of all materials used in the copyright management information violations in connection with the Benzova Photographs and other articles by means of which such acts were undertaken;

g. That an Order be entered requiring Plaintiff/Counter-Defendant/Third Party Defendants to pay Benzova their costs and attorneys' fees in this action pursuant to 17 U.S.C. § 1203;

**3) For All Other Counts**

a. That an order be entered requiring Plaintiff/Counter-Defendant/Third Party Defendants to pay Benzova punitive damages, as permitted by law, in an amount to be determined due to the foregoing willful acts;

b. That Benzova be granted prejudgment and post-judgment interest as permitted by law;

c. Other relief as the Court may deem appropriate;

d. Compensatory damages;

e. Attorney's fees and costs;

f. Declaratory judgement stating Benzova is the owner of all photographs; and that any purported work for hire terms from 2010-2022 fail to satisfy requirements of 17 U.S.C §101;

g. Accounting;

h. Statutory Relief

i. Equitable relief

## **JURY DEMAND**

Pursuant to *Fed. R. Civ. P.* 38, Katarina Benzova respectfully demands a trial by jury on all issues properly triable by a jury in this action.


Respectfully submitted,
Dated: January 30, 2025

_/s/ Zach Rosenblatt_____

Zach Rosenblatt
**ZSR LAW**
Attorney for Defendant,
Counter-Claimant
KATARINA BENZOVA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BENZOVA'S COUNTERCLAIM 2:23-CV-08968-FMO-E**